# In The United States Court of Federal Claims

Cover Sheet *05- 999T

Plaintiff(s) or Petitioner(s)

Epsolon Limited, by and through Sligo (2000) Company, Inc., Tax Matters Partner

Name of the attorney of record (See RCFC 83.1(c)): A. Duane Webber

Firm Name: Baker & McKenzie LLP

Post Office Box: ____

Street Address: 815 Connecticut Avenue, N.W.

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers (202) 452-7000 Fax: (202) 452-7074

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 220

Agency Identification Code: TRE

Amount Claimed: $6,100,000

Bid Protest: $____

Is plaintiff a small business? _X_ Yes ___ No

Vaccine Case:
Date of Vaccination: ____

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.