FILED
SEP 15 2005
U.S. COURT OF
FEDERAL CLAIMS

**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

05-999T

**EPSOLON LIMITED, by and through SLIGO (2000) COMPANY, INC., Tax Matters Partner,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**RULE 7.1 DISCLOSURE STATEMENT**

Epsolon Limited brings the above-captioned action for readjustment of partnership items by and through counsel for its Tax Matters Partner, Sligo (2000) Company, Inc. ("Sligo"). Sligo is wholly-owned by an individual, Keith A. Tucker, Social Security Number 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. Sligo has no parent corporation, and there is no publicly-held corporation that owns 10% or more of Sligo's stock.

Respectfully submitted,

A. Duane Webber
Attorney of Record

Attorney for Plaintiff,
Epsolon Limited

Dated: September 15, 2005