***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| EPSOLON LIMITED, by and through<br>SLIGO (2000) COMPANY, INC.,<br>Tax Matters Partner, | § § § § | |
| Plaintiff,<br>v. | § § | Case No. 05-999 T<br>(Judge Williams) |
| United States of America, | § § § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David R. House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House,
Trial Attorney
U.S. Department of Justice
Tax Division, Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

s/ David R. House
David R. House
Justice Department (Tax)
Civil Trial Section, Court of Federal Claims Section
(202)616-6616
Fax: (202) 514-9440
E-Mail: David.R.House@USDOJ.GOV