IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Williams)

No. 05-999 T

EPSOLON LIMITED, by and through
SLIGO (2000) COMPANY, INC.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 60 days from November 14, 2005, to January 13, 2006, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiff objects to the requested 60-day extension. This is the first such enlargement requested.

In support of this motion, the defendant states the following:

Plaintiff filed its complaint in this matter on September 15, 2005. The defense recommendation by the Office of Chief Counsel of the Internal Revenue Service has been requested and files necessary to reply to plaintiffs' complaint have been ordered, but not yet received by the Department of Justice. This matter is complicated by a related case filed in the

Tax Court, Tucker v. Commissioner, Dkt. No. 12307-04 (July 12, 2004). In that case, the Internal Revenue Service has moved for a stay of proceedings pending a criminal investigation going forward in the United States District Court for the Southern District of New York. That motion was supplemented on October 24, 2005, as a result of a superseding indictment which was returned on October 17, 2005, in the matter of Stein, S1 05 Cr. 888 (S.D.N.Y. October 17, 2005). The Commissioner's supplemental motion is pending in the Tax Court. Defendant's trial counsel in this case is coordinating with the United States Attorney's Office for the Southern District of New York to determine whether a similar motion for stay will be filed in this case. A second related case been filed in the United States Tax Court, Tucker v. Commissioner, Dkt. No. 12874-05 (July 14, 2005). That petition was filed with respect to a taxable year different from the other Tax Court case but involves the same taxable year as this case. The Commissioner's response to that petition is due November 11, 2005.

All three cases present similar factual and legal issues with respect to transactions allegedly conducted by Epsolon. Because of the nature of those issues, various branches of the Office of Chief Counsel must coordinate in preparing the recommendation. The additional time requested is required to allow for receipt of the administrative files, preparation of the defense recommendation by the Office of Chief Counsel, for the Department of Justice to receive and review the files and defense recommendation, and for the coordination with the United States Attorney's Office in the Southern District of New York to determine whether a response will be filed to plaintiff's complaint, or whether a motion to stay will be filed.

WHEREFORE, the defendant prays that its motion for an 60-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims