IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Margaret M. Sweeney)

No. 05-999 T

EPSOLON LIMITED, by and through
SLIGO (2000) COMPANY, INC.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

DEFENDANT'S MOTION TO SUSPEND PROCEEDINGS

Defendant, the United States, respectfully moves this Court to suspend all proceedings in this case until resolution of a criminal case currently pending in the United States District Court for the Southern District of New York, because the transactions at issue in this case are encompassed by and are part of the indictment in the criminal case. To permit the civil case to go forward with discovery and /or trial prior to the conclusion of the criminal trial would prejudice the criminal trial, and would prejudice the ability of the United States to fairly develop their defense in the civil case pending before this Court. In support of this motion, the United States relies upon the accompanying brief, the complaint in this case, and the Declaration of David R. House with attached exhibits.

WHEREFORE, defendant respectfully requests that the Court grant this motion and

suspend all proceedings in this case until resolution of the criminal case and the ongoing criminal investigation.

Respectfully submitted,

January 13, 2006
Date

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
Of Counsel

Attorneys for Defendant