IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Judge Margaret M. Sweeney)

No. 05-999 T

EPSOLON LIMITED, by and through
SLIGO (2000) COMPANY, INC.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant

DECLARATION OF DAVID R. HOUSE

I, David R. House, pursuant to 28 U.S.C., Section 1746, declare as follows:

1. I am the Department of Justice trial attorney assigned to defend the above-captioned case.

2. I have obtained copies of certain documents (attached hereto) from the website maintained by the United States Attorney's Office for the Southern District of New York, http://www.usdoj.gov/usao/nys/pressrelease2005.html, that are relevant to this case.

4. The following exhibits attached hereto are true and correct copies of the foregoing documents:

Exhibit 1: KPMG Prosecution Agreement;

Exhibit 2: KPMG Information;

Exhibit 3: KPMG Statement of Facts;

Exhibit 4: Indictment, United States v. Stein, et al. 05 Crim.888 (LAK) (SDNY)

Exhibit 5: Superseding Indictment, United States v. Stein, et al., S05 Crim.888 (LAK) (SDNY).

5. A true and correct copy of the Declaration filed by Keith Tucker in John Doe 1 and John Doe 2 v. United States, 398 F.3d 686 (5th Cir. 2005), is attached hereto as Exhibit 6.

7. A true and correct copy of the letter from Shirah Neiman, Assistant United States Attorney, to David Gustafson, Acting Chief, Court of Federal Claims Section, requesting that the government move to stay the proceedings in this case is attached as Exhibit 7.

8. Attached hereto as Exhibit 8 is a true and correct copy of the response to an IRS summons by Sidley, Austin, Brown& Wood, with respect to tax shelter transaction in which that entity had participated.

9. I have obtained true and correct copies of documents which were obtained through informal discovery by Internal Revenue Service counsel in the case filed by Keith Tucker in the United States Tax Court styled Keith A. and Laura B. Tucker v. Commissioner, Docket No. 12307-04. True and correct copies of those documents are attached hereto as follows:

| Ex. No. | Description |
|---|---|
| 9. | Page entitled “Epsolon Limited” detailing options transactions. |

10. Memorandum by Eugene Schorr, 1/18/2001, KTTC 588-591.

11 Facsimile to Keith Tucker from Timothy Speiss dated 12/16/2000, KTTC001310.

12 Email from Speiss to Mox Tan, KTTC3217.

13. Email to R.J. Ruble, KTTC2768.

14. Letter from Brown & Wood to Keith Tucker, 12/26/2000, KTTC2755.

15. Email to Ruble re Tucker letters, KTTC 2772.

16. Email from string between Haber and Ruble re Tucker Opinion, KTTC2773.

17. Memo from Tilevitz to Ruble re opinion to Sligo(2000), KTTC2774.

18. Email from Mox Tan to R.J. Ruble re rep letters, KTTC3168.

19. Email from Ruble to Haber re Tucker, KTTC2780.

20. Email from Haber to Ruble re Tucker, KTTC2779.

21. Fax from Haber to Sodano/Ruble re Tucker, KTTC2781.

22. Email from Haber to Ruble re timing of Tucker tax opinion, KTTC2793.

23. Facsimile from Haber to Sodano/Ruble re Tucker letter, KTTC2980.

24. Letter from Sidley, Austin, Brown & Wood re opinion letter, KTTC2759.

25. Copy of deposition transcript of R.J. Ruble in Shasta v. United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., on January 13, 2006.

s/ David R. House
DAVID R. HOUSE
Trial Attorney
Tax Division
Court of Federal Claims Section
U.S. Department of Justice