IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| EPSOLON LIMITED, by and through ) <br> SLIGO (2000) COMPANY, INC., ) <br> Tax Matters Partner, ) <br>                                 ) <br>            Plaintiff,           ) <br>                                 ) <br>         v.                      ) <br>                                 ) <br> THE UNITED STATES OF             ) <br>     AMERICA,                    ) <br>                                 ) <br>            Defendant.            ) | No. 05-999 T <br><br> Judge Margaret M. Sweeney |

### DECLARATION OF KEITH A. TUCKER

I, Keith A. Tucker, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following facts are true and accurate to the best of my knowledge and belief.

1. I maintain my residence with my wife, Laura B. Tucker, at 3831 Turtle Creek Boulevard, Unit 6H, Dallas, Texas 75219. My social security number is ███████.

2. Epsolon Limited ("Epsolon"), by and through its Tax Matters Partner, Sligo (2000) Company, Inc., for which I am the managing member, is the Plaintiff in the above-captioned case.

3. I was directly involved in the transactions that are the subject of the Notice of Final Partnership Administrative Adjustment and the Complaint for Readjustment of Partnership Items Under Internal Revenue Code Section 6226 in the above-captioned case, and I am familiar with the facts and documents relating to such transactions.

4. I have reviewed the "Statement of the Case" section of Plaintiff's Motion for Summary Judgment and Brief in Support Thereof (the "Motion") and the Proposed Findings of

1

Uncontroverted Fact that are to be filed in the above-captioned case on behalf of Epsolon. The facts presented in each are true and correct.

5. I also have reviewed the documents identified as Exhibits A through E in the Motion and attached herewith. Each of these exhibits is a true and correct copy of the document identified.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 6, 2006

_____
Keith A. Tucker