# Exhibit A

Form **1065**
Department of the Treasury
Internal Revenue Service

INITIAL RETURN

# U.S. Return of Partnership Income

For calendar year 2001, or tax year beginning ______, 2001, and ending ______
▶ See separate instructions.

OMB No. 1545-0099
**2001**

| | | |
|---|---|---|
| A Principal business activity<br>INVESTING ACTIVITIES | Name of partnership<br>EPSOLON LIMITED | D Employer identification number<br>98-0336318 |
| B Principal product or service<br>INVESTMENTS | Number, street, and room or suite no. If a P.O. box, see page 13 of the instructions.<br>43 AILESBURY ROAD<br>BALLSBRIDGE | E Date business started<br>12/26/2000 |
| C Business code number<br>523900 | City or town, state, and ZIP code<br>DUBLIN 4 IRELAND | F Total assets (see page 14 of the instructions)<br>$ 15,565. |

G Check applicable boxes: (1) [X] Initial return (2) [ ] Final return (3) [ ] Name change (4) [ ] Address change (5) [ ] Amended return

H Check accounting method: (1) [ ] Cash (2) [X] Accrual (3) [ ] Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**Caution:** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| Section | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1 a | Gross receipts or sales | 1a | | | |
| | b | Less returns and allowances | 1b | | 1c | |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* | | | 4 | |
| | 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | -13,890,954. |
| | 7 | Other income (loss) *(attach schedule)* | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | -13,890,954. |
| Deductions (see page 14 of the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | |
| | 14 | Taxes and licenses | | | 14 | |
| | 15 | Interest | | | 15 | |
| | 16 a | Depreciation (if required, attach Form 4562) | 16a | | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc. | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions *(attach schedule)* | | | 20 | |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | -13,890,954. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

COPY

May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes [ ] No

▶ Signature of general partner or limited liability company member ▶ Date

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature ▶ | TIMOTHY R. SPEISS, C.P.A. 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 | Date 4.9.02 | Check if self-employed ▶ [ ] | Preparer's SSN or PTIN 300 66 6273 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | KPMG LLP<br>345 PARK AVENUE<br>NEW YORK, NY 10154-0102 | | | EIN ▶ 13-5565207<br>Phone no. 212-758-9700 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2001)

JSA
1P1010 4.000

ML9945 E299 04/06/2002 16:40:32 V01-5.1

Form 1065 (2001)

**Schedule A — Cost of Goods Sold** (see page 18 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

**Schedule B — Other Information**

1 What type of entity is filing this return? Check the applicable box:
- a ☐ Domestic general partnership
- b ☐ Domestic limited partnership
- c ☐ Domestic limited liability company
- d ☐ Domestic limited liability partnership
- e ☒ Foreign partnership
- f ☐ Other ▶

| | | Yes | No |
|---|---|---|---|
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements? a The partnership's total receipts for the tax year were less than $250,000; b The partnership's total assets at the end of the tax year were less than $600,000; and c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | X | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264**, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2001, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 8 of the instructions. | | X |
| 12 | Enter the number of Forms 8865 attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see page 20 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ SLIGO (2000) COMPANY INC.  Identifying number of TMP ▶ 51-0405078

Address of designated TMP ▶ DEPARTMENT 502
2644 CAPITOL TRAIL, SUITE 300 NEWARK DE
19711

Form 1065 (2001)

