# Exhibit D



**WADDELL & REED** Financial, Inc.

KEITH A. TUCKER
Chairman and Chief Executive Officer

6300 Lamar Avenue
Shawnee Mission, KS 66202
913-236-1915

April 9, 2002

**CERTIFIED - RETURN RECEIPT**

Internal Revenue Service
Austin, TX 73301-0002

Gentlemen:

Enclosed please find the 2001 Form 1040, U.S. Individual Income Tax Return for Keith A. Tucker and Laura B. Tucker.

Should you have any questions, please let me know.

Very truly yours,

*[signature]*

Keith A. Tucker

KAT:sj

Enclosure

# Form 1040 — U.S. Individual Income Tax Return — 2001

Department of the Treasury - Internal Revenue Service (99)  IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2001, or other tax year beginning , 2001, ending  OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: KEITH A
- Last name: TUCKER
- If a joint return, spouse's first name and initial: LAURA B
- Last name: TUCKER
- Home address (number and street): 3831 TURTLE CREEK BLVD. - UNIT 6H
- City, town or post office, state, and ZIP code: DALLAS   TX   75219

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.) Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: Yes [ ] No [X]   Spouse: Yes [ ] No [X]

**Filing Status** (Check only one box.)
1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4. [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶        ). (See page 19.)

**Exemptions**
- 6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
- b  [X] Spouse
- No. of boxes checked on 6a and 6b: **2**
- c Dependents: (none listed)
- Total number of exemptions claimed: **2**

**Income**  Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 21. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2.  SEE STATEMENT 1 | 8,882,433. |
| 8a | Taxable interest. Attach Schedule B if required | 192,973. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | 574,882. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22)  STMT. 2 | 8,484. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 3,229,105. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions  15a       b Taxable amount (see page 23) | 15b  1,308,832. |
| 16a | Total pensions and annuities 16a    b Taxable amount (see page 23) | 16b  10,734. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | -13,742,247. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a   b Taxable amount (see page 25) | |
| 21 | Other income. List type and amount (see page 27)  SEE STATEMENT 1 | -8,484. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 456,712. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 27) | |
| 24 | Student loan interest deduction (see page 28) | |
| 25 | Archer MSA deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed health insurance deduction (see page 30) | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | Add lines 23 through 31a | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ▶ | 456,712. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.    Form **1040** (2001)

JSA  1A1210 3.000

K98091 E299 04/08/2002 11:46:23 V01-5.1   484499

Form 1040 (2001) KENNETH S. & LAURA TUCKER Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 712. |
| Standard Deduction for - | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ | 35a | |
| ● People who checked any box on line 35a or 35b **or** who can be claimed as a dependent, see page 31. | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| | 36 | Itemized deductions (from Schedule A) **or** your standard deduction (see left margin) | 36 | 532,862. |
| | 37 | Subtract line 36 from line 34 | 37 | -76,150. |
| | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | SEE STMT 3 NONE |
| ● All others: Single, $4,550 | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | NONE |
| Head of household, $6,650 | 40 | **Tax** (see page 33). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | NONE |
| Married filing jointly or Qualifying widow(er), $7,600 | 41 | **Alternative minimum tax** (see page 34). Attach Form 6251 | 41 | NONE |
| | 42 | Add lines 40 and 41 ▶ | 42 | NONE |
| | 43 | Foreign tax credit. Attach Form 1116 if required ... 43 | | |
| Married filing separately, $3,800 | 44 | Credit for child and dependent care expenses. Attach Form 2441 ... 44 | | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R ... 45 | | |
| | 46 | Education credits. Attach Form 8863 ... 46 | | |
| | 47 | Rate reduction credit. See the worksheet on page 36 ... 47 | | |
| | 48 | Child tax credit (see page 37) ... 48 | | |
| | 49 | Adoption credit. Attach Form 8839 ... 49 | | |
| | 50 | Other credits from: a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) _____ 50 | | |
| | 51 | Add lines 43 through 50. These are your **total credits** | 51 | |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | NONE |
| **Other Taxes** | 53 | Self-employment tax. Attach Schedule SE | 53 | |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| | 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| | 57 | Household employment taxes. Attach Schedule H | 57 | |
| | 58 | Add lines 52 through 57. This is your **total tax** ▶ | 58 | NONE |
| **Payments** | 59 | Federal income tax withheld from Forms W-2 and 1099 ... 59  244,816. | | |
| | 60 | 2001 estimated tax payments and amount applied from 2000 return . 60 | | |
| If you have a qualifying child, attach Schedule EIC. | 61a | **Earned income credit (EIC)** ... 61a | | |
| | b | Nontaxable earned income ... 61b | | |
| | 62 | Excess social security and RRTA tax withheld (see page 51) ... 62 | | |
| | 63 | Additional child tax credit. Attach Form 8812 ... 63 | | |
| | 64 | Amount paid with request for extension to file (see page 51) ... 64 | | |
| | 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 65 | | |
| | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your **total payments** ▶ | 66 | 244,816. |
| **Refund** | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you **overpaid** | 67 | 244,816. |
| Direct deposit? See page 51 and fill in 68b, 68c, and 68d. | 68a | Amount of line 67 you want **refunded to you** ▶ | 68a | 244,816. |
| | ▶b | Routing number 082000073   ▶c Type: ☐ Checking ☒ Savings | | |
| | ▶d | Account number 89203828 | | |
| | 69 | Amount of line 67 you want **applied to your 2002 estimated tax** ▶ 69 | | |
| **Amount You Owe** | 70 | **Amount you owe.** Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | |
| | 71 | Estimated tax penalty. Also include on line 70 ... 71 | | NONE |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 53)?  ☒ Yes. Complete the following.  ☐ No | | |
| | | Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶ | | |

