Form **1116**

Department of the Treasury
Internal Revenue Service   (99)

**Foreign Tax Credit**

(Individual, Estate, Trust, or Nonresident Alien Individual)

▶ Attach to Form 1040, 1040NR, 1041, or 990-T.
▶ See separate instructions.

OMB No. 1545-0121

**2001**

Attachment
Sequence No. **19**

Name    **ALTERNATIVE MINIMUM TAX**   Identifying number as shown on page 1 of your tax return

**KEITH A TUCKER & LAURA B TUCKER**                    5327

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** on page 3 of the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

| | | | |
|---|---|---|---|
| a | **X** Passive income | d | Shipping income |
| b | High withholding tax interest | e | Dividends from a DISC or former DISC |
| | | f | Certain distributions from a foreign sales corporation (FSC) or former FSC |
| c | Financial services income | | |

| | |
|---|---|
| g | Lump-sum distributions |
| h | Section 901(j) income |
| i | Certain income re-sourced by treaty |
| j | General limitation income |

**k**   Resident of (name of country)   ▶   **UNITED STATES**

**Note:** *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

**Part I    Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)**

| | | Foreign Country or U.S. Possession | | | Total (Add cols. A, B, and C.) |
|---|---|---|---|---|---|
| | | A | B | C | |
| l | Enter the name of the foreign country or U.S. possession . . . . . . . . . . . . . . . ▶ | JAPAN | | | |
| 1 | Gross income from sources within country shown above and of the type checked above. See page 8 of the instructions: _____ _____ | 30. | | | 1    30. |
| | **Deductions and losses** (*Caution: See pages 8 and 9 of the instructions*): | 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 | | | |
| 2 | Expenses **definitely related** to the income on line 1 (attach statement) . . . . . . . . . . . . | | | | |
| 3 | Pro rata share of other deductions **not definitely related:** | | | | |
| a | Certain itemized deductions or standard deduction. See instructions . . . . . . . . . . | | | | |
| b | Other deductions (attach statement) . . . . . . . | | | | |
| c | Add lines 3a and 3b . . . . . . . . . . . . . . | 27,055. | | | |
| d | Gross foreign source income. See instructions . . | 30. | | | |
| e | Gross income from all sources. See instructions . . | 14,295,175. | | | |
| f | Divide line 3d by line 3e. See instructions . . . . | 0.00000210 | | | |
| g | Multiply line 3c by line 3f . . . . . . . . . . . | | | | |
| 4 | Pro rata share of interest expense. See instructions: | | | | |
| a | Home mortgage interest (use worksheet on page 9 of the instructions) . . . . . . . . . . . . . . | | | | |
| b | Other interest expense . . . . . . . . . . . . . | | | | |
| 5 | Losses from foreign sources . . . . . . . . . . . | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 . . . . . . . . . . | NONE | | | 6    NONE |
| 7 | Subtract line 6 from line 1. Enter the result here and on line 14, page 2 . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | 7    30. |

**Part II    Foreign Taxes Paid or Accrued** (See page 9 of the instructions.)

| Country | Credit is claimed for taxes (you must check one) | | In foreign currency | | | | In U.S. dollars | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Taxes withheld at source on: | | | (s) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (w) Other foreign taxes paid or accrued | (x) Total foreign taxes paid or accrued (add cols. (t) through (w)) |
| | (m) **X** Paid (n) Accrued | (o) Date paid or accrued | (p) Dividends | (q) Rents and royalties | (r) Interest | | (t) Dividends | (u) Rents and royalties | (v) Interest | | |
| A | **VARIOUS** | | | | | | 5. | | | | 5. |
| B | | | | | | | | | | | |
| C | | | | | | | | | | | |
| 8 | Add lines A through C, column (x). Enter the total here and on line 9, page 2 . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | | 8 | 5. |

For Paperwork Reduction Act Notice, see page 12 of the instructions.                                    Form **1116** (2001)

1X1410 2.000    JSA

K98091 E299 04/08/2002 11:46:23 V01-5.1    484499

| Part III | Figuring the Credit | | | |
|---|---|---|---|---|

| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I . . . . . . . . . | 9 | 5. | |
| 10 | Carryback or carryover (attach detailed computation) . . . . . . . . . . . | 10 | | |
| 11 | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . | 11 | 5. | |
| 12 | Reduction in foreign taxes. See page 10 of the instructions . . . . . . . . | 12 | | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit . . . . . . . . | 13 | | 5. |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I. See page 10 of the instructions . . . . . . | 14 | 30. | |
| 15 | Adjustments to line 14. See page 10 of the instructions . . . . . . . . . . | 15 | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) . . . . . . . . . . . . . . . | 16 | 30. | |
| 17 | **Individuals:** Enter the amount from Form 1040, line 37. If you are a nonresident alien, enter the amount from Form 1040NR, line 36. **Estates and trusts:** Enter your taxable income without the deduction for your exemption . . . . . . **SEE STATEMENT 16** . . . . . . . . . | 17 | 48,467. | |
| | Caution: If you figured your tax using the special rates on capital gains, see page 12 of the instructions. | | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter "1" . . . . . . . . . . . | 18 | | 0.00061898 |
| 19 | **Individuals:** Enter the amount from Form 1040, line 40. If you are a nonresident alien, enter the amount from Form 1040NR, line 39. **Estates and trusts:** Enter the total of Form 1041, Schedule G, lines 1a and 1b, or the total of Form 990-T, lines 36 and 37 . . . . . . . . . . . . . . . . . . . . . . | 19 | | NONE |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) . . . . . . . . . . . | 20 | | NONE |
| 21 | Enter the **smaller** of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV. See page 12 of the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 21 | | NONE |

| Part IV | Summary of Credits From Separate Parts III (See page 12 of the instructions.) | | |
|---|---|---|---|

| 22 | Credit for taxes on passive income . . . . . . . . . . . . . . . . . . | 22 | | |
| 23 | Credit for taxes on high withholding tax interest . . . . . . . . . . . . | 23 | | |
| 24 | Credit for taxes on financial services income . . . . . . . . . . . . | 24 | | |
| 25 | Credit for taxes on shipping income . . . . . . . . . . . . . . . . . | 25 | | |
| 26 | Credit for taxes on dividends from a DISC or former DISC and certain distributions from a FSC or former FSC . . . . . . . . . . . . . | 26 | | |
| 27 | Credit for taxes on lump-sum distributions . . . . . . . . . . . . | 27 | | |
| 28 | Credit for taxes on certain income re-sourced by treaty . . . . . . . . . | 28 | | |
| 29 | Credit for taxes on general limitation income . . . . . . . . . . . | 29 | | |
| 30 | Add lines 22 through 29 . . . . . . . . . . . . . . . . . . . . . . | 30 | | NONE |
| 31 | Enter the **smaller** of line 19 or line 30 . . . . . . . . . . . . . . . . | 31 | | NONE |
| 32 | Reduction of credit for international boycott operations. See instructions for line 12 on page 10 . . | 32 | | |
| 33 | Subtract line 32 from line 31. This is your **foreign tax credit.** Enter here and on Form 1040, line 43; Form 1040NR, line 42; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a . . . . . . . . . ▶ | 33 | | NONE |

| Form **6251** | **Alternative Minimum Tax - Individuals** | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2001**<br>Attachment<br>Sequence No. **32** |

