**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **EPSOLON LIMITED, by and through SLIGO (2000) COMPANY, INC., Tax Matters Partner,** | |
| **Plaintiff,** | **No. 05-999 T** |
| **v.** | **Judge Margaret M. Sweeney** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**DECLARATION OF GEORGE M. CLARKE III**

I, George M. Clarke III, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following facts are true and accurate to the best of my knowledge and belief.

1. I am an attorney with Baker & McKenzie LLP. I practice principally in the area of tax litigation and tax controversy.

2. My principal work address is 815 Connecticut Ave., N.W., Washington, D.C. 20006. My work telephone number is (202) 452-7068.

3. I am of counsel in the above-captioned case.

4. I have reviewed the documents identified as Exhibits F through H in Plaintiff's Motion for Summary Judgment and Brief in Support Thereof and attached herewith. Each of these exhibits is a true and correct copy of the document identified.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 7, 2006

George M. Clarke III
Attorney
Baker & McKenzie LLP