# Exhibit F

JUL-06-2005 12:59 IRS 2028743955 P.02/02

98265194000510

INITIAL RETURN

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2001, or tax year beginning ________, 2001, and ending ________

▶ See separate instructions.

OMB No. 1545-0099

**2001**

A Principal business activity: INVESTING ACTIVITIES

B Principal product or service: INVESTMENTS

C Business code number: 523900

Name of partnership: EPSOLON LIMITED

Number, street, and room or suite no. If a P.O. box, see page 13 of the instructions.: 43 AILESBURY ROAD BALLSBRIDGE

City or town, state, and ZIP code: DUBLIN 4 IRELAND

D Employer identification number: 98-0336318

E Date business started: 12/26/2000 (200012)

F Total assets (see page 14 of the instructions): $ 15,565.

G Check applicable boxes: (1) [X] Initial return (2) [ ] Final return (3) [ ] Name change (4) [ ] Address change (5) [ ] Amended return

H Check accounting method: (1) [ ] Cash (2) [X] Accrual (3) [ ] Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

Caution: *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | |
| | b | Less returns and allowances | 1b | 1c |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* | 4 | |
| | 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | 6 | (-13,890,954.) |
| | 7 | Other income (loss) *(attach schedule)* | 7 | |
| | 8 | Total income (loss). Combine lines 3 through 7 | 8 | (-13,890,954.) |
| Deductions (see page 14 of the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| | 10 | Guaranteed payments to partners | 10 | |
| | 11 | Repairs and maintenance | 11 | |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | |
| | 14 | Taxes and licenses | 14 | |
| | 15 | Interest | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| | 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| | 18 | Retirement plans, etc. | 18 | |
| | 19 | Employee benefit programs | 19 | |
| | 20 | Other deductions *(attach schedule)* | 20 | |
| | 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20. | 21 | |
| | 22 | Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 | 22 | (-13,890,954.) |

RECEIVED APR 15 2002 IRS-PHILA., PA 238

RECEIVED FROM DISTRICT 07 12 2002 IRS-PHILA., PA

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member [signature] ▶ Date [handwritten date]

May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes [ ] No

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] TIMOTHY P. SPEISS, C.P.A. 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 — Date 4-8-02 — Check if self-employed ▶ [ ] — Preparer's SSN or PTIN: 300 66 6273.

Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP, 345 PARK AVENUE, NEW YORK, NY 10154-0102 — EIN ▶ 13-5565207 — Phone no. 212-758-9700

For Paperwork Reduction Act Notice, see separate instructions. Form **1065** (2001)

JSA 1P1010 4.000

ML9945 E299 04/06/2002 16:40:32 V01-5.1

TOTAL P.02