# Exhibit H

# UNITED STATES TAX COURT

WASHINGTON, DC 20217

KEITH A. AND LAURA B. TUCKER, )
)
Petitioners )
)
v. ) Docket No. 12874-05.
)
COMMISSIONER OF INTERNAL REVENUE, )
)
Respondent )

## ORDER OF DISMISSAL FOR LACK OF JURISDICTION

On January 19, 2006, petitioners filed a motion to dismiss for lack of jurisdiction on the ground that the notice of deficiency on which this case is based was invalid when issued, inasmuch as the only adjustments therein relate to a partnership item required to be taken into account in the related TEFRA partnership proceeding, which was not yet completed when respondent issued the notice, or to affected items. In said motion petitioners state that respondent agrees that the notice of deficiency was invalid when issued and does not object to the granting of the motion. The premises considered, it is

ORDERED that petitioner's motion to dismiss is granted and this case is dismissed for lack of jurisdiction. It is further

ORDERED that this case is stricken for trial from the May 30, 2006, Washington, D.C. trial session.

(Signed) Michael B. Thornton

Michael B. Thornton
Judge

ENTERED: FEB 7 2006