IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Williams)

No. 05-999 T

EPSOLON LIMITED, by and through
SLIGO (2000) COMPANY, INC.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S STATUS REPORT

Pursuant to the Order of February 22, 2006, the defendant files this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

The United States Attorney for the Southern District of New York is prosecuting an illegal tax shelter criminal conspiracy case against certain persons involving entities and transactions intimately related to the matters involved in this case. Since the Court suspended this case, the criminal case is active and ongoing. Subsequent to the Motion to Stay granted in this case, numerous motions to dismiss filed by various of the criminal defendants have been denied by the District Court. In addition, the District Court has addressed several motions regarding discovery by the criminal defendants, denying most of them. At this time, the case remains set for trial beginning September 11, 2006.

Further, despite the Order staying all proceedings issued by the Court, on April 12, 2006, plaintiff filed a Motion for Summary Judgment in this matter on the issue of whether the FPAA was issued beyond the statute of limitations. On May 12, 2006, the defendant filed its Cross-Motion for Partial Summary Judgment and Rule 56(f) Motion. Plaintiff's response is currently due on June 12, 2006.

Although defendant has cross-moved on the issue of the timeliness of the FPAA, defendant has moved in the alternative, pursuant to RCFC 56(f), that the Court refuse plaintiff's application for judgment due to the potential that an issue may need to be addressed which will interfere with the criminal case. With respect to all issues in the case not addressed by the Motion for Summary Judgment, and Cross-Motion and Rule 56(f) Motion, defendant believes that the suspension of this case continues to be appropriate until resolution of the criminal case and the ongoing criminal investigation.

Respectfully submitted,

May 19, 2006
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel
Attorneys for Defendant