# In the United States Court of Federal Claims

No. 05-999T
(Filed: May 23, 2006)

```
************************************
EPSOLON LIMITED,                   *
                                   *
                 Plaintiff,        *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
************************************
```

**ORDER**

On May 19, 2006, defendant filed a status report pursuant to the Court's February 22, 2006 order. In the status report, defendant represents that trial in the U.S. District Court for the Southern District of New York will proceed as scheduled on September 11, 2006. Further, defendant argues that this Court should deny plaintiff's motion for summary judgment. Defendant raises valid concerns that potential issues may arise to interfere with the criminal case.

Accordingly:

(i) The stay in this case remains until further notice of the Court.

(ii) Defendant shall continue to file a status report every 3 months regarding the progress of the ongoing criminal investigation and the criminal case in the Southern District of New York. On motion, any status report or portion thereof may be given *in camera* or filed under seal, if necessary.

(iii) **Plaintiff shall file a status report no later than June 6, 2006.** Plaintiff shall respond to defendant's status report, and specifically, to defendant's concern that ruling on plaintiff's Motion for Summary Judgment and defendant's Cross-Motion and Rule 56(f) Motion will raise issues that will impede the criminal case and the ongoing criminal investigation.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge