**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

**EPSOLON LIMITED, by and through SLIGO (2000) COMPANY, INC., Tax Matters Partner,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**No. 05-999 T**

**Judge Margaret M. Sweeney**

**DECLARATION OF GEORGE M. CLARKE III**

I, George M. Clarke III, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following facts are true and accurate to the best of my knowledge and belief.

1. I am an attorney, admitted as such under, inter alia, the Bars of the State of Virginia and the District of Columbia. I am currently engaged in the practice of law in the area of tax litigation and tax controversy as an associate at the Washington, D.C. office of Baker & McKenzie, LLP.

2. My principal work address is 815 Connecticut Avenue, N.W., Washington, D.C. 20006. My work telephone number is (202) 452-7068.

3. I am of counsel in the above-captioned case.

4. I have reviewed the documents identified as Exhibits I through S in Plaintiff's Response and Reply to Cross-Motion of the United States for Partial Summary Judgment, or in the Alternative, Motion under Rule 56(f), Epsolon's Motion for 56(f) Relief and for Leave to

Conduct Discovery, and Brief in Support thereof, which are attached therewith. Each of these exhibits is a true and correct copy of the document identified below by exhibit number:

Exhibit I. The United States' Supplemental Memorandum in Opposition to Intervention, filed April 13, 2004 in the matter of United States of America v. Sidley Austin Brown & Wood LLP, Dkt. No. 03-9355 (N.D. Ill.) (the "Illinois Action").

Exhibit J. A letter to John Lindquist, Esq. of the United States Department of Justice ("DOJ") from Gregory S. Lynam, Esq. of Baker & McKenzie LLP, dated March 5, 2004, which, pursuant to court order in the Illinois Action, forwards two redacted engagement letters between the "Baker Does" and Sidley Austin Brown & Wood LLP ("SABW"), each dated December 26, 2000.

Exhibit K. A letter from Stuart D. Gibson, Esq., DOJ, to Armando Gomez, Esq. of Skadden, Arps, Slate, Meagher & Flom ("Skadden Arps") dated March 9, 2004 which attaches the same engagement letters included in Exhibit J.

Exhibit L. A redacted letter from Robert S. Bennett, Esq., Skadden Arps, to Mr. Gibson, dated March 31, 2004.

Exhibit M. A transcript of a status hearing in the matter of Department of Justice Tax Division v. KPMG, LLP, Dkt. No. MS 02-295 (D.D.C.) (the "DC Action") on April 1, 2004.

Exhibit N. The declaration of Mr. Keith A. Tucker, dated September 6, 2003, submitted under seal in the matter of Doe 1 v. KPMG, LLP, Dkt. No. 03-

2036 (N.D. Tex) (the "Texas Action.") This document was unsealed by the Northern District of Texas on April 12, 2004.

Exhibit O. Excerpts from "Exhibit E" which was attached as an Appendix to KPMG LLP's Response to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment in the Texas Action The documents in "Exhibit E" were unsealed by the Northern District of Texas on April 12, 2004.

Exhibit P. Intervenor-Defendant's Memorandum in Opposition to Plaintiff's Emergency Motion to Alter or Amend Judgment, filed April 13, 2004, in the Texas Action.

Exhibit Q. Emails from David A. Hubbert (Chief of Eastern Region of DOJ Civil Tax Division) to various DOJ and Internal Revenue Service ("IRS") personnel (including Mr. Gibson), dated April 12, 2004.

Exhibit R. Statutory Notice of Deficiency ("SNOD") issued to Keith A. & Laura B. Tucker for the tax year ended December 31, 2000, dated April 15, 2004.

Exhibit S. Transcript of Proceedings in the Illinois Action on April 15, 2004.

Exhibit T. Notice of Tax Due on Federal Tax Return, dated March 22, 2006, which shows that the tax associated with this proceeding was not assessed until March 22, 2006.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: June 12, 2006

George M. Clarke III
Attorney