# Exhibit J

BAKER & MCKENZIE

One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois 60601, USA

Tel: +1 312 861 8000
Fax: +1 312 861 2899
chicago.information@bakernet.com
www.bakernet.com

Tel: +1 312 861 8229
Fax: +1 312 616 7345
gregory.s.lynam@bakernet.com

EV100923379US

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

**VIA E-MAIL & U.S. EXPRESS MAIL**

March 5, 2004

John Lindquist, Esq.
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

Re: United States of America v. Sidley Austin Brown & Wood, LLP

Dear Mr. Lindquist:

Pursuant to Judge Kennelly's March 4, 2004, Order, enclosed please find redacted versions of "Baker" Doe 1 and "Baker" Doe 2's engagement letters with Brown & Wood, LLP. The only redactions made to the engagement letters are the "Baker" Does' names, addresses, and signatures. Additionally, neither "Baker" Doe's files contain confidentiality agreements with Brown & Wood or Sidley Austin Brown & Wood.

If you have any questions regarding the redacted engagement letters, or the absence of confidentiality agreements, please contact Tom Linguanti at (312) 861-2623 or me at (312) 861-8229.

Sincerely,

Gregory S. Lynam

GSL/mm
Enclosures

cc: William F. Conlon, *Sidley Austin Brown & Wood LLP*

BROWN & WOOD LLP
ONE WORLD TRADE CENTER
NEW YORK, NY 10048-0557
TELEPHONE: 212-839-5300
FACSIMILE: 212-839-5599

December 26, 2000

"Baker" Doe 1 Name and Address Redacted

Re: **Special U.S. Federal Income Tax Counsel**

Dear "Baker" Doe 1 Name Redacted

You have asked that we act as special U.S. federal income tax counsel to you in connection with certain investment transactions in which you have engaged involving the acquisition of an interest in a foreign corporation through an S corporation and your entering into various digital foreign currency option trades, both in your individual capacity and through the foreign corporation ("Transactions"). In that capacity, you have asked that we provide you with an opinion regarding certain of the U.S. federal income tax consequences of the Transactions (i) in connection with the closing of the Transactions and (ii) in connection with your filling a U.S. federal income tax return reporting the transactions on April 15, 2001. In the case of the latter opinion, we will only be obligated to provide such opinion in the event that there has been no adverse change in the statute, regulations, or administrative or judicial interpretation thereof subsequent to the closing of the Transactions.

You acknowledge that any U.S. federal income tax opinion that we issue in connection with your participation in the Transactions will not guarantee the U.S. federal income tax consequences thereof, but will provide only that such tax consequences are "more likely than not" to occur.

We hereby agree to so represent you. We wish to point out that although we are not representing or advising the Diversified Group Incorporated or any of its affiliates ("Diversified") in connection with the Transactions, in the past we have represented or advised Diversified with respect to certain matters and may continue to do so in the future. By your acceptance of this letter you waive any legal conflict that may arise from such current, past or future representations.

By your acceptance of this letter you agree that any controversy or claim arising out of or relating to this letter, and the matters addressed herein, shall be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Rules and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. The arbitration proceeding shall be conducted in New York City, New York. The arbitrator shall have the authority to award any remedy or relief that a court of competent jurisdiction could order or grant. Except as necessary in court proceedings to enforce this arbitration provision or an award rendered hereunder, neither a party nor an arbitrator may disclose the existence, content or results of any arbitration hereunder without the prior written consent of both parties. The parties acknowledge that this letter evidences a transaction involving interstate commerce. The parties agree that United States Federal Arbitration Act shall govern the interpretation and enforcement of this arbitration provision.

Please return an acknowledged copy of this letter as evidence of your acceptance of the terms hereof.

Very truly yours,

Brown & Wood LLP

Acknowledged

[redacted]

"Baker" Doe 1
Signature Redacted

BROWN & WOOD LLP

ONE WORLD TRADE CENTER
NEW YORK, NY 10048-0557
TELEPHONE: 212-839-5300
FACSIMILE: 212-839-5599

"Baker" Doc 2 Name and Address Redacted

December 26, 2000

**Re: <u>Special U.S. Federal Income Tax Counsel</u>**

Dear "Baker" Doc 2 Name Redacted

You have asked that we act as special U.S. federal income tax counsel to you in connection with certain investment transactions in which you have engaged involving the acquisition of an interest in a foreign corporation through an S corporation and your entering into various digital foreign currency option trades, both in your individual capacity and through the foreign corporation ("Transactions"). In that capacity, you have asked that we provide you with an opinion regarding certain of the U.S. federal income tax consequences of the Transactions (i) in connection with the closing of the Transactions and (ii) in connection with your filling a U.S. federal income tax return reporting the transactions on April 15, 2001. In the case of the latter opinion, we will only be obligated to provide such opinion in the event that there has been no adverse change in the statute, regulations, or administrative or judicial interpretation thereof subsequent to the closing of the Transactions.

You acknowledge that any U.S. federal income tax opinion that we issue in connection with your participation in the Transactions will not guarantee the U.S. federal income tax consequences thereof, but will provide only that such tax consequences are "more likely than not" to occur.

We hereby agree to so represent you. We wish to point out that although we are not representing or advising the Diversified Group Incorporated or any of its affiliates ("Diversified") in connection with the Transactions, in the past we have represented or advised Diversified with respect to certain matters and may continue to do so in the future. By your acceptance of this letter you waive any legal conflict that may arise from such current, past or future representations.

By your acceptance of this letter you agree that any controversy or claim arising out of or relating to this letter, and the matters addressed herein, shall be settled by arbitration

administered by the American Arbitration Association in accordance with its Commercial Rules and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. The arbitration proceeding shall be conducted in New York City, New York. The arbitrator shall have the authority to award any remedy or relief that a court of competent jurisdiction could order or grant. Except as necessary in court proceedings to enforce this arbitration provision or an award rendered hereunder, neither a party nor an arbitrator may disclose the existence, content or results of any arbitration hereunder without the prior written consent of both parties. The parties acknowledge that this letter evidences a transaction involving interstate commerce. The parties agree that United States Federal Arbitration Act shall govern the interpretation and enforcement of this arbitration provision.

Please return an acknowledged copy of this letter as evidence of your acceptance of the terms hereof.

Very truly yours,

Brown & Wood LLP

Acknowledged

[redacted]

"Baker" Doe 2
Signature Redacted