# Exhibit K

U.S. Department of Justice

Tax Division

*Please reply to:* *Civil Trial Section, Eastern Region*
*P.O. Box 227*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-6866*

EJO'C:DAH:SDGibson
5-16-3739 CMN 2002103590

March 9, 2004

BY FACSIMILE (202) 393-5760

Armando Gomez
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, NW
Washington, DC 20005

Re: United States v. KPMG LLP
<u>Misc. No. 02ms295 (USDC D.C.)</u>

Dear Mr. Gomez:

We remain concerned that KPMG has not disclosed all the tax shelters it was involved in developing and/or promoting, as demanded in the summonses at issue in this case. Reinforcing our concern, we have just come came into possession of engagement letters for two tax shelter purchasers, and have attached copies. The letters, both dated December 26, 2000, are on letterhead from the Brown & Wood law firm. But they contain a fax banner indicating they were sent from KPMG's New York Office on February 5, 2001. Although the letters' description of the "transaction" is a bit vague, it appears that the transaction fits within the scope of the §6111(c) summons at issue in this case.

Please ask KPMG to review these engagement letters, and let us know within the next 48 hours whether KPMG played any role in organizing, marketing or implementing these shelters, and whether KPMG has ever disclosed these shelters to the Internal Revenue Service. If KPMG has previously provided information on these transactions, please tell us which documents pertain to them. If KPMG has not previously identified them, please provide all documents pertaining to these shelters, as sought in the §6111(c) summons, as well as a list of participants in those shelters. Because time is of the essence, please provide the list of participants by the close of business this Friday, March 12, 2004.

If you have any questions, please phone me at (202) 307-6586. Thank you in advance for your prompt attention and cooperation.

Sincerely yours,

STUART D. GIBSON
Trial Attorney
Civil Trial Section, Eastern Region

Enclosures (as stated)

BROWN & WOOD LLP

ONE WORLD TRADE CENTER
NEW YORK, NY 10048-0557
TELEPHONE 212-839-5300
FACSIMILE 212-839-5599

[redacted]

December 26, 2000

Re: Special U.S. Federal Income Tax Counsel

Dear [redacted]

You have asked that we act as special U.S. federal income tax counsel to you in connection with certain investment transactions in which you have engaged involving the acquisition of an interest in a foreign corporation through an S corporation and your entering into various digital foreign currency option trades, both in your individual capacity and through the foreign corporation ("Transactions"). In that capacity, you have asked that we provide you with an opinion regarding certain of the U.S. federal income tax consequences of the Transactions (i) in connection with the closing of the Transactions and (ii) in connection with your filling a U.S. federal income tax return reporting the transactions on April 15, 2001. In the case of the latter opinion, we will only be obligated to provide such opinion in the event that there has been no adverse change in the statute, regulations, or administrative or judicial interpretation thereof subsequent to the closing of the Transactions.

You acknowledge that any U.S. federal income tax opinion that we issue in connection with your participation in the Transactions will not guarantee the U.S. federal income tax consequences thereof, but will provide only that such tax consequences are "more likely than not" to occur.

We hereby agree to so represent you. We wish to point out that although we are not representing or advising the Diversified Group Incorporated or any of its affiliates ("Diversified") in connection with the Transactions, in the past we have represented or advised Diversified with respect to certain matters and may continue to do so in the future. By your acceptance of this letter you waive any legal conflict that may arise from such current, past or future representations.

By your acceptance of this letter you agree that any controversy or claim arising out of or relating to this letter, and the matters addressed herein, shall be settled by arbitration

BROWN & WOOD LLP

ONE WORLD TRADE CENTER
NEW YORK, NY 10048-0557
TELEPHONE: 212-839-5300
FACSIMILE: 212-839-5599

December 26, 2000

[redacted]

Re: Special U.S. Federal Income Tax Counsel

Dear [redacted]

You have asked that we act as special U.S. federal income tax counsel to you in connection with certain investment transactions in which you have engaged involving the acquisition of an interest in a foreign corporation through an S corporation and your entering into various digital foreign currency option trades, both in your individual capacity and through the foreign corporation ("Transactions"). In that capacity, you have asked that we provide you with an opinion regarding certain of the U.S. federal income tax consequences of the Transactions (i) in connection with the closing of the Transactions and (ii) in connection with your filing a U.S. federal income tax return reporting the transactions on April 15, 2001. In the case of the latter opinion, we will only be obligated to provide such opinion in the event that there has been no adverse change in the statute, regulations, or administrative or judicial interpretation thereof subsequent to the closing of the Transactions.

You acknowledge that any U.S. federal income tax opinion that we issue in connection with your participation in the Transactions will not guarantee the U.S. federal income tax consequences thereof, but will provide only that such tax consequences are "more likely than not" to occur.

We hereby agree to so represent you. We wish to point out that although we are not representing or advising the Diversified Group Incorporated or any of its affiliates ("Diversified") in connection with the Transactions, in the past we have represented or advised Diversified with respect to certain matters and may continue to do so in the future. By your acceptance of this letter you waive any legal conflict that may arise from such current, past or future representations.

By your acceptance of this letter you agree that any controversy or claim arising out of or relating to this letter, and the matters addressed herein, shall be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Rules and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. The arbitration proceeding shall be conducted in New York City, New York. The arbitrator shall have the authority to award any remedy or relief that a court of competent jurisdiction could order or grant. Except as necessary in court proceedings to enforce this arbitration provision or an award rendered hereunder, neither a party nor an arbitrator may disclose the existence, content or results of any arbitration hereunder without the prior written consent of both parties. The parties acknowledge that this letter evidences a transaction involving interstate commerce. The parties agree that United States Federal Arbitration Act shall govern the interpretation and enforcement of this arbitration provision.

Please return an acknowledged copy of this letter as evidence of your acceptance of the terms hereof.

Very truly yours,

Brown & Wood LLP

Acknowledged

[redacted]

NYLIB1-773775 1