# Exhibit L

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005-2111
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

March 31, 2004

**VIA FACSIMILE (202-514-6866) AND HAND DELIVERY**

Stuart D. Gibson, Esq.
Senior Trial Attorney
U.S. Department of Justice
Tax Division, Civil Trial Section,
Eastern Region
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

RE: KPMG LLP

Dear Mr. Gibson:

This letter responds to your letters of March 9 and 10, 2004, and, in anticipation of the status conference scheduled for April 1, 2004 before Chief Judge Hogan, sets forth our views on how the key issues can be addressed in that forum. We would be happy to discuss these issues in advance of the status conference if you so desire.

REDACTED

REDACTED

A related situation involves two taxpayers who have filed an action in United States District Court for the Northern District of Texas seeking to restrain KPMG from providing their names to the IRS. First, we welcome the Tax Division's decision to intervene in the John Doe matter, as KPMG has no interest in protecting the John Does' identities from the IRS. As we have discussed, the John Doe plaintiffs in that matter may have been the recipients of the engagement letters referenced in one of your letters to us dated March 9, 2004. On March 26, 2004, KPMG filed a memorandum in support of its cross-motion for summary judgment in the John Doe matter in which KPMG argued that, based on the facts set forth in the parties' joint stipulation, as a matter of law no privilege protects the John Does' identities from disclosure to the IRS. Moreover, in response to the statute of limitations issue that your Office raised in its letter to Baker & McKenzie of March 19, 2004, KPMG also filed a motion on March 26, 2004 seeking an expeditious resolution of the summary judgment question.

REDACTED

REDACTED

Sincerely,

Robert S. Bennett

cc: Michael Salem
Isaac Paxman
Carl Weiss