# Exhibit O

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DOE 1 and JOHN DOE 2, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3: 03 CV 2036H |
| | ) | |
| KPMG, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT E**

**(PAGES APP. 971-1443)**

**TO APPENDIX TO KPMG LLP'S RESPONSE TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND CROSS MOTION FOR SUMMARY JUDGMENT**

# (FILED UNDER SEAL)

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | OMB No. 1545-0130 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has timely filed
Form 2553 to elect to be an S corporation.
▶ See separate instructions.

**2000**

For calendar year 2000, or tax year beginning **12/18/2000**, 2000, and ending **12/31/2000**

| A Effective date of election as an S corporation | Name | C Employer identification number |
|---|---|---|
| **12/18/2000** | **SLIGO (2000) COMPANY INC.** | **51-0405078** |
| B Business code no. (see pages 29-31) | Number, street, and room or suite no. (If a P.O. box, see page 11 of the instructions.) | D Date incorporated |
| | **DEPARTMENT 502, 2644 CAPITOL TRAIL, SUITE 300** | **12/18/2000** |
| **525990** | City or town, state, and ZIP code **NEWARK, DE      19711** | E Total assets (see page 11) **64,574,884.** |

F Check applicable boxes: (1) [X] Initial return   (2) ☐ Final return   (3) ☐ Change in address   (4) ☐ Amended return

G Enter number of shareholders in the corporation at end of the tax year ................................▶ 1

Caution: *Include only trade or business income and expenses on lines 1a through 21. See page 11 of the instructions for more information.*

| Income | | | |
|---|---|---|---|
| 1a Gross receipts or sales | | b Less returns and allowances | c Bal ▶ 1c |
| 2 Cost of goods sold (Schedule A, line 8) ................ | | | 2 |
| 3 Gross profit. Subtract line 2 from line 1c ................ | | | 3 |
| 4 Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) ... | | | 4 |
| 5 Other income (loss) *(attach schedule)* ........ SEE STATEMENT 1. | | | 5 −39,188,666. |
| 6 Total income (loss). Combine lines 3 through 5 ................▶ | | | 6 −39,188,666. |

| Deductions (see page 12 of the instructions for limitations) | | |
|---|---|---|
| 7 Compensation of officers ................................ | | 7 |
| 8 Salaries and wages (less employment credits) ................ | | 8 |
| 9 Repairs and maintenance ................................ | | 9 |
| 10 Bad debts ................................ | | 10 |
| 11 Rents ................................ | | 11 |
| 12 Taxes and licenses ................................ | | 12 |
| 13 Interest ................................ | | 13 |
| 14a Depreciation (if required, attach Form 4562) ........ | 14a | |
| b Depreciation claimed on Schedule A and elsewhere on return | 14b | |
| c Subtract line 14b from line 14a ................ | | 14c |
| 15 Depletion (Do not deduct oil and gas depletion.) ........ | | 15 |
| 16 Advertising ................................ | | 16 |
| 17 Pension, profit-sharing, etc., plans ................ | | 17 |
| 18 Employee benefit programs ................ | | 18 |
| 19 Other deductions (attach schedule) ................ | | 19 |
| 20 Total deductions. Add the amounts shown in the far right column for lines 7 through 19 ...▶ | | 20 |
| 21 Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 ... | | 21 −39,188,666. |

| Tax and Payments | | | |
|---|---|---|---|
| 22 Tax: a Excess net passive income tax *(attach schedule)* ... | 22a | | |
| b Tax from Schedule D (Form 1120S) ................ | 22b | | |
| c Add lines 22a and 22b (see page 15 of the instructions for additional taxes) ... | | | 22c |
| 23 Payments: a 2000 estimated tax payments and amount applied from 1999 return | 23a | | |
| b Tax deposited with Form 7004 ................ | 23b | | |
| c Credit for Federal tax paid on fuels (attach Form 4136) ... | 23c | | |
| d Add lines 23a through 23c ................ | | | 23d |
| 24 Estimated tax penalty. Check if Form 2220 is attached ................▶ ☐ | | | 24 |
| 25 Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See page 4 of the instructions for depository method of payment ................▶ | | | 25 |
| 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ...▶ | | | 26 |
| 27 Enter amount of line 26 you want: Credited to 2001 estimated tax ▶         Refunded ▶ | | | 27 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer           Date        ▶ Title

| Paid Preparer's Use Only | Preparer's signature ▶ *[signature]* | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ **KPMG LLP** **345 PARK AVENUE** **NEW YORK, NY  10154-0102** | | EIN **13-5565207** | Phone no. **212-758-9700** |

For Paperwork Reduction Act Notice, see the separate instructions.                    Form **1120S** (2000)

JSA
0C1410 3.000

\*\*\* INITIAL RETURN \*\*\*

ML9949  E299  03/24/2001  13:29:06  V0.06.01  51-0405078

X 055819

KPMG App. 977

MAR-08-01 10:17 FROM-KPMG MIDDLEMARKED FINANCIAL INC. SEC. 212 872 3310 NO.793    P.1

| Form **8832** (December 1996) Department of the Treasury Internal Revenue Service | **Entity Classification Election** | OMB No. 1545-1516 |
|---|---|---|

| Please Type or Print | Name of entity **Epsolon Limited** | | Employer identification number (EIN) **98-0336318** |
|---|---|---|---|
| | Number, street, and room or suite no. If a P.O. box, see instructions. **4 Ailesbury Road** | | |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, postal code and country. **Ballsbridge Dublin 4 Ireland** | | |

**1  Type of election (see instructions):**

a ☐ Initial classification by a newly-formed entity (or change in current classification of an existing entity to take effect on January 1, 1997)

b ☒ Change in current classification (to take effect later than January 1, 1997)

**2  Form of entity (see instructions):**

a ☐ A domestic eligible entity electing to be classified as an association taxable as a corporation.

b ☐ A domestic eligible entity electing to be classified as a partnership.

c ☐ A domestic eligible entity with a single owner electing to be disregarded as a separate entity.

d ☐ A foreign eligible entity electing to be classified as an association taxable as a corporation.

e ☒ A foreign eligible entity electing to be classified as a partnership.

f ☐ A foreign eligible entity with a single owner electing to be disregarded as a separate entity.