JBA
1P1020 2.000

ML9945 E299 04/06/2002 19:36:43 V01-5.1

Form 1065 (2001) Page 3

**Schedule K Partners' Shares of Income, Credits, Deductions, etc.**

| Section | (a) Distributive share items | Line | (b) Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | -13,890,954. |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3a Gross income from other rental activities — 3a | | |
| | b Expenses from other rental activities (attach schedule) — 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 Portfolio income (loss): a Interest income | 4a | 1,255. |
| | b Ordinary dividends | 4b | 265. |
| | c Royalty income | 4c | |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e(1) | |
| | (2) 28% rate gain (loss) ▶ (3) Qualified 5-year gain ▶ | | |
| | f Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 Guaranteed payments to partners | 5 | |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | |
| | 7 Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 Charitable contributions (attach schedule) | 8 | |
| | 9 Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 Deductions related to portfolio income (itemize) | 10 | |
| | 11 Other deductions (attach schedule) | 11 | |
| Credits | 12a Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | (2) Other than on line 12a(1) | 12a(2) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d Credits related to other rental activities | 12d | |
| | 13 Other credits | 13 | |
| Investment Interest | 14a Interest expense on investment debts | 14a | |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above STMT 1 | 14b(1) | 1,520. |
| | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15a Net earnings (loss) from self-employment SEE STATEMENT 2 | 15a | NONE |
| | b Gross farming or fishing income | 15b | |
| | c Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b Adjusted gain or loss SEE STATEMENT 2 | 16b | NONE |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: (1) Passive ▶ (2) Listed categories (attach schedule) ▶ (3) General limitation ▶ | 17d(3) | |
| | e Deductions allocated and apportioned at partner level: (1) Interest expense ▶ (2) Other ▶ | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: (1) Passive ▶ (2) Listed categories (attach schedule) ▶ (3) General limitation ▶ | 17f(3) | |
| | g Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 17g | |
| | h Reduction in taxes available for credit (attach schedule) | 17h | |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ b Amount ▶ | 18b | |
| | 19 Tax-exempt interest income | 19 | |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 836,245. |
| | 23 Distributions of property other than money | 23 | |
| | 24 Other items and amounts required to be reported separately to partners (attach schedule) | | |

Form 1065 (2001)

JSA 1P1030 2.000

ML9945 E299 04/06/2002 16:40:32 V01-5.1

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b . . . 1 -13,889,434.

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | -13889434. | | | | | |
| b Limited partners | | | | | | |

## Schedule L Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 1,489,815. | | 15,565. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets *(attach schedule)* | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments *(attach schedule)* | STMT 3 | 13,236,129. | | NONE |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets *(attach schedule)* | | | | |
| 14 Total assets | | 14,725,944. | | 15,565. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities *(attach schedule)* | STMT 3 | 1,020,000. | | 15,300. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities *(attach schedule)* | | | | |
| 21 Partners' capital accounts | | 13,705,944. | | 265. |
| 22 Total liabilities and capital | | 14,725,944. | | 15,565. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -13,889,434. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | -13,889,434. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -13,889,434. |

## Schedule M-2 Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 13,705,944. | 6 Distributions: a Cash STMT 3 | 836,245. |
| 2 Capital contributed during year | 1,020,000. | b Property | |
| 3 Net income (loss) per books | -13,889,434. | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | 836,245. |
| 5 Add lines 1 through 4 | 836,510. | 9 Balance at end of year. Subtract line 8 from line 5 | 265. |



ML9945 E299 04/06/2002 16:40:32 V01-5.1

Form **4797**

Department of the Treasury
Internal Revenue Service (99)

# Sales of Business Property
## (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

▶ Attach to your tax return. ▶ See separate instructions.

OMB No. 1545-0184
**2001**
Attachment Sequence No. 27

Name(s) shown on return: EPSOLON LIMITED

Identifying number: 98-0336318

1 Enter the gross proceeds from sales or exchanges reported to you for 2001 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) . . . . . 1

**Part I** **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (See instructions.)**

| | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 . . . . . | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft . . . . . | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . . . | 7 | |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions): . . . . . | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 15, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below; and enter the gain from line 9 as a long-term capital gain on Schedule D.

**Part II** **Ordinary Gains and Losses**

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| SEE STATEMENT 4 | | | | | | -13,890,954. |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 . . . . . | 11 | ( ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable . . . . . | 12 | |
| 13 | Gain, if any, from line 31 . . . . . | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . | 16 | |
| 17 | Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . . . | 17 | |
| 18 | Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows: . . . . | 18 | -13,890,954. |

a **For all except individual returns.** Enter the gain or (loss) from line 18 on the return being filed.

b **For individual returns:**

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18b(1)." See instructions . . . . . 18b(1)

(2) Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 . . . . . 18b(2)

For Paperwork Reduction Act Notice, see page 7 of the instructions.