**Sign Here**
Joint return? See page 19.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: EXECUTIVE | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation

**Paid Preparer's Use Only**

| Preparer's signature ▶ | TIMOTHY P. SPEISS C.P.A. 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 | Date 4-0-02 | Check if self-employed ☐ | Preparer's SSN or PTIN ▶ 66 6273 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | KPMG LLP 345 PARK AVENUE NEW YORK NY | | EIN 13-5565207 Phone no 212-758-9700 10154-0102 |

JSA
1A1220 3.000

Form 1040 (2001)

K98091 E299 04/08/2002 11:46:23 V01-5.1 484499

| Form **2210** | **Underpayment of Estimated Tax by Individuals, Estates, and Trusts** | OMB No. 1545-0140 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | **2001**<br>Attachment<br>Sequence No. **06** |

Name(s) shown on tax return: **KEITH A TUCKER & LAURA B TUCKER**      Identifying number: [redacted]

In most cases, you do not need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210 only if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from Part III, line 21, or Part IV, line 37, on the penalty line of your return, but do not attach Form 2210.

### Part I  Reasons for Filing

If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you **must** check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1. Check whichever boxes apply (if none apply, see the text above Part I and **do not file Form 2210**):

   a. ☐ You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** on page 2 of the instructions.

   b. ☐ You use the **annualized income installment method**. If your income varied during the year, this method may reduce the amount of one or more required installments. See page 5 of the instructions.

   c. ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the instructions for line 23 on page 3.

   d. ☐ Your required annual payment (line 14 below) is based on your 2000 tax and you filed or are filing a joint return for either 2000 or 2001 but not for both years.

### Part II  Required Annual Payment

| | | |
|---|---|---|
| 2 | Enter your 2001 tax after credits (see page 2 of the instructions) | 2 |
| 3 | Other taxes (see page 2 of the instructions) | 3 |
| 4 | Add lines 2 and 3 | 4 |
| 5 | Earned income credit | 5 |
| 6 | Additional child tax credit | 6 |
| 7 | Credit for Federal tax paid on fuels | 7 |
| 8 | Add lines 5, 6, and 7 | 8 |
| 9 | Current year tax. Subtract line 8 from line 4 | 9 |
| 10 | Multiply line 9 by 90% (.90) ............ 10  NONE | |
| 11 | Withholding taxes. **Do not** include any estimated tax payments on this line (see page 3 of the instructions) | 11  244,816. |
| 12 | Subtract line 11 from line 9. If less than $1,000, stop here; you do not owe the penalty. **Do not file Form 2210** | 12 |
| 13 | Enter the tax shown on your 2000 tax return (110% of that amount if the adjusted gross income shown on that return is more than $150,000, or, if married filing separately for 2001, more than $75,000). Caution: *See page 3 of the instructions* | 13 |
| 14 | **Required annual payment.** Enter the **smaller** of line 10 or line 13 | 14 |

If line 11 is equal to or more than line 14, stop here; you do not owe the penalty.
Do not file Form 2210 unless you checked box 1d above.