Name(s) shown on Form 1040

KEITH A TUCKER & LAURA B TUCKER

### Part I    Alternative Minimum Taxable Income

| | | | |
|---|---|---|---:|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 . . . . . . . . . . . . . . . . | **1** | |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4 **or** 2 1/2% of Form 1040, line 34 . . . . . | **2** | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 . . . . . . . . . . . . . . . . . | **3** | 27,264. |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home . . . . . . . . . . . . | **4** | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 . . . . . . . | **5** | 107,066. |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 . . . . . . . . . . . . . . . . | **6** | ( 8,484.) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction . . . . . . . . . . . . . | **7** | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation . . . . . . . . . . . | **8** | NONE |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss . . . . . . . . . . . . | **9** | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income . . . . . . . . . . . . | **10** | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss . . . . . . . . . . . . | **11** | NONE |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 . . . . . . . | **12** | |
| 13 | Tax-exempt interest income from private activity bonds issued after August 7, 1986 . . . . . . . . . . . | **13** | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

| | | | | | |
|---|---|---|---|---|---:|
| **a** | Circulation expenditures | | **i** | Mining costs | |
| **b** | Depletion . . . . . . . | | **j** | Patron's adjustment . . . . | |
| **c** | Depreciation (pre-1987) | | **k** | Pollution control facilities . . . | |
| **d** | Installment sales . . . . | | **l** | Research and experimental . . | |
| **e** | Intangible drilling costs | | **m** | Section 1202 exclusion . . . | |
| **f** | Large partnerships . . . | | **n** | Tax shelter farm activities . . . | |
| **g** | Long-term contracts . . . | | **o** | Related adjustments . . . . . | 8,484. |
| **h** | Loss limitations . . . . . | | | | |

| | | | |
|---|---|---|---:|
| | | **14** | 8,484. |
| 15 | Total adjustments and preferences. Combine lines 1 through 14 . . . . . . . . **15** 134,330. | | |
| 16 | Enter the amount from Form 1040, line 37. If less than zero, enter as a (loss) . **16** -76,150. | | |
| 17 | Enter as a positive amount any net operating loss deduction from Form 1040, line 21 . . **17** | | |
| 18 | If Form 1040, line 34, is over $132,950 (over $66,475 if married filing separately) and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 . . . . . . . . . . . **18** ( 9,713) | | |
| 19 | Combine lines 15 through 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 48,467. |
| 20 | Alternative tax net operating loss deduction (see page 6 of the instructions) . . . . . . . . . . . . . . | **20** | |
| 21 | **Alternative minimum taxable income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $173,000, see page 7 of the instructions.) . . . . . . . . . . . . . . . . . . . . . . . . | **21** | 48,467. |

### Part II    Alternative Minimum Tax

| | | | |
|---|---|---|---:|
| 22 | Exemption amount. (If this form is for a child under age 14, see page 7 of the instructions.) | | |

| IF your filing status is . . . | AND line 21 is<br>not over . . . | THEN enter on<br>line 22 . . . | | |
|---|---|---|---|---:|
| Single or head of household . . . . . . . . . . | $112,500 . . . . . . . . . . . . | $35,750 | | |
| Married filing jointly or qualifying widow(er) . . . | 150,000 . . . . . . . . . . . . | 49,000 | **22** | 49,000. |
| Married filing separately . . . . . . . . . . . | 75,000 . . . . . . . . . . . . | 24,500 | | |

If line 21 is **over** the amount shown above for your filing status, see page 7 of the instructions.

| | | | |
|---|---|---|---:|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here . . . . . | **23** | NONE |
| 24 | Go to Part III of Form 6251 to figure line 24 if you reported capital gain distributions directly on Form 1040, line 13, **or** you had a gain on both lines 16 and 17 of Schedule D (as refigured for the AMT, if necessary). **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **24** | NONE |
| 25 | Alternative minimum tax foreign tax credit (see page 7 of the instructions) . . . . . . . . . . . . . . . | **25** | NONE |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 . . . . . . . . . . . . . . . . . . . . . . . . | **26** | |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 or any foreign tax credit from Form 1040, line 43) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **27** | NONE |
| 28 | **Alternative minimum tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 41 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28** | NONE |

**For Paperwork Reduction Act Notice, see page 8 of the instructions.**    Form **6251** (2001)

JSA
1X4700 4.000

Form 6251 (2001)  KEITh A TUCKER & LAURA B TUCKER  Page **2**

| **Part III** | **Line 24 Computation Using Maximum Capital Gains Rates** |
|---|---|

Caution: *If you did not complete Part IV of Schedule D (Form 1040), see page 8 of the instructions before you complete this part.*

| | | | | |
|---|---|---|---|---|
| 29 | Enter the amount from Form 6251, line 23 . . . . . . . . . . . . . . . . . . . . . . . . . | | **29** | **NONE** |
| 30 | Enter the amount from Schedule D (Form 1040), line 23, or line 9 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see page 8 of the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | **3,229,105.** | |
| 31 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see page 8 of the instructions). . . . . . . . . . . . . . . | **31** | | |
| 32 | Add lines 30 and 31. . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | **3,229,105.** | |
| 33 | Enter the amount from Schedule D (Form 1040), line 23, or line 4 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see page 8 of the instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . | **33** | **3,229,105.** | |
| 34 | Enter the **smaller** of line 32 or line 33 . . . . . . . . . . . . . . . . . . . . . . | | **34** | **3,229,105.** |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0-  . . . . . . . . . . . . . . . . . . . . . . | | **35** | |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **36** | |
| 37 | Enter the amount from Schedule D (Form 1040), line 28, or line 16 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax) (see page 8 of the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **37** | | |
| 38 | Enter the **smallest** of line 29, line 30, or line 37. If zero, go to line 44 . . . . . . | **38** | | |
| 39 | Enter your qualified 5-year gain, if any, from Schedule D (Form 1040), line 29 (as refigured for the AMT, if necessary) (see page 8 of the instructions) . . . . . . . . . . . . . . . . . . . . | **39** | | |
| 40 | Enter the **smaller** of line 38 or line 39 . . . . . . . . . . . . . . . . . . . . . | **40** | | |
| 41 | Multiply line 40 by 8% (.08) . . . . . . . . . . . . . . . . . . . . . . . . | **41** | | |
| 42 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . | **42** | | |
| 43 | Multiply line 42 by 10% (.10) . . . . . . . . . . . . . . . . . . . . . . . . | **43** | | |
| 44 | Enter the **smaller** of line 29 or line 30 . . . . . . . . . . . . . . . . . . . | **44** | **NONE** | |
| 45 | Enter the amount from line 38 . . . . . . . . . . . . . . . . . . . . . . . | **45** | | |
| 46 | Subtract line 45 from line 44 . . . . . . . . . . . . . . . . . . . . . . . . | **46** | **NONE** | |
| 47 | Multiply line 46 by 20% (.20) . . . . . . . . . . . . . . . . . . . . . . . . | | **47** | **NONE** |
| | **If line 31 is zero or blank, skip lines 48 through 51 and go to line 52. Otherwise, go to line 48.** | | | |
| 48 | Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . . . . | **48** | | |
| 49 | Add lines 35, 38, and 46 . . . . . . . . . . . . . . . . . . . . . . . . . | **49** | | |
| 50 | Subtract line 49 from line 48 . . . . . . . . . . . . . . . . . . . . . . | **50** | | |
| 51 | Multiply line 50 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . . | | **51** | |
| 52 | Add lines 36, 41, 43, 47, and 51 . . . . . . . . . . . . . . . . . . . . . . . | | **52** | **NONE** |
| 53 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **53** | **NONE** |
| 54 | Enter the **smaller** of line 52 or line 53 here and on line 24 . . . . . . . . . . . . . . . . . . . . . . . | | **54** | **NONE** |