**3**  Election is to be effective beginning (month, day, year) (see instructions) . . . . . . . . . . . . . . . ▶ 12 / 27 / 00

| **4**  Name and title of person whom the IRS may call for more information | **5**  That person's telephone number |
|---|---|
| Timothy Speiss, CPA | 212 872-7901 |

**Consent Statement and Signature(s) (see instructions)**

Under penalties of perjury, I (we) declare that I (we) consent to the election of the above-named entity to be classified as indicated above, and that I (we) have examined this consent statement, and to the best of my (our) knowledge and belief, it is true, correct, and complete. If I am an officer, manager, or member signing for all members of the entity, I (we) further declare that I am authorized to execute this consent statement on their behalf.

| Signature(s) | Date | Title |
|---|---|---|
| *Keith Tucker* Keith Tucker | March 8, 2001 | Managing Member |
| | | |
| | | |
| | | |

For Paperwork Reduction Act Notice, see page 2.    Form **8832** (12-96)

KPMG App. 983

X 055825

Form **5471**

(Rev. January 1999)

Department of the Treasury
Internal Revenue Service

## Information Return of U.S. Persons With Respect to Certain Foreign Corporations

▶ See separate instructions.

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 12/18/2000 , and ending 12/26/2000

OMB No. 1545-0704

File In Duplicate
(see When and Where
To File in the
instructions)

| Name of person filing return | A Identifying number |
|---|---|
| SLIGO (2000) COMPANY, INC. | 51-0405078 |

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)

DEPARTMENT 502, 2644 CAPITOL TRAIL, SUITE 300

City or town, state, and ZIP code

NEWARK, DE  19711

Filer's tax year beginning 12/18/2000 , and ending 12/31/2000

B Category of filer (See page 2 of the instructions. Check applicable box(es)):
(1) ☐  (2) ☐  (3) ☒  (4) ☐  (5) ☐

C Enter the total percentage of voting stock of the foreign corporation you owned at the end of its annual accounting period         99%

D  Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| FRANKLIN MONTGOMERY | 90 BROAD STREET, NY, NY 10004 | ███████ | | | X |
| | | | | | |
| | | | | | |

**Important:**  *Fill in all applicable lines and schedules. All information MUST be in the English language. All amounts MUST be stated in U.S. dollars unless otherwise indicated.*
Enter the foreign corporation's functional currency ▶

| 1a Name and address of foreign corporation | b Employer identification number, if any |
|---|---|
| EPSOLON LIMITED<br>43 AILESBURY ROAD<br>BALLSBRIDGE, DUBLIN, 4 IRELAND | 98-0336318 |
| | c Country under whose laws incorporated<br>IRELAND |

| d Date of incorporation | e Principal place of business | f Principal business activity code number (NEW) | g Principal business activity |
|---|---|---|---|
| 11/6/2000 | DUBLIN, IRELAND | 525990 | OTHER FINANCIAL VEHICLE |

**2**  Provide the following information for the foreign corporation's accounting period stated above.

| a Name, address, and identifying number of branch office or agent (if any) in the United States | b If a U.S. income tax return was filed, please show: | |
|---|---|---|
| | (i) Taxable income (or loss) | (ii) U.S. income tax paid (after all credits) |
| NOT APPLICABLE | NONE | NONE |

| c Name and address of foreign corporation's statutory or resident agent in country of incorporation | d Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different |
|---|---|
| COMPANY SERVICES LTD.<br>43 AILESBURY ROAD, BALLSBRIDGE<br>DUBLIN, 4 IRELAND | S. MAHONEY, CUMBERDALE INVESTMENTS<br>43 AILESBURY ROAD<br>BALLSBRIDGE, DUBLIN, 4 IRELAND |

### Schedule A    Stock of the Foreign Corporation

**Part I - ALL Classes of Stock**

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| 100,000 SHARES (SHARE CAPITAL) | 100 ORDINARY SHARES | 100 ORDINARY SHARES |
| | | |

**Part II - Additional Information for PREFERRED Stock**
(To be completed only by Category (1) filers for foreign personal holding companies)

| (a) Description of each class of PREFERRED stock<br>(Note: *This description should match the corresponding description entered in Part I, column (a).*) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether the stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

JSA
9X1660 1.000

Form **5471** (Rev. 1-99)

KPMG App. 988

X 055830

Form 5471 (Rev. 1-99)                                                                                      Page 2

**Schedule B**  U.S. Shareholders of Foreign Corporation (See page 4 of the instructions.)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| SLIGO (2000) COMPANY, INC DEPARTMENT 502, 2644 CAPITOL TRAIL SUITE 300 NEWARK, DE 19711 | 99 SHARES | 0 | 99 | 0 |

**Schedule C**  Income Statement (See page 4 of the instructions.)

Important: *Report all information in functional currency in accordance with U.S. GAAP. Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for DASTM corporations.*