Form 4797 (2001)

JSA
1X2610 2.000

ML9945 E299 04/06/2002 16:40:32 V01-5.1

## Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (Note: *See line 1 before completing.*) | 20 | | | | |
| 21 Cost or other basis plus expense of sale | 21 | | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 If section 1245 property: | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the smaller of line 24 or 25a | 25b | | | | |
| 26 If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b Applicable percentage multiplied by the smaller of line 24 or line 26a (see instructions) | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the smaller of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 If section 1254 property: | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 If section 1255 property: | | | | | |
| a Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b Enter the smaller of line 24 or 29a (see instructions) | 29b | | | | |

### Summary of Part III Gains. Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

## Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (See instructions.)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

FORM 1065 SUPPORTING SCHEDULES

SCHEDULE K - LINE 14B(1) - INVESTMENT INCOME

| | |
|---|---|
| INTEREST INCOME | 1,255. |
| DIVIDEND INCOME | 265. |
| TOTAL INVESTMENT INCOME, SCHEDULE K, LINE 14B(1) | 1,520. |

STATEMENT #1

FORM 1065 SUPPORTING SCHEDULES

SCHEDULE K - LINE 15A - NET EARNINGS (LOSS) FROM SELF-EMPLOYMENT

| | |
|---|---|
| 1A ORDINARY INCOME (LOSS) (SCHEDULE K, LINE 1) | -13,890,954. |
| B NET INCOME(LOSS) FROM CERTAIN RENTAL REAL ESTATE ACTIVITIES | |
| C NET INCOME (LOSS) FROM OTHER RENTAL ACTIVITIES | |
| D NET LOSS FROM FORM 4797, PART II, LINE 18, INCLUDED ON LINE 1A ABOVE. ENTER AS A POSITIVE AMOUNT | 13,890,954. |
| E COMBINE LINES 1A THROUGH 1D | |
| 2 NET GAIN FROM FORM 4797, PART II, LINE 18, INCLUDED ON LINE 1A ABOVE | |
| 3A SUBTRACT LINE 2 FROM LINE 1E. IF LINE 1E IS A LOSS, INCREASE THE LOSS ON LINE 1E BY THE AMOUNT ON LINE 2 | |
| 3B PART OF LINE 3A ALLOCATED TO LIMITED PARTNERS, ESTATES, TRUSTS, CORPORATIONS, EXEMPT ORGANIZATIONS, AND IRAS | NONE |
| 3C SUBTRACT LINE 3B FROM LINE 3A. IF LINE 3A IS A LOSS, REDUCE THE LOSS ON LINE 3A BY THE AMOUNT ON LINE 3B. INCLUDE EACH INDIVIDUAL GENERAL PARTNER'S SHARE ON LINE 15A OF SCHEDULE K-1 | NONE |
| 4A GUARANTEED PAYMENTS TO PARTNERS | |
| B PART OF LINE 4A ALLOCATED TO ESTATES, TRUSTS, CORPORATIONS, EXEMPT ORGANIZATIONS, AND IRAS | |
| PART OF LINE 4A ALLOCATED TO INDIVIDUAL LIMITED PARTNERS FOR OTHER THAN SERVICES | |
| C SUBTRACT LINE 4B FROM LINE 4A. INCLUDE IN EACH INDIVIDUAL GENERAL PARTNER'S SHARE AND EACH INDIVIDUAL LIMITED PARTNER'S SHARE ON LINE 15A OF SCHEDULE K-1 | |
| 5 NET EARNINGS (LOSS) FROM SELF-EMPLOYMENT (LINE 3C + 4C) | NONE |

AMT BASIS ADJUSTMENT IN DETERMINING GAIN/(LOSS)

| | |
|---|---|
| OTHER (GENERAL BUSINESS) | NONE |
| TOTAL BASIS ADJUSTMENT IN DETERMINING GAIN/(LOSS) | NONE |

STATEMENT #2

FORM 1065, SUPPORTING SCHEDULES

| SCHEDULE L - LINE 8 - OTHER INVESTMENTS | BEGINNING | ENDING |
|---|---|---|
| FOREIGN EXCHANGE OPTIONS | 13,236,129. | NONE |
| TOTAL OTHER INVESTMENTS | 13,236,129. | NONE |

| SCHEDULE L - LINE 17 - OTHER CURRENT LIABILITIES | BEGINNING | ENDING |
|---|---|---|
| ACCOUNTS PAYABLE | 1,020,000. | NONE |
| DUE TO KEITH TUCKER | NONE | 15,300. |
| TOTAL OTHER CURRENT LIABILITIES | 1,020,000. | 15,300. |

| SCHEDULE M-2 - LINE 2 - CAPITAL CONTRIBUTED DURING YEAR | |
|---|---|
| CAPITAL CONTRIBUTED DURING THE YEAR | 1,020,000. |
| TOTAL CAPITAL CONTRIBUTED DURING THE YEAR | 1,020,000. |

| SCHEDULE M-2 - LINE 6A - CASH DISTRIBUTIONS | |
|---|---|
| CASH DISTRIBUTIONS | 836,245. |
| TOTAL CASH DISTRIBUTIONS | 836,245. |