### Part III  Short Method

(Caution: *See page 3 of the instructions to find out if you can use the short method. If you checked box 1b or 1c in Part I, skip this part and go to Part IV.*)

| | | |
|---|---|---|
| 15 | Enter the amount, if any, from line 11 above ........ 15 | |
| 16 | Enter the total amount, if any, of estimated tax payments you made ...... 16 | |
| 17 | Add lines 15 and 16 | 17 |
| 18 | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. **Do not file Form 2210 unless you checked box 1d above** | 18 |
| 19 | Multiply line 18 by .04397 (see page 3 of the instructions if you are eligible for relief due to the September 11, 2001, terrorist attacks) | 19 |
| 20 | • If the amount on line 18 was paid **on or after** 4/15/02, enter -0-.<br>• If the amount on line 18 was paid **before** 4/15/02, make the following computation to find the amount to enter on line 20.<br>  Amount on line 18  X  Number of days paid before 4/15/02  X  .00016 | 20 |
| 21 | **Penalty.** Subtract line 20 from line 19. Enter the result here and on Form 1040, line 71; Form 1040A, line 46; Form 1040NR, line 69; Form 1040NR-EZ, line 26; or Form 1041, line 26, **but do not file Form 2210 unless you checked one or more of the boxes in Part I above** ▶ | 21 |

For Paperwork Reduction Act Notice, see page 6 of separate instructions.      Form **2210** (2001)

JSA
1X4010 2.000

K98091 E299 04/08/2002 11:46:23 V01-5.1    484499

**Part IV**     Regular Method (See page 3 of the instructions if you are filing Form 1040NR or 1040NR-EZ.)

### Section A - Figure Your Underpayment

| | | | Payment Due Dates | | | |
|---|---|---|---|---|---|---|
| | | | (a) 4/15/01 | (b) 6/15/01 | (c) 9/24/01 | (d) 1/15/02 |
| 22 | Required installments. If box 1b applies, enter the amounts from Schedule AI, line 25. Otherwise, enter 25% (.25) of line 14, Form 2210, in each column | 22 | | | | |
| 23 | Estimated tax paid and tax withheld (see page 3 of the instructions). For column (a) only, also enter the amount from line 23 on line 27. If line 23 is equal to or more than line 22 for all payment periods, stop here; you do not owe the penalty. **Do not file Form 2210 unless you checked a box in Part I** *Complete lines 24 through 30 of one column before going to the next column.* | 23 | | | | |
| 24 | Enter amount, if any, from line 30 of previous column | 24 | | | | |
| 25 | Add lines 23 and 24 | 25 | | | | |
| 26 | Add amounts on lines 28 and 29 of the previous column | 26 | | | | |
| 27 | Subtract line 26 from line 25. If zero or less, enter -0-. For column (a) only, enter the amount from line 23 | 27 | | | | |
| 28 | If the amount on line 27 is zero, subtract line 25 from line 26. Otherwise, enter -0- | 28 | | | | |
| 29 | **Underpayment.** If line 22 is equal to or more than line 27, subtract line 27 from line 22. Then go to line 24 of next column. Otherwise, go to line 30 ▶ | 29 | | | | |
| 30 | **Overpayment.** If line 27 is more than line 22, subtract line 22 from line 27. Then go to line 24 of next column | 30 | | | | |

### Section B - Figure the Penalty (Complete lines 31 through 36 of one column before going to the next column.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Rate Period 1** | April 16, 2001 - June 30, 2001 | | | 4/15/01 | 6/15/01 | | |
| | 31 | Number of days from the date shown above line 31 to the date the amount on line 29 was paid or 6/30/01, whichever is earlier | 31 | Days: | Days: | | |
| | 32 | Underpayment on line 29 × days on line 31 / 365 × .08 ▶ (see page 4 of the instructions) | 32 | $ | $ | | |
| **Rate Period 2** | July 1, 2001 - December 31, 2001 | | | 6/30/01 | 6/30/01 | 9/24/01 | |
| | 33 | Number of days from the date shown above line 33 to the date the amount on line 29 was paid or 12/31/01, whichever is earlier | 33 | Days: | Days: | Days: | |
| | 34 | Underpayment on line 29 × days on line 33 / 365 × .07 ▶ (see page 5 of the instructions) | 34 | $ | $ | $ | |
| **Rate Period 3** | January 1, 2002 - April 15, 2002 | | | 12/31/01 | 12/31/01 | 12/31/01 | 1/15/02 |
| | 35 | Number of days from the date shown above line 35 to the date the amount on line 29 was paid or 4/15/02, whichever is earlier | 35 | Days: | Days: | Days: | Days: |
| | 36 | Underpayment on line 29 × days on line 35 / 365 × .06 ▶ (see page 5 of the instructions) | 36 | $ | $ | $ | $ |