JSA
1X4701 3.000

Form **6251** (2001)

OMB No. 1545-1007

Form **8606**

## Nondeductible IRAs and Coverdell ESAs

Department of the Treasury
Internal Revenue Service  (99)

▶ See separate instructions.

▶ Attach to Form 1040, Form 1040A, or Form 1040NR.

**20 01**

Attachment
Sequence No.  **48**

Name. If married, file a separate form for each spouse required to file Form 8606. See page 5 of the instructions.

KEITH A TUCKER

Your social security number

**Fill in Your Address Only
if You Are Filing This
Form by Itself and Not
With Your Tax Return** ▶

Home address (number and street, or P.O. box if mail is not delivered to your home)

Apt. no.

City, town or post office, state, and ZIP code

| **Part I** | **Nondeductible Contributions to Traditional IRAs and Distributions From Traditional, SEP, and SIMPLE IRAs** |

Complete Part I only if:
- You made nondeductible contributions to a traditional IRA for 2001,
- You took distributions from a traditional, SEP, or SIMPLE IRA in 2001 (other than a rollover, conversion, recharacterization, or return of certain contributions) **and** you made nondeductible contributions to a traditional IRA in 2001 or an earlier year, **or**
- You converted part, but not all, of your traditional, SEP, or SIMPLE IRAs to Roth IRAs in 2001 (excluding any portion you recharacterized) **and** you made nondeductible contributions to a traditional IRA in 2001 or an earlier year.

| | | | |
|---|---|---|---|
| 1 | Enter your nondeductible contributions to traditional IRAs for 2001, including those made for 2001 from January 1, 2002, through April 15, 2002 (see page 5 of the instructions) | **1** | |
| 2 | Enter your total basis in traditional IRAs for 2000 and earlier years (see page 5 of the instructions) | **2** | |
| 3 | Add lines 1 and 2 | **3** | |

In 2001, did you take a distribution from traditional, SEP, or SIMPLE IRAs or make a Roth IRA conversion?
— **No** ──▶ Enter the amount from line 3 on line 14. Do not complete the rest of Part I.
— **Yes** ──▶ Go to line 4.

| | | | |
|---|---|---|---|
| 4 | Enter those contributions included on line 1 that were made from January 1, 2002, through April 15, 2002 | **4** | |
| 5 | Subtract line 4 from line 3 | **5** | |
| 6 | Enter the value of **all** your traditional, SEP, and SIMPLE IRAs as of December 31, 2001, plus any outstanding rollovers (see page 5 of the instructions) | **6** | |
| 7 | Enter your distributions from traditional, SEP, and SIMPLE IRAs in 2001. **Do not** include rollovers, conversions to a Roth IRA, certain returned contributions, or recharacterizations of traditional IRA contributions (see page 5 of the instructions) | **7** | |
| 8 | Enter the net amount you converted from traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2001. **Do not** include any portion of an amount converted that you later recharacterized (see page 6 of the instructions). Also enter this amount on line 16 | **8** | |
| 9 | Add lines 6, 7, and 8 | **9** | |
| 10 | Divide line 5 by line 9. Enter the result as a decimal rounded to at least 3 places. If the result is 1.0 or more, enter 1.0 | **10** | X . |
| 11 | Multiply line 8 by line 10. This is the nontaxable portion of the amount you converted to Roth IRAs. Also enter this amount on line 17 | **11** | |
| 12 | Multiply line 7 by line 10. This is the nontaxable portion of your distributions that you did not convert to a Roth IRA | **12** | |
| 13 | Add lines 11 and 12. This is the nontaxable portion of all your distributions | **13** | |
| 14 | Subtract line 13 from line 3. This is **your total basis in traditional IRAs for 2001 and earlier years** | **14** | |
| 15 | Taxable distributions from traditional, SEP, and SIMPLE IRAs. Subtract line 12 from line 7. Also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b | **15** | |

**Note:** You may be subject to an additional 10% tax on the amount on line 15 if you were under age 59 1/2 at the time of the distribution (see page 6 of the instructions).

**For Paperwork Reduction Act Notice, see page 8 of the instructions.**

JSA
1A6900 3.000

Form **8606** (2001)

K98091 E299 04/08/2002 11:46:23 V01-5.1    484499

Form 8606 (2001) KEITH A TUCKER ▓▓▓▓▓ 5327                                                     Page **2**

**Part II    Conversions From Traditional, SEP, or SIMPLE IRAs to Roth IRAs**

Complete Part II if you converted part or all of your traditional, SEP, and SIMPLE IRAs to a Roth IRA in 2001 (excluding any portion you recharacterized).

**Caution:** *If your modified adjusted gross income is over $100,000 **or** you are married filing separately and you lived with your spouse at any time in 2001, you **cannot** convert any amount from traditional, SEP, or SIMPLE IRAs to Roth IRAs for 2001. If you erroneously made a conversion, you must recharacterize (correct) it (see page 6 of the instructions).*

| | | | |
|---|---|---|---|
| 16 | Enter the net amount you converted from traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2001. **Do not** include any portion that you later recharacterized back to traditional, SEP, or SIMPLE IRAs in 2001 or 2002. If you completed Part I, enter the amount from line 8. Otherwise, see page 6 of the instructions . . . . . . . . . . . . . . . . . . . . . . | 16 | 1,308,832. |
| 17 | Enter your basis in the amount on line 16. If you completed Part I, enter the amount from line 11. Otherwise, see page 6 of the instructions . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | **Taxable amount of Roth IRA conversions.** Subtract line 17 from line 16. Also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b. . . . . . . . . . | 18 | 1,308,832. |

**Part III    Distributions From Roth IRAs**

Complete Part III only if you took a distribution from a Roth IRA in 2001 (other than a rollover, recharacterization, or return of certain contributions - see page 6 of the instructions).