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales | 1a | | |
| | b Returns and allowances | 1b | | |
| | c Subtract line 1b from line 1a | 1c | | |
| | 2 Cost of goods sold | 2 | | |
| | 3 Gross profit (subtract line 2 from line 1c) | 3 | | |
| | 4 Dividends | 4 | | |
| | 5 Interest | 5 | | |
| | 6 Gross rents, royalties, and license fees | 6 | | |
| | 7 Net gain or (loss) on sale of capital assets | 7 | | 51,260,455 |
| | 8 Other income (attach schedule) | 8 | | |
| | 9 Total income (add lines 3 through 8) | 9 | | 51,260,455 |
| **Deductions** | 10 Compensation not deducted elsewhere | 10 | | |
| | 11 Rents, royalties, and license fees | 11 | | |
| | 12 Interest | 12 | | |
| | 13 Depreciation not deducted elsewhere | 13 | | |
| | 14 Depletion | 14 | | |
| | 15 Taxes (exclude provision for income, war profits, and excess profits taxes) | 15 | | |
| | 16 Other deductions (attach schedule - exclude provision for income, war profits, and excess profits taxes) | 16 | | |
| | 17 Total deductions (add lines 10 through 16) | 17 | | |
| **Net Income** | 18 Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | | 51,260,455 |
| | 19 Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 Provision for income, war profits, and excess profits taxes (see instructions) | 20 | | |
| | 21 Current year net income or (loss) per books (line 18 plus line 19 minus line 20) | 21 | | 51,260,455 |

JSA
QX1661 1 000

KPMG App. 989

X 055831

Form 5471 (Rev. 1991)                                                                    Page 3

## Schedule E — Income, War Profits, and Excess Profits Taxes Paid or Accrued (See page 4 of instructions)

| (a) Name of country or U.S. possession | Amount of tax | | |
|---|---|---|---|
| | (b) In foreign currency | (c) Conversion rate | (d) In U.S. dollars |
| 1 U.S. | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 Total | | | |

## Schedule F — Balance Sheet

**Important:** Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1 Cash | 1 | | 2,918,005 |
| 2a Trade notes and accounts receivable | 2a | | |
| b Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 Inventories | 3 | | |
| 4 Other current assets (attach schedule) | 4 | | |
| 5 Loans to stockholders and other related persons | 5 | | |
| 6 Investment in subsidiaries (attach schedule) | 6 | | |
| 7 Other investments (attach schedule) | 7 | | 49,872,450 |
| 8a Buildings and other depreciable assets | 8a | | |
| b Less accumulated depreciation | 8b | ( ) | ( ) |
| 9a Depletable assets | 9a | | |
| b Less accumulated depletion | 9b | ( ) | ( ) |
| 10 Land (net of any amortization) | 10 | | |
| 11 Intangible assets: | | | |
| a Goodwill | 11a | | |
| b Organization costs | 11b | | |
| c Patents, trademarks, and other intangible assets | 11c | | |
| d Less accumulated amortization for lines 11a, b, and c | 11d | ( ) | ( ) |
| 12 Other assets (attach schedule) | 12 | | |
| 13 Total assets | 13 | | 52,790,455 |

### Liabilities and Stockholders' Equity

| | | | |
|---|---|---|---|
| 14 Accounts payable | 14 | | |
| 15 Other current liabilities (attach schedule) | 15 | | |
| 16 Loans from stockholders and other related persons | 16 | | |
| 17 Other liabilities (attach schedule) | 17 | | |
| 18 Capital stock: | | | |
| a Preferred stock | 18a | | 100 |
| b Common stock | 18b | | 1,529,900 |
| 19 Paid-in or capital surplus (attach reconciliation) | 19 | | 51,260,455 |
| 20 Retained earnings | 20 | | |
| 21 Less cost of treasury stock | 21 | ( ) | ( ) |
| 22 Total liabilities and stockholders' equity | 22 | | 52,790,455 |

Does the foreign corporation have an interest in a partnership or trust? . . . . . Yes  X  No

JSA
0X1062 2.000

KPMG App. 990

X 055832

Form 5471 (Rev. 1-99)                                                                                           Page 4

**Schedule H    Current Earnings and Profits (See page 5 of the instructions.)**

*Important: Enter the amounts on lines 1 through 5c in functional currency.*

| | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|
| 1 | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . . | | | 1 | |
| 2 | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | |
| a | Capital gains or losses . . . . . . . . . . | | | | |
| b | Depreciation and amortization . . . . . . . . | | | | |
| c | Depletion . . . . . . . . . . . . . . . . | | | | |
| d | Investment or incentive allowance . . . . . . | | | | |
| e | Charges to statutory reserves . . . . . . . . . | | | | |
| f | Inventory adjustments . . . . . . . . . . . . | | | | |
| g | Taxes . . . . . . . . . . . . . . . . . . | | | | |
| h | Other (attach schedule) . . . . . . . . . . . | | | | |
| 3 | Total net additions . . . . . . . . . . . . . | | | | |
| 4 | Total net subtractions . . . . . . . . . . . . | | | | |
| 5 a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . . | | | 5a | |
| b | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . | | | 5b | |
| c | Combine lines 5a and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 5c | |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the appropriate exchange rate as defined in section 989(b) and the related regulations (see instructions) . . . . . . . . . . . . . . . . . . Enter exchange rate used for line 5d ▶ | | | 5d | |

**Schedule I    Summary of Shareholder's Income From Foreign Corporation (See page 5 of the instructions.)**

| | | | |
|---|---|---|---|
| 1 | Subpart F income (line 40b, Worksheet A in the instructions) . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions) . . . . . . . . . . . . | 2 | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Total of lines 1 through 5. Enter here and on your income tax return . . . . . . . . . . . . . . . | 6 | |
| 7 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . . . . | 7 | |
| 8 | Exchange gain or (loss) on a distribution of previously taxed income . . . . . . . . . . . . . . . | 8 | |

|  | | Yes | No |
|---|---|---|---|
| ● | Was any income of the foreign corporation blocked? | ☐ | ☐ |
| ● | Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . . | | |

If the answer to either question is "Yes," attach an explanation.