STATEMENT #3

# Epsolon Limited
## Form 1065 - Statement 4 Attachment
### December 31, 2001

| Security | Purchase / Acquisition Date | Total Purchase Price | Sale Date | Sale Price | Gain/(Loss) |
|---|---|---|---|---|---|
| Long - DEM Call - # 1185263 | 12/21/2000 | 28,294,170 | 01/08/2001 | 71,779,358 | 43,485,188 |
| Short - Euro Call - # 1182392 | 01/08/2001 | 72,434,183 | 12/20/2000 | 21,644,715 | (50,789,468) |
| Long - Euro Put - # 1182388 | 12/20/2000 | 21,673,181 | 01/08/2001 | 0 | (21,673,181) |
| Short - DEM Put - # 1185254 | 01/08/2001 | 0 | 12/21/2000 | 15,086,507 | 15,086,507 |
| | | 122,401,534 | | 108,510,580 | (13,890,954) |

# Partner Address Listing

| Partner Number | Partner I.D. Number | Partner Name | Street Address | City, State and Zip | | |
|---|---|---|---|---|---|---|
| 1 | | CUMBERDALE INVESTMENT LIMITED | 43 AILESBURY ROAD BALLSBRIDGE | DUBLIN 4 | . | IRELAND |
| 2 | 51-0405078 | SLIGO (2000) COMPANY INC. | DEPARTMENT 502 2644 CAPITOL TRAIL, SUITE 300 | NEWARK | DE | 19711 |

INITIAL RETURN

SCHEDULE K-1 (Form 1065)
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 2001 or tax year beginning , 2001, and ending

OMB No. 1545-0099

2001

Partner's identifying number ▶ 51-0405078

Partnership's identifying number ▶ 98-0336318

Partner's name, address, and ZIP code PARTNER # 2
SLIGO (2000) COMPANY INC.
DEPARTMENT 502
2644 CAPITOL TRAIL, SUITE 300
NEWARK, DE 19711

Partnership's name, address, and ZIP code
EPSOLON LIMITED
43 AILESBURY ROAD
BALLSBRIDGE
DUBLIN 4, IRELAND

A This partner is a [X] general partner [ ] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ S CORPORATION

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of: (i) Before change or termination / (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 99.000000 % |
| Loss sharing | % | 99.000000 % |
| Ownership of capital | % | 99.000000 % |

E IRS Center where partnership filed return: PHILADELPHIA

F Partner's share of liabilities (see instructions):
Nonrecourse
Qualified nonrecourse financing
Other

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 13,573,884. | 1,020,000. | -13,757,374. | ( 836,245.) | 265. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | -13,758,878. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 1,242. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | 262. | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) *(attach schedule)* | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) *(attach schedule)* | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) *(attach schedule)* | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income *(attach schedule)* | 10 | | |
| | 11 | Other deductions *(attach schedule)* | 11 | | |
| Credits | 12a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

JSA 1P1200 2.000

ML9945 E299 04/06/2002 16:40:32 V01-5.1

Schedule K-1 (Form 1065) PARTNER # 2 SLIGO (2000) COMPANY INC Page 2

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14 a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 1,504. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employment | 15 a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e | Other adjustments and tax preference items *(attach schedule)* | 16e | | |
| Foreign Taxes | 17 a | Name of foreign country or U.S. possession ▶ | | | Form 1116, Part I |
| | b | Gross income from all sources | 17b | | |
| | c | Gross income sourced at partner level | 17c | | |
| | d | Foreign gross income sourced at partnership level: | | | |
| | | (1) Passive | 17d(1) | | |
| | | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | | (3) General limitation | 17d(3) | | |
| | e | Deductions allocated and apportioned at partner level: | | | |
| | | (1) Interest expense | 17e(1) | | |
| | | (2) Other | 17e(2) | | |
| | f | Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | | (1) Passive | 17f(1) | | |
| | | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | | (3) General limitation | 17f(3) | | |
| | g | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h | Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12 |
| Other | 18 | Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 836,245. | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