| 37 | **PENALTY.** Add all amounts on lines 32, 34, and 36 in all columns. Enter the total here and on Form 1040, line 71; Form 1040A, line 46; Form 1040NR, line 69; Form 1040NR-EZ, line 26; or Form 1041, line 26, but do not file Form 2210 unless you checked one or more of the boxes in Part I ▶ | 37 | $ | **NONE** |
|---|---|---|---|---|

Form **2210** (2001)

**SCHEDULES A&B**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

**Schedule A — Itemized Deductions**
(Schedule B is on back)
► Attach to Form 1040.   ► See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**2001**
Attachment Sequence No. 07

Name(s) shown on Form 1040: **KEITH A TUCKER & LAURA B TUCKER**

Your social security number: [redacted]

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | |
| | 2 | Enter amount from Form 1040, line 34 · · · 2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes  STMT 4 | 5 | 20,831. |
| | 6 | Real estate taxes (see page A-2) | 6 | 6,433. |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 27,264. |
| **Interest You Paid** (See page A-3.) **Note.** Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ► | 11 | |
| | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.)  SEE STATEMENT 4 | 13 | 381,190. |
| | 14 | Add lines 10 through 13 | 14 | 381,190. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4  SEE STATEMENT 4 | 15 | 27,055. |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | 16 | |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | 18 | 27,055. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See page A-5.) ► _____ | 20 | |
| | 21 | Tax preparation fees | 21 | |
| | 22 | Other expenses- investment, safe deposit box, etc. List type and amount ►  SEE STATEMENT 4 | 22 | 116,200. |
| | 23 | Add lines 20 through 22 | 23 | 116,200. |
| | 24 | Enter amount from Form 1040, line 34   24   456,712. | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 9,134. |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | 107,066. |
| **Other Miscellaneous Deductions** | 27 | Other- from list on page A-6. List type and amount ► _____ | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if married filing separately)?<br>[ ] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36.<br>[X] **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. | 28 | 532,862.<br>SEE STMT 5 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 2001

JSA
1A1400 2.000

K98091 E299 04/08/2002 11:46:23 V01-5.1   484499

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.
KEITH A TUCKER & LAURA B TUCKER

Your social security number

# Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. 08

## Part I — Interest

(See page B-1 and the instructions for Form 1040, line 8a.)

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---:|
| AICPA'S INSURANCE TRUST | 73. |
| UMB BANK | 115. |
| BANK OF AMERICA | 17. |
| ALPINE BANK | 907. |
| BYNUM, LLC (#51-0407181)-CORDILLERA, LP | 378. |
| BYNUM, LLC (#51-0407181)-CORDILLERA, LLC | 383. |
| SLIGO (2000) COMPANY INC. | 110,671. |
| WARD FINANCIAL CORP | 42,940. |
| CORDILLERA, LLC | 38. |
| CORDILLERA 2001 LONG TERM TRUST | 37,451. |

**2** Add the amounts on line 1 .......... **2**   192,973.

**3** Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 .......... **3**

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ **4**   192,973.

Note. If line 4 is over $400, you must complete Part III.

## Part II — Ordinary Dividends

(See page B-1 and the instructions for Form 1040, line 9.)

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**5** List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13 ▶

| Payer | Amount |
|---|---:|
| WADDELL & REED FINANCIAL-CLASS A | 4,951. |
| WADDELL & REED ADVISORS CASH MNGMT A | 1,491. |
| BYNUM, LLC (#51-0407181)-CORDILLERA, LP | 152. |
| BYNUM, LLC (#51-0407181)-CORDILLERA, LLC | 151. |
| SLIGO (2000) COMPANY INC. | 40,188. |
| WARD FINANCIAL CORP | 511,609. |
| CORDILLERA, LLC | 15. |
| CORDILLERA 2001 LONG TERM TRUST | 16,325. |

**6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ **6**   574,882.

Note. If line 6 is over $400, you must complete Part III.