| | | | |
|---|---|---|---|
| 19 | Enter your total distributions from Roth IRAs in 2001. **Do not** include rollovers, recharacterizations of Roth IRA conversions or contributions, or certain returned contributions (see page 6). . . . . . . . . | 19 | |
| 20 | Enter your basis in Roth IRA contributions (see page 6 of the instructions) . . . . . . . . . . . . . . | 20 | |
| 21 | Subtract line 20 from line 19 (see **Note** below). If zero or less, enter -0- and skip lines 22 and 23 . . . . | 21 | |
| 22 | Enter your basis in Roth IRA conversions (see page 6 of the instructions) . . . . . . . . . . . . . . . | 22 | |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . | 23 | |

If you made a Roth IRA conversion in 1998 and are reporting the taxable portion over 4 years, go to line 24. Otherwise, skip lines 24 through 26 and go to line 27.

| | | | |
|---|---|---|---|
| 24 | Enter the amount from your 1998 Form 8606, line 17 . . . . . . . . . . . | 24 | |
| 25 | Enter the sum of the amounts, if any, on your: 1998 Form 8606, line 22; 1999 Form 8606, line 21; and 2000 Form 8606, line 21 . . . . . . . . | 25 | |
| 26 | Subtract line 25 from line 24. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . | 26 | |
| 27 | **Taxable distributions from Roth IRAs.** Add lines 23 and 26. Also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b . . . . . . . . . . . . . . . . . . . | 27 | |

**Note:** *You may be subject to an additional tax on Form 5329 of up to 10% of the amount on line 21 if you were under age 59 1/2 at the time of the distribution (see page 7 of the instructions).*

**Part IV    Distributions From Coverdell Education Savings Accounts (ESAs)**

Complete Part IV only if you took a distribution from a Coverdell ESA in 2001, other than a rollover or returned excess contributions (see page 7 of the instructions).

| | | | |
|---|---|---|---|
| 28 | Enter your total distributions from Coverdell ESAs in 2001. **Do not** include rollovers or returned excess contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | |
| 29 | Do you elect to waive the exclusion from income for Coverdell ESA distributions? If you check "No" and exclude from income any portion of your Coverdell ESA distributions, no one may claim a Hope or lifetime learning credit for your 2001 qualified higher education expenses. | 29 | |
| | ☐ **Yes.** Enter -0-.  ☐ **No.** Enter your qualified higher education expenses for 2001. ⎬ . . . . . . . . . . . . . . . . | | |
| 30 | **Taxable amount.** Is line 28 equal to or less than line 29? | | |
| | ☐ **Yes.** Enter -0-. None of your Coverdell ESA distributions are taxable for 2001. Keep a copy of this form to figure your basis in future years (see page 7 of the instructions). | 30 | |
| | ☐ **No.** See the worksheet on page 8 of the instructions for the amount to enter. Also include this amount in the total on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b. If you checked "No" on line 29, see page 8 of the instructions to find out if you owe an additional 10% tax on Form 5329. | | |

**Sign Here Only if You Are Filing This Form by Itself and Not With Your Tax Return**

Under penalties of perjury, I declare that I have examined this form, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ _____          ▶ _____
Your signature                                      Date

Form **8606** (2001)

JSA
1A6901 3.000

K98091 E299 04/08/2002 11:46:23 V01-5.1    484499

Form **4952**

Department of the Treasury
Internal Revenue Service (99)

## Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191

**2001**

Attachment
Sequence No. **72**

Name(s) shown on return

KEITH A TUCKER & LAURA B TUCKER

Identifying number

### Part I — Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2001. See instructions . SEE STATEMENT 19 | 1 | 381,190. |
| 2 | Disallowed investment interest expense from 2000 Form 4952, line 7 . . . . . . . . . . . . . . . . . | 2 | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . | 3 | 381,190. |

### Part II — Net Investment Income

| | | | | |
|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4a | 768,355. |
| b | Net gain from the disposition of property held for investment . . . . . . . . | 4b | 3,229,105. | | |
| c | Net capital gain from the disposition of property held for investment . . . . | 4c | 3,229,105. | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . | | 4d | |
| e | Enter the amount from line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b. See instructions . . . . . . . . . . . . . SEE STATEMENT 20 ▶ | | 4e | NONE |
| f | Investment income. Add lines 4a, 4d, and 4e. See instructions . . . . . . . . . . . . . . . . . . . | | 4f | 768,355. |
| 5 | Investment expenses. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 5 | 103,700. |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- . . . SEE STMT 21 | | 6 | 664,655. |

### Part III — Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2002. Subtract line 6 from line 3. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | NONE |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions . . . . . . . | 8 | 381,190. |

*Section references are to the Internal Revenue Code unless otherwise noted.*

## General Instructions

### Purpose of Form

Use Form 4952 to figure the amount of investment interest expense you can deduct for 2001 and the amount you can carry forward to future years. Your investment interest expense deduction is limited to your net investment income.

For additional information, see **Pub. 550**, Investment Income and Expenses.

### Who Must File

If you are an individual, estate, or a trust and you claim a deduction for investment interest expense, you must complete Form 4952 and attach it to your tax return unless **all** of the following apply.

● Your investment interest expense is not more than your investment income from interest and ordinary dividends.

● You have no other deductible investment expenses.

● You have no disallowed investment interest expense from 2000.

### Allocation of Interest Expense Under Temporary Regulations Section 1.163-8T

If you paid or accrued interest on a loan and used the loan proceeds for more than one purpose, you may have to allocate the interest. This is necessary because different rules apply to investment interest, personal interest, trade or business interest, home mortgage interest, and passive activity interest. See **Pub. 535**, Business Expenses.

## Specific Instructions

### Part I — Total Investment Interest Expense

#### Line 1

Enter the investment interest expense paid or accrued during the tax year, regardless of when you incurred the indebtedness. **Investment interest expense** is interest paid or accrued on a loan or part of a loan that is allocable to property held for investment (as defined on page 2).

Include investment interest expense reported to you on Schedule K-1 from a partnership or an S corporation. Include

amortization of bond premium on taxable bonds purchased after October 22, 1986, but before January 1, 1988, unless you elected to offset amortizable bond premium against the interest payments on the bond. A taxable bond is a bond on which the interest is includible in gross income.

Investment interest expense **does not** include any of the following:

● Home mortgage interest.

● Interest expense that is properly allocable to a passive activity. Generally, a passive activity is any business activity in which you **do not** materially participate and any rental activity. See the separate instructions for **Form 8582**, Passive Activity Loss Limitations, for details.

● Any interest expense that is capitalized, such as construction interest subject to section 263A.

● Interest expense related to tax-exempt interest income under section 265.

● Interest expense, disallowed under section 264, on indebtedness with respect to life insurance, endowment, or annuity contracts issued after June 8, 1997, even if the proceeds were used to purchase any property held for investment.