JSA

JX1663 1 000

KPMG App. 991

X 055833

SCHEDULE O
(Form 5471)

(Rev. January 1999)

Department of the Treasury
Internal Revenue Service

# Organization or Reorganization of Foreign Corporation, and Acquisitions and Dispositions of its Stock

▶ Attach to Form 5471.

OMB No. 1545-0704

Name of person filing Form 5471

SLIGO (2000) COMPANY, INC.

Identifying number

51-0405078

Name of foreign corporation

EPSOLON LIMITED

**Important:** Complete a separate Schedule O for each foreign corporation for which information must be reported.

**Part I  To Be Completed by U.S. Officers and Directors (See instructions.)**

| (a) Name of shareholder for whom acquisition information is reported | (b) Address of shareholder | (c) Identifying number of shareholder | (d) Date of original 10% acquisition | (e) Date of additional 10% acquisition |
|---|---|---|---|---|
| SLIGO (2000) COMPANY, INC. | DEPARTMENT 502, 2644 CAPITOL TRAIL SUITE 300 NEWARK, DE 19711 | 51-0405078 | 12/18/2000 | N/A |
| | | | | |
| | | | | |

**Part II  To Be Completed by U.S. Shareholders**

Note: If this return is required because one or more shareholders became U.S. persons, attach a list showing the names of such persons and the date each became a U.S. person.

### Section A — General Shareholder Information

| (a) Name, address, and identifying number of shareholder(s) filing this schedule | (b) For shareholder's latest U.S. income tax return filed, indicate: | | | (c) Date (if any) shareholder last filed information return under section 6046 for the foreign corporation |
|---|---|---|---|---|
| | (1) Type of return (enter form number) | (2) Date return filed | (3) Internal Revenue Service Center where filed | |
| SLIGO (2000) COMPANY, INC. DEPARTMENT 502, 2644 CAPITOL TRAIL SUITE 300, NEWARK, DE 19711 | 1120-S | 3/26/2001 | CINCINNATI, OH | N/A |
| | | | | |

### Section B — U.S. Persons Who Are Officers or Directors of the Foreign Corporation

| (a) Name of U.S. officer or director | (b) Address | (c) Social security number | (d) Check appropriate box(es) Officer / Dir. |
|---|---|---|---|
| FRANKLIN MONTGOMERY | 90 BROAD STREET, 19TH FLOOR NEW YORK, NY 10004 | 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 | X |

### Section C — Acquisition of Stock

| (a) Name of shareholder(s) filing this schedule | (b) Class of stock acquired | (c) Date of acquisition | (d) Method of acquisition | (e) Number of shares acquired | | |
|---|---|---|---|---|---|---|
| | | | | (1) Directly | (2) Indirectly | (3) Constructively |
| SLIGO (2000) COMPANY, INC. | COMMON | 12/18/2000 | PURCHASE | 99 | | |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5471.

JSA
0X2763 1 000

Schedule O (Form 5471) (Rev. 1-99)

KPMG App. 992

X 055834

Schedule O (Form 5471) (Rev 1-99)                                                                                     Page 2

| (f) Amount paid or value given | (g) Name and address of person from whom shares were acquired |
|---|---|
|  | CUMBERDALE INVESTMENTS, 43 AILESBURY ROAD, |
| 10,000 | BALLSBRIDGE, DUBLIN, 4 IRELAND |
|  |  |
|  |  |

## Section D — Disposition of Stock

| (a) Name of shareholder disposing of stock | (b) Class of stock | (c) Date of disposition | (d) Method of disposition | (e) Number of shares disposed of | | |
|---|---|---|---|---|---|---|
|  |  |  |  | (1) Directly | (2) Indirectly | (3) Constructively |
| SLIGO (2000) | COMMON | 12/26/2000 | FORM 8832 | 99 |  |  |
| COMPANY, INC. |  |  |  |  |  |  |

| (f) Amount received | (g) Name and address of person to whom disposition of stock was made |
|---|---|
|  | N/A |
| N/A |  |

## Section E — Organization or Reorganization of Foreign Corporation

| (a) Name and address of transferor | (b) Identifying number (if any) | (c) Date of transfer |
|---|---|---|
| N/A |  |  |

| (d) Assets transferred to foreign corporation | | | (e) Description of assets transferred by, or notes or securities issued by, foreign corporation |
|---|---|---|---|
| (1) Description of Assets | (2) Fair market value | (3) Adjusted basis (if transferor was U.S. person) |  |
|  |  |  |  |
|  |  |  |  |

## Section F — Additional Information

(a) If the foreign corporation or a predecessor U.S. corporation filed (or joined with a consolidated group in filing) a U.S. income tax return for any of the last 3 years, attach a statement indicating the year for which a return was filed (and, if applicable, the name of the corporation filing the consolidated return), the taxable income or loss, and the U.S. income tax paid (after all credits).

(b) List the date of any reorganization of the foreign corporation that occurred during the last 4 years while any U.S. person held 10% or more in value or vote (5% or more in value for transactions that occurred prior to January 1, 2000) (directly or indirectly) of the corporation's stock ▶

(c) If the foreign corporation is a member of a group that make up a chain of ownership, attach a chart, for each unit of which a shareholder owns 10% or more in value or vote (5% or more in value for transactions that occurred prior to January 1, 2000) of the outstanding stock. The chart must indicate the corporation's position in the chain of ownership and the percentages of stock ownership (see page 12 of the instructions for an example).