Supplemental Information

25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed)*:



JBA 1P1300 2.000

ML9945 E299 04/06/2002 16:40:32 V01-5.1

# PARTNER'S SCHEDULE OF ACTIVITIES

PARTNER # 2 LIGO (2000) COMPANY INC.

| Activity Name(s) and Type of Income: | Disposed Activity | Qualified Low-Income Housing | Publicly Traded Partnership | Pass-through Activity |
|---|---|---|---|---|
| A EPSOLON LIMITED | NO | NO | NO | NO |
| B EPSOLON LIMITED | NO | NO | NO | NO |
| C | | | | |
| D | | | | |
| E | | | | |

| Schedule K-1 Line References | Activity A | Activity B | Activity C | Activity D | Activity E |
|---|---|---|---|---|---|
| | PORTFOLIO | GEN - T\B | | | |
| 1. Ordinary income | | -13,752,044. | | | |
| 2. Rental real estate income | | | | | |
| 3. Other rental income | | | | | |
| 4a. Interest income | 1,242. | | | | |
| 4b. Ordinary dividends | 262. | | | | |
| 4c. Royalties | | | | | |
| 4d. Short-term capital gain/loss | | | | | |
| 4e.(1) Net long-term capital gain/loss | | | | | |
| 4e.(2) 28% rate gain/loss | | | | | |
| 4e.(3) Qualified 5-year gain | | | | | |
| 4f. Other portfolio income/loss | | | | | |
| 5. Guaranteed payments | | | | | |
| 6. Net Section 1231 gain/loss | | | | | |
| 7. Other income | | | | | |
| 8. Charitable contributions | | | | | |
| 9. Section 179 expense | | | | | |
| 10. Deductions for portfolio income | | | | | |
| 11. Other deductions | | | | | |
| 12a.(1) LIHC: Sect. 42(j)(5) pshs | | | | | |
| 12a.(2) LIHC: Other than on 12a(l) | | | | | |
| 12b. Qualified rehab. expenditures | | | | | |
| 12c. Rental real estate credits | | | | | |
| 12d. Other rental credits | | | | | |
| 13. Other credits | | | | | |
| 14a. Interest expense on inv. debts | | | | | |
| 14b.(1) Investment income | 1,504. | | | | |
| 14b.(2) Investment expense | | | | | |
| 16a. Depr. adj. on post-86 property | | | | | |
| 16b. Adjusted gain/loss | | | | | |
| 16c. Depletion | | | | | |
| 16d.(1) Gross income oil/gas/geoth | | | | | |
| 16d.(2) Deductions alloc. to oil/gas prop. | | | | | |
| 16e. Other tax preference | | | | | |
| 17b. Gross income all sources | | | | | |
| 17c. Gross income (ptr level) | | | | | |
| 17d.(1) Passive (ptrshp level) | | | | | |
| 17d.(2) Listed categories (ptrshp level) | | | | | |
| 17d.(3) General limitation (ptrshp level) | | | | | |
| 17e.(1) Interest exp. allo. & appt. (ptr level) | | | | | |
| 17e.(2) Other deductions allo. & appt. (ptr level) | | | | | |
| 17f.(1) Passive deductions (ptrshp level) | | | | | |
| 17f.(2) Listed categories (ptrshp level) | | | | | |
| 17f.(3) General limitation (ptrshp level) | | | | | |
| 17g. Total foreign taxes | | | | | |
| 17h. Reduction in taxes avail. for credit | | | | | |
| 18b. Section 59(e) expenditures | | | | | |
| 19. Tax-exempt interest income | | | | | |
| 20. Other tax-exempt income | | | | | |
| 21. Nondeductible expenses | | | | | |
| 24a. Low-inc. housing credit recap. | | | | | |
| 24b. Other than Sec. 42(j)(5) | | | | | |
| 25. Supplemental information | | | | | |

JSA 1P9010 2.000 ML9945 E299 04/06/2002 16:40:32 V01-5.1

SCH K-1 SUPPORTING SCHEDULES PARTNER # 2 SLIGO (2000) COMPA INC.

ITEM J, COLUMN(C) - RECONCILIATION OF INCOME

| | |
|---|---|
| TOTAL INCOME PER SCHEDULE K-1 | -13,750,540. |
| TOTAL INCOME PER ITEM J, COLUMN(C) | -13,750,540. |

STATEMENT #1