## Part III — Foreign Accounts and Trusts

(See page B-2.)

You must complete this part if you **(a)** had over $400 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| **7a** At any time during 2001, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 . . . . . . . . . . | | X |
| **b** If "Yes," enter the name of the foreign country ▶ | | |
| **8** During 2001, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 . . . . . . . . . . . . . . . . | | X |

JSA   For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule B (Form 1040) 2001
1A1600 2.000

# SCHEDULE D
## (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040.  ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2001**

Attachment Sequence No. **12**

Name(s) shown on Form 1040: **KEITH A TUCKER & LAURA B TUCKER**

Your social security number: [redacted]

## Part I — Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5 of the instructions) | (e) Cost or other basis (see page D-5 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 ..... **2** | | | |
| 3 | **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) ..... **3** | | | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 ..... | | **4** | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ..... SEE STATEMENT 6 | | **5** | -97,020. |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2000 Capital Loss Carryover Worksheet ..... | | **6** | ( ) |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f). ..... | | **7** | -97,020. |

## Part II — Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5 of the instructions) | (e) Cost or other basis (see page D-5 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| 8 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 ..... **9** | | | | |
| 10 | **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) ..... **10** | | | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 ..... | | **11** | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ..... SEE STATEMENT 7 | | **12** | 3,326,125. | |
| 13 | Capital gain distributions. See page D-1 of the instructions ..... | | **13** | | |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 2000 Capital Loss Carryover Worksheet ..... | | **14** | ( ) | ( ) |
| 15 | Combine lines 8 through 14 in column (g) ..... | | **15** | | |
| 16 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ..... | | **16** | 3,326,125. | |

Next: Go to Part III on the back.

*  **28% rate gain or loss** includes all "collectibles gains and losses" (as defined on page D-6 of the instructions) and up to 50% of the eligible gain on qualified small business stock (see page D-4 of the instructions).

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule D (Form 1040) 2001

JSA
1A2015 3.000

K98091   E299   04/08/2002   11:46:23   V01-5.1       484499

| Part III | Taxable Gain or Deductible Loss | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16 and enter the result. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13, and complete Form 1040 through line 39 . . . . . . . . . . . . . . . . . . | 17 | 3,229,105. |

Next:
- If both lines 16 and 17 are gains **and** Form 1040, line 39, is more than zero, complete Part IV below.
- Otherwise, skip the rest of Schedule D and complete Form 1040.

| 18 | If line 17 is a loss, enter here and on Form 1040, line 13, the **smaller** of (a) that loss or (b) ($3,000) (or, if married filing separately, ($1,500)). Then complete Form 1040 through line 37 . . . | 18 | ( ) |

Next:
- If the loss on line 17 is more than the loss on line 18 **or** if Form 1040, line 37, is less than zero, skip **Part IV** below and complete the **Capital Loss Carryover Worksheet** on page D-6 of the instructions before completing the rest of Form 1040.
- Otherwise, skip **Part IV** below and complete the rest of Form 1040.

| Part IV | Tax Computation Using Maximum Capital Gains Rates |
|---|---|

| 19 | Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-7 of the instructions . . . . . . . . . . . | 19 | |

If line 15 or line 19 is more than zero, complete the worksheet on page D-9 of the instructions to figure the amount to enter on lines 22, 29, and 40 below, and skip all other lines below. Otherwise, go to line 20.

| 20 | Enter your taxable income from Form 1040, line 39 . . . . . . . . . . . . | 20 | | |
| 21 | Enter the **smaller** of line 16 or line 17 of Schedule D . . . . . . . . . . . . . . . . . . . . | 21 | | |
| 22 | If you are deducting investment interest expense on Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0- . | 22 | | |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- . . . . . . . . . . . . . | 23 | | |
| 24 | Subtract line 23 from line 20. If zero or less, enter -0- . . . . . . . . . . . . . | 24 | | |
| 25 | Figure the tax on the amount on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies | 25 | | |
| 26 | Enter the **smaller** of:<br>• The amount on line 20 **or**<br>• $45,200 if married filing jointly or qualifying widow(er);<br>$27,050 if single;<br>$36,250 if head of household; or<br>$22,600 if married filing separately | 26 | | |