**For Paperwork Reduction Act Notice, see back.**

JSA
1X3000 2.000

Form **4952** (2001)

Form **8582**

Department of the Treasury
Internal Revenue Service    (99)

# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**2001**

Attachment
Sequence No. **88**

Name(s) shown on return

KEITH A TUCKER & LAURA B TUCKER

Identifying number

**Part I**  2001 Passive Activity Loss

**Caution:** *See the instructions for Worksheets 1 and 2 on page 8 before completing Part I .*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** on page 3 of the instructions.)

| | | | |
|---|---|---:|---:|
| **1a** | Activities with net income (enter the amount from Worksheet 1, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . **1a** | | |
| **b** | Activities with net loss (enter the amount from Worksheet 1, column (b)) . . . . . . . . . . . . . . . . . . . . . . . **1b** ( ) | | |
| **c** | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) . . . . . . . . . . . . . . . . . . . **1c** ( ) | | |
| **d** | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1d** | | |

**All Other Passive Activities**

| | | | |
|---|---|---:|---:|
| **2a** | Activities with net income (enter the amount from Worksheet 2, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . **2a** | | |
| **b** | Activities with net loss (enter the amount from Worksheet 2, column (b)) . . . . . . . . . . . . . . . . . . . . . . . **2b** ( 6,227.) | | |
| **c** | Prior years unallowed losses (enter the amount from Worksheet 2, column (c)) . . . . . . . . . . . . . . . . . . . **2c** ( ) | | |
| **d** | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2d** | | −6,227. |

**3** Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used.
If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 · · · · · · **3**   −6,227.

**Part II**  Special Allowance for Rental Real Estate With Active Participation

**Note:** *Enter all numbers in Part II as positive amounts. See page 8 for examples.*

**Note:** *If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, enter -0- on line 9 and go to line 10.*

| | | | |
|---|---|---|---:|
| **4** | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . . . . . . . . | | **4** |
| **5** | Enter $150,000. If married filing separately, see page 8 . . . . . . . . . . **5** | | |
| **6** | Enter modified adjusted gross income, but not less than zero (see page 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6** | | |
| | **Note:** *If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7.* | | |
| **7** | Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . **7** | | |
| **8** | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8** |
| **9** | Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **9** |

**Part III**  Total Losses Allowed

| | | | |
|---|---|---|---:|
| **10** | Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . . . . . . . . | | **10** |
| **11** | **Total losses allowed from all passive activities for 2001**. Add lines 9 and 10. See page 11 to find out how to report the losses on your tax return . . . . . . . . . . . . . . . . . . . . . . . . | | **11** |

For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2001)

JSA
1X5500 2.000

Form **8582**

Department of the Treasury
Internal Revenue Service    (99)

# Passive Activity Loss Limitations
ALTERNATIVE MINIMUM TAX
▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**2001**

Attachment
Sequence No. **88**

Name(s) shown on return

KEITH A TUCKER & LAURA B TUCKER

Identifying number

### Part I    2001 Passive Activity Loss

Caution: *See the instructions for Worksheets 1 and 2 on page 8 before completing Part I .*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation
see **Active Participation in a Rental Real Estate Activity** on page 3 of the instructions.)

| | | | |
|---|---|---|---|
| **1a** Activities with net income (enter the amount from Worksheet 1, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | | |
| **b** Activities with net loss (enter the amount from Worksheet 1, column (b)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** ( ) | | |
| **c** Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** ( ) | | |
| **d** Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1d** | |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| **2a** Activities with net income (enter the amount from Worksheet 2, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | | |
| **b** Activities with net loss (enter the amount from Worksheet 2, column (b)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2b** ( 6,703.) | | |
| **c** Prior years unallowed losses (enter the amount from Worksheet 2, column (c)) . . . . . . . . . . . . . . . . . . . . . . . . . | **2c** ( ) | | |
| **d** Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2d** | -6,703. |

**3**  Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any
prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Report the
losses on the forms and schedules normally used.
If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 · · · · · · | **3** | -6,703.

### Part II    Special Allowance for Rental Real Estate With Active Participation

Note: *Enter all numbers in Part II as positive amounts. See page 8 for examples.*

| | | |
|---|---|---|
| Note: *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II. Instead, enter -0- on line 9 and go to line 10.* | | |
| **4**  Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . . . . . . . . . . | **4** | |
| **5**  Enter $150,000. If married filing separately, see page 8 . . . . . . . . . . | **5** | |
| **6**  Enter modified adjusted gross income, but not less than zero (see page 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| Note: *If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7.* | | |
| **7**  Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8**  Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9**  Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |

### Part III    Total Losses Allowed

| | | |
|---|---|---|
| **10**  Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . . . . . . . . . | **10** | |
| **11**  **Total losses allowed from all passive activities for 2001**. Add lines 9 and 10. See page 11 to find out how to report the losses on your tax return . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |

For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2001)

JSA
1X5500 2.000

SUPPLEMENT TO FORM 1040
========================================================================

## SOURCES OF COMPENSATION
========================

| OWNER-SHIP | DESCRIPTION | TOTAL WAGES | FEDERAL WITHHELD | SOC. SEC. WITHHELD | MEDICARE WITHHELD |
|-----|-----|-----|-----|-----|-----|
| | WAGES | | | | |
| T | WADDELL & REED FINANCIAL | 8,882,433. | 244,816. | 4,985. | 128,948. |
| | TOTAL - WAGES | 8,882,433. | 244,816. | 4,985. | 128,948. |
| | GRAND TOTAL | 8,882,433. | 244,816. | 4,985. | 128,948. |

## PENSIONS AND ANNUITIES
========================

| OWNER-SHIP | DESCRIPTION | TOTAL RECEIVED | TAXABLE PORTION |
|-----|-----|-----|-----|
| T | NATIONWIDE LIFE INSURANCE COMPANY | 10,734. | 10,734. |
| | TOTAL (FORM 1040, PAGE 1, LINE 16) | 10,734. | 10,734. |

## SOURCES OF OTHER INCOME.
========================

MISC. OTHER INCOME NOT SUBJECT TO S.E. TAX
------------------------------------------

| | |
|-----|-----|
| 1999 STATE TAX REFUND REPORTED ON 2000 TAX RETURN | -8,484. |
| TOTAL TO 1040, LINE 21 | -8,484. |

SUPPLEMENT TO FORM 1040
=========================================================================

TAXABLE STATE/LOCAL TAX REFUNDS
===============================

ALLOCATION OF STATE/LOCAL TAX REFUND PAID OVER TWO YEARS:

| | | |
|---|---|---:|
| 1 | TAXES PAID IN 2000 | 33,484. |
| 2 | TAXES PAID IN 2001 | 20,931. |
| 3 | TOTAL STATE AND LOCAL TAX PAYMENTS ON 2000 RETURN | 54,315. |
| 4 | TOTAL REFUND RECEIVED IN 2001 | |
| 5 | PERCENTAGE OF TAXES PAID IN 2000 (LINE 1/LINE 3) | % |
| 6 | REFUND ATTRIBUTABLE TO TAXES PAID IN 2000 | |

TAXABLE REFUND:

| | | |
|---|---:|---:|
| 2000 ITEMIZED DEDUCTIONS AFTER LIMITATION | | 326,709. |
| 2000 ITEMIZED DEDUCTIONS BEFORE LIMITATION | | 390,031. |
| LESS: 2000 SCH. A, LINES 4, 13, 19, & GAMBLING LOSSES | | 310,879. |
| REFUND ATTRIBUTABLE TO TAXES PAID IN 2000 | | ---------- |
| 2000 ITEMIZED DEDUCTIONS WITH PROPER TAX DEDUCTION | | 79,152. |
| LESS: SMALLER OF LIMITATION -  3% | 174,979. | |
|                               - 80% | 63,322. | 63,322. |
| | ---------- | ---------- |
| GREATER OF CORRECTED ITEMIZED DED. OR STANDARD DED. | | 326,709. |
| | | ---------- |
| TAXABLE TAX REFUNDS TO FORM 1040, LINE 10 | | 8,484. |
| | | ========== |

SUPPLEMENT TO FORM 1040
========================================================================

PERSONAL EXEMPTION WORKSHEET
=============================
1.  IS THE AMOUNT ON FORM 1040, LINE 34 GREATER
    THAN AMOUNT SHOWN ON LINE 4 BELOW FOR YOUR
    FILING STATUS?  IF YES, GO TO LINE 2.