JSA
0 X2764 1 000

KPMG App. 993

X 055835

SLIGO (2000) COMPANY INC.                               51-0405078


SHAREHOLDER LIST
==========================================================================


1        KEITH TUCKER
         2816 VINE STREET
         APARTMENT 253
         DALLAS, TX 75204


KPMG App. 1001

OSPSPR1000    ML9949  E299  03/24/2001  13:29:06  V0.06.01 51-0405078


X 055843

| SCHEDULE K-1 (Form 1120S) | Shareholder's Share of Income, Credits, Deductions, etc. | OMB. No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See separate instructions. For calendar year 2000 or tax year beginning 12/18 , 2000, and ending 12/31 , 20 00 | 2000 |

Shareholder's identifying number ► 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    Corporation's identifying number ► 51-0405078

| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
|---|---|
| KEITH TUCKER 2016 VINE STREET APARTMENT 253 DALLAS, TX 75204 | SLIGO (2000) COMPANY INC. DEPARTMENT 502, 2644 CAPITOL TRAIL, SUITE 300 NEWARK, DE 19711 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . . . . . ►100.000000 %

B  Internal Revenue Service Center where corporation filed its return ►   CINCINNATI, OH 45999

C  Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . . . . . . . . . . . . . . ►

D  Check applicable boxes:   (1) ☐ Final K-1   (2) ☐ Amended K-1

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities . . . . . . . . | 1 | -39,188,666. | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities . . . . . . . . . | 2 | | |
| | 3 | Net income (loss) from other rental activities . . . . . . . . . . . | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends . . . . . . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) . . . . . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) . . . . . . . . . . . . . . . . . | 4e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year . . . . . . . . . . . . . . . . . . . . | 4e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) . . . . . . . . | 4f | | (Enter on applicable line of your return.) |
| | 5 | Net section 1231 gain (loss) (other than due to casualty or theft) . . | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 | Other income (loss) (attach schedule) . . . . . . . . . . . . | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7 | Charitable contributions (attach schedule) . . . . . . . . . . | 7 | | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction . . . . . . . . . . . . . . | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) . . | 9 | | |
| | 10 | Other deductions (attach schedule) . . . . . . . . . . . . | 10 | | |
| **Investment Interest** | 11a | Interest expense on investment debts . . . . . . . . . . . . | 11a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above . | 11b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | | (2) Investment expenses included on line 9 above . . . . . . . | 11b(2) | | |
| **Credits** | 12a | Credit for alcohol used as fuel . . . . . . . . . . . . . . | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | 12b(1) | | |
| | | (2) Other than on line 12b(1) for property placed in service before 1990 | 12b(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | 12b(3) | | ► Form 8586, line 5 |
| | | (4) Other than on line 12b(3) for property placed in service after 1989 | 12b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities | 12c | | |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e | Credits related to other rental activities . . . . . . . . . . | 12e | | |
| | 13 | Other credits . . . . . . . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 2000

JSA
0C 1600 2 000

KPMG App. 1002

ML9949    E299    03/24/2001    13:29:06    V0.06.01 51-0405078

X 055844

DEC-21-2000  18:55                                                    P.02



**THE DIVERSIFIED GROUP INCORPORATED**

950 THIRD AVENUE, 23RD FLOOR, NEW YORK, NEW YORK 10022   TEL: (212) 688-2700   (800) 841-1132   FAX: (212) 688-7908

## M E M O R A N D U M
### Via Facsimile

TO:      Keith Tucker              DATE:      December 21, 2000
         Timothy Speiss
         David Kohn
         Mox Tan

FROM:    James Haber

Enclosed please find the following:

1.  Details of the trades entered into today by Sligo (2000) LLC and a summary of
    such trade.
2.  The daily values of the trades entered into yesterday by your Irish entity, Epsolon
    Limited.
3.  Summary of the potential pre-tax economics of all the initial trades.

KPMG App. 1146

X 055988



345 Park Avenue
New York, NY 10154

Telephone 212 758 9700
Fax 212 758 9819

December 27, 2000

*PRIVATE & CONFIDENTIAL*

Mr. Keith Tucker
Sligo LLC
3831 Turtle Creek Blvd. – Unit 6H
Dallas, TX 75219

Dear Keith:

Enclosed please find our engagement letter for services relating to Sligo LLC. As previously discussed, the fees incurred will be added to the cost basis of the investment assets on Sligo's books and records.

Since we are closing in on our calendar year end, we suggest that you either pay the funds out of your personal account and we will treat the disbursement as a deemed contribution to Sligo, or have Ward loan the funds directly to Sligo.

> Mellon Bank
> KPMG Account Number: 0051799
> ABA Routing Number: 043000261
> Ref.: KPMG Invoice # 40456152

In any event, please forward payment to our attention by December 31, 2000 so you may obtain a year 2000 tax benefit with regard to our fees.

If you have any questions or comments, please feel free to contact Tim at (212) 872-7901, Bruce at (212) 872-7740 or myself at (212) 872-7798.

Very truly yours,

*KPMG LLP*

Eugene G. Schorr
*Partner*

cc:    Tim P. Speiss - KPMG
       Bruce E. Wertheim - KPMG

*Q:\TAXPLAN\WERTHEIM\Clients\WADDELL\TUCKER\2000\sligocw...doc.revised*

KPMG LLP KPMG LLP a US limited liability partnership, is a member of KPMG International, a Swiss association.

KPMG App. 1163

X 056005

 **Helios|Financial**

225 West Washington  Suite 2200  Chicago IL 60606
t 312.419.6150  f 312.419.6153
www.heliosfinancial.com

February 5, 2001

Mr. Keith Tucker
2816 Vine Street
Apartment 253
Dallas, Texas   75204

<u>INVOICE</u>

Consultation regarding, and assistance in (a) the acquisition by Epsolon Limited and Sligo (2000) LLC of various foreign currency option spread positions;  (b) the acquisition of shares in Epsolon Limited by Sligo (2000) Company Inc.; and (c) the contribution of Sligo (2000) LLC to Sligo (2000) Company Inc.