If line 26 is greater than line 24, go to line 27. Otherwise, skip lines 27 through 33 and go to line 34.

| 27 | Enter the amount from line 24 . . . . . . . . . . . . . . . | 27 | | |
| 28 | Subtract line 27 from line 26. If zero or less, enter -0- and go to line 34 . . | 28 | | |
| 29 | Enter your qualified 5-year gain, if any, from line 7 of the worksheet on page D-8 . . . . . . | 29 | | |
| 30 | Enter the **smaller** of line 28 or line 29 . . . . . . . . . . . . . . . . . . . . . | 30 | | |
| 31 | Multiply line 30 by 8% (.08) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | |
| 32 | Subtract line 30 from line 28 . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 | Multiply line 32 by 10% (.10) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | |

If the amounts on lines 23 and 28 are the same, skip lines 34 through 37 and go to line 38.

| 34 | Enter the **smaller** of line 20 or line 23 . . . . . . . . . . . . . . . . | 34 | | |
| 35 | Enter the amount from line 28 (if line 28 is blank, enter -0-) . . . . . . . . . | 35 | | |
| 36 | Subtract line 35 from line 34 . . . . . . . . . . . . . . . . . . . | 36 | | |
| 37 | Multiply line 36 by 20% (.20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 | |
| 38 | Add lines 25, 31, 33, and 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Figure the tax on the amount on line 20. Use the Tax Table or Tax Rate Schedules, whichever applies . | 39 | |
| 40 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 38 or line 39 here and on Form 1040, line 40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | |

Schedule D (Form 1040) 2001

JSA
1A2020 2.000

K98091 E299 04/08/2002 11:46:23 V01-5.1    484499

# SCHEDULE E (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**2001**

Attachment Sequence No. **13**

Name(s) shown on return: **KEITH A TUCKER & LAURA B TUCKER**

Your social security number: ███████327

### Part I  Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-1). Report farm rental income or loss from **Form 4835** on page 2, line 39.

1  Show the kind and location of each **rental real estate property**:
A  _____
B  _____
C  _____

2  For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
• 14 days **or**
• 10% of the total days rented at fair rental value?
(See page E-1.)

|   | Yes | No |
|---|---|---|
| A |   |   |
| B |   |   |
| C |   |   |

| | | Properties | | | Totals |
|---|---|---|---|---|---|
| | | A | B | C | (Add columns A, B, and C.) |
| **Income:** | | | | | |
| 3  Rents received | 3 | | | | 3 |
| 4  Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | |
| 5  Advertising | 5 | | | | |
| 6  Auto and travel (see page E-2) | 6 | | | | |
| 7  Cleaning and maintenance | 7 | | | | |
| 8  Commissions | 8 | | | | |
| 9  Insurance | 9 | | | | |
| 10  Legal and other professional fees | 10 | | | | |
| 11  Management fees | 11 | | | | |
| 12  Mortgage interest paid to banks, etc. (see page E-2) | 12 | | | | 12 |
| 13  Other interest | 13 | | | | |
| 14  Repairs | 14 | | | | |
| 15  Supplies | 15 | | | | |
| 16  Taxes | 16 | | | | |
| 17  Utilities | 17 | | | | |
| 18  Other (list) ▶ _____ | 18 | | | | |
| 19  Add lines 5 through 18 | 19 | | | | 19 |
| 20  Depreciation expense or depletion (see page E-3) | 20 | | | | 20 |
| 21  Total expenses. Add lines 19 and 20 | 21 | | | | |
| 22  Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file **Form 6198** | 22 | | | | |
| 23  Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file **Form 8582**. Real estate professionals must complete line 42 on page 2 | 23 | ( ) | ( ) | ( ) | |
| 24  Income. Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 |
| 25  Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 ( ) |
| 26  Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule E (Form 1040) 2001

JSA
1X1300 2.000

K98091 E299 04/08/2002 11:46:23 V01-5.1   484499

Schedule E (Form 1040) 2001     Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.     Your social security number