2.  TOTAL EXEMPTIONS MULTIPLIED BY $ 2,900 ...........        5,800.

3.  ADJUSTED GROSS INCOME ............................      456,712.

4.  FILING STATUS INCOME LIMIT .......................      199,450.

5.  LINE 3 LESS LINE 4 ...............................      257,262.

(NOTE:  IF LINE 5 IS GREATER THAN $61,250 FOR MFJ
        OR LINE 5 IS GREATER THAN $122,500 FOR OTHERS STOP.)

6.  LINE 5 DIVIDED BY 2,500 (1,250 IF MFS) ...........

7.  LINE 6 X 0.02 ....................................

8.  LINE 2 MULTIPLIED BY LINE 7 ......................
                                                          ----------
9.  DEDUCTION FOR EXEMPTIONS (LINE 2 LESS LINE 8) ....         NONE
                                                          ==========

SUPPLEMENT TO SCHEDULE A
================================================================================

STATE INCOME TAXES
------------------
  OTHER TAXES PAID AND BALANCE DUE                                20,831.
                                                    ------------
      TOTAL TO SCHEDULE A, LINE 5                             20,831.
                                                     ============

INVESTMENT INTEREST EXPENSE
---------------------------
  MISCELLANEOUS                                                  122,805.
  WARD FINANCIAL CORP                                            258,385.
                     ------------
      SUBTOTAL OF INVESTMENT INTEREST EXPENSE                 381,190.

  LESS: DISALLOWED INVESTMENT INTEREST EXP./FORM 4952                NONE
                     ------------
      TOTAL TO SCHEDULE A, LINE 13                            381,190.
                     ============

CASH CONTRIBUTIONS
------------------

  OTHER CASH CONTRIBUTIONS
  ------------------------
              50% ORGANIZATION(S)
  MISC. ORGANIZED CHARITIES                                       27,055.
                     ------------
      TOTAL CASH CONTRIBUTIONS BEFORE LIMITATION              27,055.

      CASH CONTRIBUTION LIMITATION                              NONE
                     ------------
      TOTAL TO SCHEDULE A, LINE 15                             27,055.
                     ============

OTHER MISC. DEDUCTIONS SUBJECT TO 2% LIMIT
------------------------------------------
  PARTNERSHIP, S CORPORATION AND ESTATE AND TRUST                103,700.
  OTHER PROFESSIONAL FEES                                         12,500.
                     ------------
      TOTAL TO SCHEDULE A, LINE 22                            116,200.
                     ============

STATEMENT  4

SUPPLEMENT TO SCHEDULE A
========================================================================

ITEMIZED DEDUCTION WORKSHEET
----------------------------

| | | |
|---|---|---|
| 1. | SCHEDULE A, LINES 4, 9, 14, 18, 19, 26, AND 27 ....... | 542,575. |
| 2. | SCHEDULE A, LINES 4, 13, 19 AND GAMBLING LOSSES ...... | 381,190. |
| 3. | LINE 1 LESS LINE 2 ................................... | 161,385. |
| 4. | LINE 3 MULTIPLIED BY 80% ...............  129,108. | |
| 5. | ADJUSTED GROSS INCOME ..................  456,712. | |
| 6. | $132,950 ($66,475/MARRIED FILING SEP.)  132,950. | |
| 7. | LINE 5 LESS LINE 6 .....................  323,762. | |
| 8. | LINE 7 MULTIPLIED BY 3% ...............    9,713. | |
| 9. | SMALLER OF AMOUNTS ON LINES 4 OR 8 ...................  | 9,713. |
| 10. | TOTAL ITEMIZED DEDUCTIONS (LINE 1 LESS LINE 9) ....... | 532,862. |

K98091 E299 04/08/2002 11:46:23 V01-5.1   484499

```
   SUPPLEMENT TO SCHEDULE D
================================================================================================

PART I   SHORT-TERM CAPITAL GAINS AND LOSSES - ASSETS HELD ONE YEAR OR LESS
LINE 5 - SHORT-TERM GAIN (LOSS) FROM PARTNERSHIPS, S CORPORATIONS, AND FIDUCIARIES
------------------------------------------------------------------------------------------------

                      ACTIVITY NAME                                 GAIN/LOSS
-----------------------------------------------------------         ------------

SLIGO (2000) COMPANY INC.                                               7,680.
WARD FINANCIAL CORP                                                  -104,700.
                                                                    ------------
    TOTAL TO SCHEDULE D, LINE 5                                       -97,020.
                                                                    ============


    * INDICATES 100% DISPOSITION OF THE ACTIVITY
```

SUPPLEMENT TO SCHEDULE D
========================================================================================

PART II  LONG-TERM CAPITAL GAINS AND LOSSES - ASSETS HELD MORE THAN ONE YEAR
LINE 12 - LONG-TERM GAIN (LOSS) FROM PARTNERSHIPS, S CORPORATIONS, AND FIDUCIARIES
----------------------------------------------------------------------------------------

| ACTIVITY NAME | GAIN/LOSS | 28% RATE |
| --- | --- | --- |
| WARD FINANCIAL CORP | 3,326,125. | |
| TOTAL TO SCHEDULE D, LINE 12 | 3,326,125. | |

* INDICATES 100% DISPOSITION OF THE ACTIVITY

SUPPLEMENT TO SCHEDULE E
================================================================================

PART II, INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS
==============================================================
COLUMNS (G) & (H) - PASSIVE INCOME OR LOSS


K-1 NAME:   WARD FINANCIAL CORP
ID NUMBER:  75-2463118

| DESCRIPTION | INCOME/LOSS |
|---|---|
| ORDINARY INCOME OR LOSS | -82. |
| RENTAL REAL ESTATE INCOME OR LOSS | -5,077. |
| PLUS: | |
| OTHER INCOME/(LOSS) | -1,068. |
| NET INCOME/LOSS BEFORE LIMITATIONS | -6,227. |
| PLUS: | |
| DISALLOWED PASSIVE LOSS | 6,227. |
| ALLOWABLE INCOME/LOSS | NONE |

SUPPLEMENT TO SCHEDULE E
==============================================================================

PART II, INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS
==============================================================
COLUMNS (I) & (K) - NONPASSIVE INCOME OR LOSS