<u>Amount</u>:     $1,020,000

<u>*Wire Instructions*</u>

Bank of America
231 South LaSalle Street
Chicago, IL  60697
Tel: (312) 828-2345
Contact:            Linda Riordan

ABA#:               071 000 039
Account Name:       Helios Financial LLC
Account #:          59  31835

KPMG App. 1167

X 056009

 **Helios│Financial**

225 West Washington  Suite 2200  Chicago IL 60606
t 312.419.6150   f 312.419.6153
www.heliosfinancial.com

February 5, 2001

Mr. Keith Tucker
2816 Vine Street
Apartment 253
Dallas, Texas  75204

Dear Keith:

Enclosed please find a copy of our invoice for services rendered on the various Sligo transactions.
Please remit the invoiced amount via wire to our account at Bank of America.

In addition, you should be in receipt of a closing document binder for the Sligo transactions.  If you have
not received it, please contact me at 312-419-6151.

Thank you again for your business.

Best Regards,

Philip L. Kampf, Jr.
Principal

Enclosures

CC: James Haber

KPMG App. 1168

X 056010

03/12/01  11:16    NO.548  P001

# LEHMAN BROTHERS

LEHMAN BROTHERS
COMMERCIAL CORP
3 WORLD FINCL. CENTER
NEW YORK, NY  10285

**FUTURES/FOREIGN EXCHANGE
DAILY STATEMENT**

| DEC 28, 2000 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 090 | 27031821 |
| Page 1 | |

US NON-SEGREGATED ACCOUNT

EPSILON LIMITED
2810 VINE STREET APT 253
DALLAS, TX  75204-4088

- - - - OPENING ACCOUNT BALANCES - - - -

US DOLLAR                    2,918,005.00CR

- - - - CLOSING ACCOUNT BALANCES - - - -

US DOLLAR                    2,918,005.00CR

- - - - - - - - FOREIGN EXCHANGE OPEN POSITIONS - - - - - - - - -

| Date B/S | Base Currency Maturity Currency Pair | Counter Amount | Rate | Market Value |
|---|---|---|---|---|
| ERROR | 00 | ERROR | | |
| | | Market Rate | ERROR | % |
| 12/28/00 B | 206,177,379.17 10JAN01 EUR/USD | 189,827,513.00 | .9297900 | 23,756,809.59CR USD |
| | Exp 1/06/01 10:00 NY Call/ Euro | Premium Due/Amount | 1/02/01 | 125,715,399.00MB USD |
| | Delta  .0000000 | Delta  .0000000 | | USD |
| | | Market Rate | .7249690 | USD |
| 12/28/00 S | 206,177,379.17 10JAN01 EUR/USD | 189,827,513.00 | .9297900 | 149,472,290.39MB USD |
| | Exp 1/06/01 10:00 NY Call/ Euro | Delta  .0000000 | | USD |
| | Delta  .0000000 | Market Rate | .7249690 | USD |
| 12/28/00 S | 78,672,947.76 10JAN01 EUR/USD | 72,434,183.00 | .9297900 | 57,036,440.26MB USD |
| | Exp 1/06/01 10:00 N. Call/ Euro | Delta  .0000000 | | USD |
| | Delta  .0000000 | Market Rate | .7249690 | USD |
| 12/28/00 B | 203,776,828.04 10JAN01 EUR/USD | 187,637,704.00 | .9200000 | 147,495,261.16CR USD |
| | Exp 1/06/01 10:00 NY Call/ Euro | Delta  .0000000 | | USD |
| | Delta  .0000000 | Market Rate | .7237900 | USD |
| 12/28/00 B | 77,878,956.34 10JAN01 EUR/USD | 71,719,943.00 | .9200000 | 56,360,632.04CR USD |
| | Exp 1/06/01 10:00 NY Call/ Euro | Delta  .0000000 | | USD |
| | Delta  .0000000 | Market Rate | .7237900 | USD |
| 12/21/00 S | 203,776,828.04 10JAN01 EUR/USD | 187,637,704.00 | .9200000 | 147,495,261.16MB USD |
| | Exp 1/06/01 10:00 NY Call/ Euro | Delta  .0000000 | | USD |
| | Delta  .0000000 | Market Rate | .7237900 | USD |
| 12/21/00 S | 77,878,956.34 10JAN01 EUR/USD | 71,719,943.00 | .9200000 | 56,360,632.04MB USD |
| | Exp 1/06/01 10:00 NY Call/ Euro | Delta  .0000000 | | USD |
| | Delta  .0000000 | Market Rate | .7237900 | USD |
| 12/28/00 B | 238,282,851.99 10JAN01 EUR/USD | 187,445,332.00 | .8914000 | 2,426,001.01CR USD |
| | Exp 1/06/01 10:00 NY Put / Euro | Delta  .0000000 | | USD |
| | Delta  .0000000 | Market Rate | .8124000 | USD |
| 28/00 B | 88,365,190.56 10JAN01 EUR/USD | 71,637,530.00 | .8914000 | 1,043,600.51CR USD |
| | Exp 1/06/01 10:00 N. Put / Euro | Delta  .0000000 | | USD |
| | Delta  .0000000 | Market Rate | .8124000 | USD |

- - - - - CONTINUED ON NEXT PAGE - - - - -

KPMG App. 1184

X 056026

RECEIVED: 3- 8- 1; 2:50AM;                    => KPMG NYO PFP; #2
MAR. 7.2001  2:59PM   WADDELL&REED FINANCIAL INC. SEC          NO.786   P.2