**KEITH A TUCKER & LAURA B TUCKER**

Note. If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

### Part II — Income or Loss From Partnerships and S Corporations
Note. If you report a loss from an at-risk activity, you must check either column (e) or (f) on line 27 to describe your investment in the activity. See page E-5. If you check column (f), you must attach **Form 6198**.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SLIGO (2000) COMPANY INC. | P | | 51-0405078 | X | |
| B | WARD FINANCIAL CORP | P | | 75-2463118 | X | |
| C | | | | | | |
| D | CORDILLERA, LLC | P | | 88-0488982 | X | |
| E | | | | | | |

STMT 8 Passive Income and Loss     STMT 9 Nonpassive Income and Loss

| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | | | -13,742,247. | | |
| B | | NONE | | | |
| C | | | | | |
| D | | NONE | | | |
| E | | | | | |
| 28a Totals | | NONE | | | |
| b Totals | | | -13,742,247. | | |

| 29 | Add columns (h) and (k) of line 28a . . . . . . . . . . . . . . . . . . . . . . . . | 29 | NONE |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b . . . . . . . . . . . . . . . . . . . . . | 30 | (13,742,247.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | -13,742,247. |

### Part III — Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | CORDILLERA 2001 LONG TERM TRUST | 464-70-532 |
| B | | |

| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | NONE | | |
| B | | | | |
| 33a Totals | | NONE | | |
| b Totals | | | | |

| 34 | Add columns (d) and (f) of line 33a . . . . . . . . . . . . . . . . . | 34 | NONE |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b . . . . . . . . . . . . . . . . . | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below . . . . . . . . . . . . . . . . . . . . . | 36 | NONE |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below . . . . . . . . . . | 38 | |
|---|---|---|---|

### Part V — Summary

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below . . . . . . . . . . . . . . . . | 39 | |
|---|---|---|---|
| 40 | Total income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 . . ▶ | 40 | -13,742,247. |
| 41 | Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) . . . . . . . . . . . . . | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional (see page E-4), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . . . . . | 42 | |

JSA     Schedule E (Form 1040) 2001
1X1310 2.000

K98091 E299 04/08/2002 11:46:23 V01-5.1     484499

| Form **1116** | | **Foreign Tax Credit** | | OMB No. 1545-0121 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | (Individual, Estate, Trust, or Nonresident Alien Individual)<br>▶ Attach to Form 1040, 1040NR, 1041, or 990-T.<br>▶ See separate instructions. | | **2001**<br>Attachment<br>Sequence No. **19** |
| Name<br>KEITH A TUCKER & ▊▊RA ▊ ▊▊▊ER | | | | Identifying number as shown on page 1 of your tax return<br>▊▊▊-▊▊-5327 |

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** on page 3 of the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **a** | [X] Passive income | **d** | [ ] Shipping income | | **g** | [ ] Lump-sum distributions |
| **b** | [ ] High withholding tax interest | **e** | [ ] Dividends from a DISC or former DISC | | **h** | [ ] Section 901(j) income |
| **c** | [ ] Financial services income | **f** | [ ] Certain distributions from a foreign sales corporation (FSC) or former FSC | | **i** | [ ] Certain income re-sourced by treaty |
| | | | | | **j** | [ ] General limitation income |

**k** Resident of (name of country) ▶ **UNITED STATES**

**Note:** *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

### Part I — Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | (Add cols. A, B, and C.) |
| **i** | Enter the name of the foreign country or U.S. possession ▶ | JAPAN | | | |
| **1** | Gross income from sources within country shown above and of the type checked above. See page 8 of the instructions: _____ | 30. | | | **1** 30. |
| | **Deductions and losses** (*Caution: See pages 8 and 9 of the instructions*): | | | | SEE SOURCING STATEMENT |
| **2** | Expenses **definitely related** to the income on line 1 (attach statement) | NONE | | | |
| **3** | Pro rata share of other deductions **not definitely related**: | | | | |
| **a** | Certain itemized deductions or standard deduction. See instructions | 151,672. | | | |
| **b** | Other deductions (attach statement) | | | | |
| **c** | Add lines 3a and 3b | 151,672. | | | |
| **d** | Gross foreign source income. See instructions | 30. | | | |
| **e** | Gross income from all sources. See instructions | 14,303,659. | | | |
| **f** | Divide line 3d by line 3e. See instructions | 0.00000210 | | | |
| **g** | Multiply line 3c by line 3f | | | | |
| **4** | Pro rata share of interest expense. See instructions: | | | | |
| **a** | Home mortgage interest (use worksheet on page 9 of the instructions) | | | | |
| **b** | Other interest expense | | | | |
| **5** | Losses from foreign sources | | | | |
| **6** | Add lines 2, 3g, 4a, 4b, and 5 | NONE | | | **6** NONE |
| **7** | Subtract line 6 from line 1. Enter the result here and on line 14, page 2 ▶ | | | | **7** 30. |