K-1 NAME:   SLIGO (2000) COMPANY INC.
ID NUMBER:  51-0405078

```
                        DESCRIPTION                          INCOME/LOSS
          -----------------------------------                -----------
          ORDINARY INCOME OR LOSS                            -13,740,313.
          LESS:
            OTHER DEDUCTIONS                                       1,934.
                                                             -----------
          ALLOWABLE INCOME/LOSS                              -13,742,247.
                                                             ===========
```


STATEMENT   9

SUPPLEMENT TO FORM 1116 - SOURCES OF INCOME
=======================================================================================================

| | TOTAL | U.S. | ----- FOREIGN SOURCE -----<br>GENERAL<br>LIMITATION | PASSIVE<br>INCOME |
|---|---|---|---|---|
| COMPENSATION | 8,882,433. | 8,882,433. | | |
| DIVIDENDS | 574,882. | 574,882. | | |
| INTEREST | 192,973. | 192,943. | | 30. |
| SHORT-TERM CAPITAL GAINS | ` 7,680. | 7,680. | | |
| LONG-TERM CAPITAL GAINS | 3,326,125. | 3,326,125. | | |
| PENSIONS AND ANNUITIES | 10,734. | 10,734. | | |
| ESTATES AND TRUSTS | NONE | NONE | | |
| MISCELLANEOUS INCOME | 1,308,832. | 1,308,832. | | |
| EXCLUDED & EXEMPT INCOME: | | | | |
| | | | | |
| GROSS INCOME FOR ALLO- | | | | |
| CATION OF DEDUCTIONS | 14,303,659. | 14,303,629. | | 30. |
| LESS EXCL. & EXEMPT INCOME: | | | | |
| | | | | |
| TOTAL INCOME - FORM 1116 | 14,303,659. | 14,303,629. | | 30. |
| LESS LOSSES & EXPENSES: | | | | |
| SHORT-TERM CAPITAL LOSSES | 104,700. | 104,700. | | |
| | | | | |
| ADJUSTED GROSS INCOME | 14,198,959. | 14,198,929. | | 30. |
| | | | | |
| ITEMIZED DEDUCTIONS: | | | | |
| RATABLY ALLOCABLE | 151,672. | 151,672. | | |
| INTEREST EXPENSE | 381,190. | 381,190. | | |
| | | | | |
| TAXABLE INCOME BEFORE | | | | |
| PERSONAL EXEMPTIONS | 13,666,097. | 13,666,067. | | 30. |

SUPPLEMENT TO FORM 1116
=======================================================================

ITEMIZED DEDUCTIONS NOT
DIRECTLY ALLOCABLE TO FOREIGN SOURCE INCOME
-------------------------------------------

TOTAL ITEMIZED DEDUCTIONS                                     532,862.

LESS:
  SCHEDULE A INTEREST EXPENSE                                 381,190.
                                                           ------------
ITEMIZED DEDUCTIONS NOT DIRECTLY ALLOCABLE                    151,672.
                                                           ============

STATEMENT  11

SUPPLEMENT TO FORM 1116 - DETAIL FOR ALLOCATION OF ITEMIZED DEDUCTIONS
=================================================================================

| ITEMIZED DEDUCTIONS SUBJECT TO REDUCTION | TOTAL FROM SCHEDULE A | REDUCTION RATIO | ALLOCABLE PORTION OF REDUCTION | NET AMOUNT TO FORM 1116 |
| --- | --- | --- | --- | --- |
| TAXES | 27,264. | 0.06018527 | -1,641. | 25,623. |
| CONTRIBUTIONS | 27,055. | 0.06018527 | -1,628. | 25,427. |
| MISC. DED. SUBJECT TO 2% LIMIT | 107,066. | 0.06018527 | -6,444. | 100,622. |
| TOTAL SUBJECT TO REDUCTION: | 161,385. | | -9,713. | 151,672. |

ITEMIZED DEDUCTIONS
NOT SUBJECT TO REDUCTION
-------------------------------
DEDUCTIBLE INVESTMENT INTEREST                                          381,190.
                                                                    ------------
   TOTAL ITEMIZED DEDUCTIONS PER SCHEDULE A:                            532,862.
                                                                    ============

REDUCTION RATIO FOR ALLOCATION:        9,713.  /    161,385. = 0.06018527

SUPPLEMENT TO FORM 1116
==============================================================================

### SCHEDULE FOR FOREIGN TAXES PAID (ACCRUED)
-------------------------------------------

NAME OF FOREIGN COUNTRY: JAPAN
TYPE OF INCOME:          PASSIVE INCOME

TOTAL FOREIGN TAXES
-----------------------------------------

| TAXES WITHHELD ON: | IN FOREIGN CURRENCY | CONVERSION RATE | IN U.S. DOLLARS | DATE PAID OR ACCRUED |
|---|---|---|---|---|
| DIVIDENDS |  |  | 5. |  |
| TOTAL |  |  | 5. |  |

SUPPLEMENT TO FORM 1116
================================================================================

ADJUSTMENTS TO LINE 14 - PASSIVE INCOME
----------------------------------------

ALLOCATION OF US LOSSES                                   -76,180.
                                                       ------------
TOTAL ADJUSTMENTS                                         -76,180.
                                                       ============

STATEMENT   14

SUPPLEMENT TO FORM 1116
==============================================================================


SCHEDULE OF FOREIGN TAX CREDIT CARRYOVERS TO 2002
-------------------------------------------------

| INCOME TYPE | 1997 | 1998 | 1999 | 2000 | 2001 |
| ----------- | ---------- | ---------- | ---------- | ---------- | ---------- |
| PASSIVE | | | | | 5. |

SUPPLEMENT TO FORM 1116 - ALTERNATIVE MINIMUM TAX
========================================================================

### WORKSHEET FOR LINE 17
----------------------

```
 1   AMOUNT FROM FORM 6251, LINE 21 ..........................    48,467.
 2   AMOUNT FROM SCHEDULE D AMT, LINE 17 ........... 3,229,105.
 3   AMOUNT FROM FORM 6251, LINE 50 ......
 4   MULTIPLY LINE 3 BY .3606 ............
 5   N/A ................................
 6   N/A ................................
 7   AMOUNT FROM FORM 6251, LINE 40 ......
 8   MULTIPLY LINE 7 BY .7954 ............
 9   AMOUNT FROM FORM 6251, LINE 42 ......
10   MULTIPLY LINE 9 BY .7442 ............
11   AMOUNT FROM FORM 6251, LINE 46 ......         NONE
12   MULTIPLY LINE 11 BY .4885 ...........         NONE
13   ADD LINES 4, 6, 8, 10, AND 12 .................         NONE
14   SUBTRACT LINE 13 FROM LINE 2 .................. 3,229,105.
15   SUBTRACT LINE 13 FROM LINE 1 (TO FORM 1116 AMT, LINE 17)    48,467.
```

SUPPLEMENT TO FORM 1116 - ALTERNATIVE MINIMUM TAX
=========================================================================