# LEHMAN BROTHERS

LEHMAN BROTHERS
COMMERCIAL CORP
3 WORLD FINCL. CENTER
NEW YORK, NY  10285

*FAX to*
*Bruce W.*
*212 372 7911*

**FUTURES/FOREIGN EXCHANGE**
**MONTHLY STATEMENT**

SLIGO (2000) LLC
DEPARTMENT 502
2944 CAPITOL TRAIL SUITE 300
NEWARK, DE  19711-7255

| JAN 2001 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099- | 27031623 |
| | Page   1 |

US NON-SEGREGATED ACCOUNT

- - - - - - F O R E I G N   E X C H A N G E   C O N F I R M A T I O N S - - - - - -

| Date R/S | Base Currency Maturity Currency Pair | Counter Amount | Rate | Market Value |
|---|---|---|---|---|
| ERROR | SO | ERROR | | |
| 1/22/01 S | 132,089,600.12 27DEC01 USD/JPY | 14,392,491,846 | 108.96000 | |
| | Exp 12/21/01 10:00 NY   /Put   Euro | | 1/24/01 | |
| 1/22/01 B | 131,828,971.63 27DEC01 USD/JPY | 14,277,355,279 | 108.97000 | |
| | Exp 12/21/01 10:00 NY   /Put   Euro | | 1/24/01 | |

- - - - - - F O R E I G N   E X C H A N G E   S E T T L E M E N T S - - - - - -

| Date R/S | Base Currency Maturity Currency Pair | Counter Amount | Rate | Market Value |
|---|---|---|---|---|
| ERROR | SO | ERROR | | |

The settlement amounts shown below are reflected in the closing cash balance for each currency.

| 1/22/01 S | 132,089,600.12 27DEC01 USD/JPY | 14,392,491,846 | 108.96000 | |
|---|---|---|---|---|
| | Exp 12/21/01 10:00 NY   /Put   Euro | Premium Amount | 1/24/01 | 67,542,149.00CR  USD |
| | | | Net Amount Due  USD | 67,542,149.00CR  USD |
| 1/22/01 B | 131,828,971.63 27DEC01 USD/JPY | 14,277,355,279 | 108.97000 | |
| | Exp 12/21/01 10:00 NY   /Put   Euro | Premium Amount | 1/24/01 | 66,962,149.00DR  USD |
| | | | Net Amount Due  USD | 66,962,149.00DR  USD |
| | | | Recap of Realized Gains/Losses  USD | 540,000.00CR  USD |

Foreign Exchange Settlement Summary

| | CURR | LONG | SHORT | NET |
|---|---|---|---|---|
| USD | | 131,828,971.63CR | 132,089,600.12DR | 1,840,700.40CDR |
| JPY | | 14,392,491,846CR | 14,277,355,279DR | 115,136,567CDR |

- - - - - I T E M I Z E D   C A S H   A C T I V I T Y - - - - -

| 1/03/01 INTEREST ON ACCOUNT EQUITY | | 1/04/01 USD | 325.04DR |
|---|---|---|---|
| 1/04/01 REV INT DEBIT 12/21 TO 12/31 | | 1/04/01 USD | 325.04CR |
| 1/25/01 UNB BANK NA | | 1/25/01 USD | 540,000.00DR |
| | | Total Cash  USD | 540,000.00DRBAL |

- - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - -

| Date R/S | Base Currency Maturity Currency Pair | Counter Amount | Rate | Market Value |
|---|---|---|---|---|
| ERROR | SO | ERROR | | |
| 12/21/00 B | 132,089,600.12 27DEC01 USD/JPY | Market Rate | | 8,127,837,604CR  JPY |
| | Exp 12/21/01 10:00 NY   /Put   Euro | 14,392,491,846 | 108.96000 | JPY |
| | | | | USD |
| | | Market Rate | 61.53666 | |
| | | Net Market Value B | 116.44000 | 69,795,925.04CR  USD |
| 1/22/01 S | 132,089,600.12 27DEC01 USD/JPY | 14,392,491,846 | 108.96000 | 8,127,837,604DR  JPY |
| | Exp 12/21/01 10:00 NY   /Put   Euro | | | JPY |
| | | Market Rate | 61.53666 | USD |
| | | Net Market Value B | 116.44000 | 69,795,925.04DR  USD |
| 1/22/01 B | 131,828,971.63 27DEC01 USD/JPY | 14,277,355,279 | 108.97000 | 8,057,340,097CR  JPY |
| | Exp 12/21/01 10:00 NY   /Put   Euro | | | JPY |
| | | Market Rate | 61.49462 | USD |
| | | Net Market Value B | 116.44000 | 69,197,424.44CR  USD |
| 12/21/00 S | 131,828,971.63 27DEC01 USD/JPY | 14,277,355,279 | 108.97000 | 8,057,340,097DR  JPY |
| | Exp 12/21/01 10:00 NY   /Put   Euro | | | JPY |
| | | Market Rate | 61.49462 | USD |
| | | Net Market Value B | 116.44000 | 69,197,424.44DR  USD |
| | | Total FX Forward Value | | 0CR  USD |

- - - - - C O N T I N U E D   O N   N E X T   P A G E - - - - -

KPMG App. 1192

X 056034

15-DEC-2000 18:03 FROM BIOSPHERE FINANCE LTD.      TO    DIVERSIFIED &c ...

## EPSOLON LIMITED

### WRITTEN RESOLUTION OF DIRECTORS PASSED PURSUANT TO ARTICLE 13 OF THE ARTICLES OF ASSOCIATION ON THE 7TH DAY OF NOVEMBER, 2000, AT 6:00 P.M.

IT WAS RESOLVED:

1. To accept the resignation of Company Services Limited as Secretary of the Company with immediate effect and to appoint the following person as Secretary of the Company, having consented to so act:

   Samuel Mahoney, 123 Howth Road, Clontarf, Dublin 3.