### Part II — Foreign Taxes Paid or Accrued (See page 9 of the instructions.)

| Country | Credit is claimed for taxes (you must check one) | | Foreign taxes paid or accrued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | In foreign currency | | | | In U.S. dollars | | | |
| | | | Taxes withheld at source on: | | | (s) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (w) Other foreign taxes paid or accrued | (x) Total foreign taxes paid or accrued (add cols. (t) through (w)) |
| | (m) [X] Paid<br>(n) [ ] Accrued | (o) Date paid or accrued | (p) Dividends | (q) Rents and royalties | (r) Interest | | (t) Dividends | (u) Rents and royalties | (v) Interest | | |
| **A** | VARIOUS | | | | | | 5. | | | | 5. |
| **B** | | | | | | | | | | | |
| **C** | | | | | | | | | | | |

**8** Add lines A through C, column (x). Enter the total here and on line 9, page 2 ▶ **8** 5.

For Paperwork Reduction Act Notice, see page 12 of the instructions.      Form **1116** (2001)
1X1410 2.000    JSA

K98091 E299 04/08/2002 11:46:23 V01-5.1      484499

**Part III**  Figuring the Credit

| | | | |
|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I . . . . . . . . . | 9 | 5. |
| 10 | Carryback or carryover (attach detailed computation) . . . . . . . . . . . . | 10 | |
| 11 | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | 5. |
| 12 | Reduction in foreign taxes. See page 10 of the instructions . . . . . . . . . | 12 | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit . . . . . . . . | 13 | 5. |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I. See page 10 of the instructions . . . . . . | 14 | 30. |
| 15 | Adjustments to line 14. See page 10 of the instructions . . STMT. 14 . . | 15 | -76,180. |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) . . . . . . . . . . . . . . . . . . . . | 16 | -76,150. |
| 17 | **Individuals:** Enter the amount from Form 1040, line 37. If you are a nonresident alien, enter the amount from Form 1040NR, line 36. **Estates and trusts:** Enter your taxable income without the deduction for your exemption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | **Caution:** If you figured your tax using the special rates on capital gains, see page 12 of the instructions. | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter "1" . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | **Individuals:** Enter the amount from Form 1040, line 40. If you are a nonresident alien, enter the amount from Form 1040NR, line 39. **Estates and trusts:** Enter the total of Form 1041, Schedule G, lines 1a and 1b, or the total of Form 990-T, lines 36 and 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Enter the **smaller** of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV. See page 12 of the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 21 | |

**Part IV**  Summary of Credits From Separate Parts III (See page 12 of the instructions.)

| | | | |
|---|---|---|---|
| 22 | Credit for taxes on passive income . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Credit for taxes on high withholding tax interest . . . . . . . . . . . . . | 23 | |
| 24 | Credit for taxes on financial services income . . . . . . . . . . . . . | 24 | |
| 25 | Credit for taxes on shipping income . . . . . . . . . . . . . . . . . | 25 | |
| 26 | Credit for taxes on dividends from a DISC or former DISC and certain distributions from a FSC or former FSC . . . . . . . . . . . . . | 26 | |
| 27 | Credit for taxes on lump-sum distributions . . . . . . . . . . . . . . | 27 | |
| 28 | Credit for taxes on certain income re-sourced by treaty . . . . . . . . . | 28 | |
| 29 | Credit for taxes on general limitation income . . . . . . . . . . . . . | 29 | |
| 30 | Add lines 22 through 29 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 | Enter the **smaller** of line 19 or line 30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | |
| 32 | Reduction of credit for international boycott operations. See instructions for line 12 on page 10 . . . . | 32 | |
| 33 | Subtract line 32 from line 31. This is your **foreign tax credit.** Enter here and on Form 1040, line 43; Form 1040NR, line 42; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a . . . . . . . . . ▶ | 33 | |

JSA                                                                                     Form **1116** (2001)
1X1420 2.000

K98091 E299 04/08/2002 11:46:23 V01-5.1    484499