### RATABLY ALLOCABLE ITEMIZED DEDUCTIONS
---------------------------------------

| | |
|---|---:|
| ITEMIZED DEDUCTIONS BEFORE PHASE-OUT | 408,245. |
| | ------------ |
| LESS: ITEMIZED DEDUCTIONS DIRECTLY ALLOCABLE TO | |
| U.S. SOURCES | NONE |
| ITEMIZED DEDUCTIONS DIRECTLY ALLOCABLE TO | |
| FOREIGN SOURCES | NONE |
| INTEREST EXPENSE | 381,190. |
| | ------------ |
| TOTAL DIRECTLY ALLOCABLE ITEMIZED DEDUCTIONS | 381,190. |
| | ------------ |
| RATABLY ALLOCABLE ITEMIZED DEDUCTIONS | 27,055. |
| | ============ |

### GROSS INCOME RECOMPUTED FOR ALTERNATIVE MINIMUM TAX
----------------------------------------------------

| | |
|---|---:|
| GROSS INCOME FROM ALL SOURCES FOR ALLOCATION OF | |
| ITEMIZED DEDUCTIONS (REGULAR TAX) | 14,303,659. |
| PLUS ADJUSTMENTS AND PREFERENCES RELATED TO INCOME: | |
| REFUND OF STATE AND LOCAL INCOME TAXES | -8,484. |
| | ------------ |
| GROSS INCOME FROM ALL SOURCES FOR ALLOCATION OF | |
| ITEMIZED DEDUCTIONS (ALTERNATIVE MINIMUM TAX) | 14,295,175. |
| LESS EXCLUDED AND EXEMPT INCOME | NONE |
| PLUS AMOUNT FROM FORM 6251, LINE 13 | NONE |
| | ------------ |
| GROSS INCOME FROM ALL SOURCES FOR ALLOCATION OF | |
| INTEREST DEDUCTION (ALTERNATIVE MINIMUM TAX) | 14,295,175. |
| | ============ |

SUPPLEMENT TO FORM 1116 - ALTERNATIVE MINIMUM TAX
==============================================================================

SCHEDULE OF FOREIGN TAX CREDIT CARRYOVERS TO 2002 - AMT
---------------------------------------------------------

| INCOME TYPE | 1997 | 1998 | 1999 | 2000 | 2001 |
|-------------|------|------|------|------|------|
| PASSIVE     |      |      |      |      | 5.   |

K98091 E299 04/08/2002 11:46:23 V01-5.1   484499

SUPPLEMENT TO FORM 4952
================================================================================

DETAIL OF INVESTMENT INTEREST EXPENSE
-------------------------------------

| DESCRIPTION | CURRENT YEAR INV. INT. | PRIOR YEAR DISALLOWED INV. INT. |
|-------------|------------------------|---------------------------------|
| MISCELLANEOUS | 122,805. | |
| WARD FINANCIAL CORP | 258,385. | |
| **TOTAL INVESTMENT INTEREST EXPENSE** | 381,190. | |

```
SUPPLEMENT TO FORM 4952
=============================================================================
```

### GAIN FROM INVESTMENT PROPERTIES
-------------------------------

|  | ORDINARY GAIN | SHORT TERM LOSS | SHORT TERM GAIN | LONG TERM LOSS | LONG TERM GAIN |
|---|---|---|---|---|---|
| SCHEDULE D |  | 104,700. | 7,680. |  | 3,326,125. |
| TOTAL |  | 104,700. | 7,680. |  | 3,326,125. |

NET GAIN - PROPERTY HELD FOR INVESTMENT - FORM 4952 LINE 4B        3,229,105.
                                                                   ============

### ELECTION TO INCLUDE NET CAPITAL GAIN AS ORDINARY INCOME
-------------------------------------------------------

GROSS INCOME - FORM 4952 LINE 4A                          768,355.
ORDINARY GAIN - PROPERTY HELD FOR INVESTMENT
                                                         ------------
    TOTAL INCOME BEFORE CAPITAL GAIN                                  768,355.

TOTAL INVESTMENT INTEREST EXPENSES - FORM 4952 LN. 3     381,190.
INVESTMENT EXPENSES - FORM 4952 LINE 5                   103,700.
                                                         ------------
    TOTAL EXPENSES                                                    484,890.
                                                                    ------------

EXCESS TOTAL EXPENSES OVER TOTAL INCOME                                   NONE

NET LONG-TERM CAPITAL GAIN - INVESTMENT PROPERTY        3,326,125.
NET SHORT-TERM CAPITAL LOSS - INVESTMENT PROPERTY          97,020.
                                                         ------------
NET CAPITAL GAIN - FORM 4952 LINE 4C                                3,229,105.
                                                                    ------------

NET CAPITAL GAIN YOU MAY ELECT TO REPORT AS ORDINARY                      NONE
                                                                    ------------

NET CAPITAL GAIN ELECTED TO BE REPORTED AS ORDINARY -
                        FORM 4952 LINE 4E                                 NONE
                                                                    ============

SUPPLEMENT TO FORM 4952
================================================================================

DETAIL OF INVESTMENT INCOME MINUS EXPENSES
------------------------------------------

```
 1. CHILD'S INCOME FROM FORM 8814 .................
 2. INTEREST INCOME ..............................       1,873.
 3. DIVIDEND INCOME ..............................       6,745.
 4. ROYALTY INCOME ...............................
 5. K-1 SOURCES INVESTMENT INCOME ................     759,737.
                                                    ------------
 6. GROSS INVESTMENT INCOME ......................                    768,355.

 7. NET GAIN FROM INVESTMENT PROPERTY ............   3,229,105.
 8. NET CAPITAL GAIN FROM INVESTMENT PROPERTY ....   3,229,105.
 9. LINE 7 LESS LINE 8 ...........................
10. INVESTMENT INCOME ELECTION ...................                        NONE
                                                                     ------------
11. TOTAL INVESTMENT INCOME ......................                    768,355.

12. ROYALTY EXPENSES .............................
13. INVESTMENT EXPENSES ..........................     103,700.
                                                    ------------
14. TOTAL INVESTMENT EXPENSES ....................                    103,700.
                                                                     ------------
15. TOTAL NET INVESTMENT INCOME ..................                    664,655.
                                                                     ============
```

STATEMENT   21

**Attachment to 2000 Income Tax Return**



S

**Controlled Foreign Partnership Reporting Pursuant to**
**Treas. Reg. §1.6038-3(c)(1)(B)**

1. Keith A. Tucker qualifies as a Category 1 filer, but is not submitting Form 8865 under the Multiple Category 1 constructive owner filer exception.

2. Name, address, and identifying number of the foreign partnership of which the person qualified as a Category 1 filer:

> Epsolon Limited
> 43 Ailesbury Road
> Ballsbridge
> Dublin, 4 Ireland
> EIN: 51-0405186

3. It is represented that the filing requirement has been satisfied.

4. Name and address of the person filing the Form 8865:

> Sligo (2000) Company, Inc.
> Department 502, 2644 Capital Trail, Suite 300
> Newark, DE 19711

5. The Internal Revenue Service Center where the Form 8865 is required to be filed:

> Internal Revenue Service Center
> Cincinnati, Ohio 45999-0013