2. That the following share transfer be and is hereby approved.

   From Renmount Limited to Cumberdale Investments Limited

3. That Share Certificate 1 be cancelled and a new certificate be issued under seal as follows:

   Cert. No. 2 to Cumberdale Investments Limited

_S. Mahoney_
SAMUEL MAHONEY

_M. Hawkes_
MARTIN HAWKES

**KPMG App. 1291**



DATED THE 7TH DAY OF NOVEMBER, 2000

X 056133

APR-24-2001  15:58                                                      P.02



**THE DIVERSIFIED GROUP INCORPORATED**

950 THIRD AVENUE, 23RD FLOOR, NEW YORK, NEW YORK 10022   TEL: (212) 688-2700   (800) 841-1132   FAX: (212) 688-7908

<u>Via Airborne</u>

April 24, 2001

Mr. Keith Tucker
c/o Waddell & Reed Financial, Inc.
6300 Lamar Avenue
Shawnee Mission, KS 66202

Dear Mr. Tucker:

Enclosed please find your Brown & Wood Tax Opinion.

Thank you for allowing us to work with you on this transaction.

Sincerely,

James Haber
President

/dc

ENC:

cc:  Tim Speiss/KPMG (w/o encl.)

KPMG App. 1358

X 056200

# FRANKLIN MONTGOMERY

### ATTORNEYS & COUNSELLORS AT LAW

90 BROAD STREET

19TH FLOOR

NEW YORK, NEW YORK 10004

TEL: (212) 248-5600
FAX: (212) 248-5610

E-MAIL: legal@montlaw.com

December 27, 2000

**BY HAND**

Terry O'Brien, Esq.
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, New York 10022

Re:   Sligo (2000) Company Inc. (Keith Tucker Matters)
      Clare (2000) Company Inc. (Robert Hechler Matters)

Dear Mr. O'Brien:

Please find enclosed the following certified copies and a photocopy (as the case may be) for each of the above-referenced companies; namely:

* Stock Purchase Agreement
* Shareholders' Agreement
* Assignment, Receipt & Acknowledgment (LLC to S-Corp)

If you have any questions, please telephone.

Sincerely,

F.W. Montgomery

FWM/kh
Enclosures
cc:   Eric B. Woldenberg, Esq. (w/o enclosures)
      Timothy P. Speiss, KPMG (w/o enclosures)

KPMG App. 1359

X 056201

DEC-21-2000  20:13        DIVERSIFIED GROUP                    12127523972   P.02



**THE DIVERSIFIED GROUP INCORPORATED**

950 THIRD AVENUE, 23RD FLOOR, NEW YORK, NEW YORK 10022   TEL: (212) 688-2700   (800) 841-1132   FAX: (212) 688-7908

# MEMORANDUM
### Via Facsimile

| | | | |
|---|---|---|---|
| **TO:** | Keith Tucker | **DATE:** | December 21, 2000 |
| | Timothy Speiss | | |
| | David Kohn | | |
| | Mox Tan | | |
| **FROM:** | James Haber | | |

Enclosed please find a summary of options that were sold and purchased (the replacement options) today by Raypoint.

KPMG App. 1366

X 056208

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOHN DOE 1 and JOHN DOE 2,                    )
                                              )
                 Plaintiffs,                  )
                                              )
         v.                                   )         Civil Action No. 3: 03 CV 2036H
                                              )
KPMG, LLP,                                    )
                                              )
                 Defendant.                   )
_____ )

EXHIBIT E

(PAGES APP. 1444-1880)

TO APPENDIX TO KPMG LLP'S RESPONSE TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND CROSS MOTION FOR SUMMARY JUDGMENT

(FILED UNDER SEAL)

4:03    DIVERSIFIED GROUP    12127523972    P.02

**Epsolon Limited**
Department 502
2644 Capitol Trail, Suite 300
Newark, DE 19711
(913) 236-1915

January 19, 2001

Mr. Caesar Trelles
Lehman Brothers Commercial Corp.
101 Hudson Street, 30th Floor
Jersey City, NJ 07302

Work: 201-524-5505
Fax:   201-524-5166

Dear Mr. Trelles:

Please wire the entire account balance of Epsolon Limited (270-31621) pursuant to the instructions listed below.

Wire $834,990 to:

UMB Bank
Kansas City, MO
ABA   101 000 695
Trust Dept Acct#      980 0006823
FFC:  UMB Bank
C/F:  Sligo
Acct#  29 1772 00 2

You may also contact Ron Buesinger at Alpha Consultants LLC  (561-624-9998) with any questions.

Sincerely,

Keith Tucker
Manager

KPMG App. 1599

X 056440



**WADDELL & REED**
*Financial, Inc.*

KEITH A. TUCKER
Chairman and Chief Executive Officer

6300 Lamar Avenue
Shawnee Mission, KS 66202
913-236-1915

January 22, 2001

VIA FAX No.  561-626-6934

Mr. Ron Buesinger
Alpha Consultants LLC
Phone No.  561-624-9998

RE:    Interest due on Epsolon Limited Account of $834,990 Amount
       wired Friday, January 19, 2001.

Dear Mr Buesinger:

Please wire transfer the amount of **INTEREST TO THE FOLLOWING ACCOUNT:**

       Nations Bank of Little Rock
       Routing No.  082000073
       Account No.  89203828                    $1254.60
       for further credit
       to Keith A. Tucker
       Ward Financial Corporation
       Account No.  65083879
       Attention:  Mike McCarty

Please call if you have any questions.

Sincerely,

*Keith A Tucker*

Keith A. Tucker
KAT:af

KPMG App. 1610

X 056451