# Exhibit Q

**Halpert Michael A**

**From:** David.A.Hubbert@usdoj.gov
**Sent:** Monday, April 12, 2004 3:34 PM
**To:** Stuart.D.Gibson@usdoj.gov; Michael.Halpert@irs.gov; Steven.R.Winningham@IRSCOUNSEL.TREAS.GOV
**Cc:** Stuart.D.Gibson@usdoj.gov; Isaac.Paxman@usdoj.gov; Michael.J.Salem@usdoj.gov; James.J.Wilkinson@usdoj.gov; 'Roland.Barral@IRSCOUNSEL.TREAS.GOV'; 'Stabile Maria T'
**Subject:** RE: Exhibit E

FYI:
Waddell & Reed Announces Retirement of COO Robert L. Hechler. PR Newswire, Nov 13, 2001
OVERLAND PARK, Kan., Nov. 13 /PRNewswire/ --
Waddell & Reed Financial, Inc. announced today that Robert L. Hechler, executive vice president and chief operating officer, will retire at year end following a 33-year career with the company. "Few people have played as critical a role in the evolution and progress of Waddell & Reed as Bob Hechler," Keith A. Tucker, chairman and chief executive officer and Henry J. Herrmann, president, said in a joint statement. "His contributions throughout the years have been central to the success we have enjoyed and will be felt for many years to come. We, and everyone at Waddell & Reed, offer him our sincere gratitude and best wishes for a fulfilling retirement." Hechler, who turns 65 this month, will continue as a member of the boards of directors of Waddell & Reed Financial, Inc. and the Waddell & Reed mutual fund families. Hechler's position will not be re-filled. His responsibilities will be distributed among other members of Waddell & Reed's executive management team, including Thomas W. Butch, 44, senior vice president and chief marketing officer; Michael D. Strohm, 48, senior vice president and chief operations officer; John E. Sundeen, Jr., 40, senior vice president and chief financial officer; and Robert J. Williams, Jr., 57, senior vice president and national sales manager. Strohm will assume Hechler's title of president of Waddell & Reed, Inc., the company's broker/dealer subsidiary. "While Bob surely will be missed as a day-to-day presence in our lives, we are fortunate to have in place a strong, experienced senior management team," Tucker and Herrmann said. "We are completely confident that, working together with us, this team will continue to excel and will help to ensure that our company continues to grow revenues, sales and assets under management." Hechler joined Waddell & Reed in 1968 as treasurer. He is a member of the board of governors of the Investment Company Institute and serves on the board of directors of ICI Mutual Insurance Company. He is a graduate of the University of Illinois and earned an MBA from the University of Chicago. Waddell & Reed, Inc. is a subsidiary of Waddell & Reed Financial, Inc. (NYSE: WDR). Waddell & Reed Financial, Inc., through its subsidiaries, provides investment management and financial planning services to clients throughout the United States. Waddell & Reed Investment Management Company serves as investment advisor and Waddell & Reed, Inc. serves as principal underwriter and distributor of the Waddell & Reed Advisors Funds, W&R Funds, Inc. and W&R Target Funds, Inc. As of September 30, 2001, the company had roughly 2 million retail accounts and assets under management of approximately $30 billion, including both mutual fund and institutional assets. It distributes its funds primarily through approximately 3,000 proprietary financial advisors operating from more than 250 offices nationwide. MAKE YOUR OPINION COUNT - Click Here http://tbutton.prnewswire.com/prn/11690X72861496
COPYRIGHT 2001 PR Newswire Association, Inc.
COPYRIGHT 2001 Gale Group

-----Original Message-----
From: Hubbert, David A. (TAX)
Sent: Monday, April 12, 2004 3:21 PM
To: Michael.Halpert@irs.gov; Steven.R.Winningham@IRSCOUNSEL.TREAS.GOV; Gibson, Stuart D. (TAX)
Cc: Roland.Barral@IRSCOUNSEL.TREAS.GOV; Stabile Maria T; Parker, John; Gibson, Stuart D. (TAX); Paxman, Isaac D. (TAX); Salem, Michael J. (TAX); Wilkinson, James J. (TAX)
Subject: Exhibit E

Mike, Steve: Attached is KPMG's motion for summary judgment. Exhibit E is described on pages 9-10 of the pdf file. It is described as two types of documents being withheld from the summons: (1) documents that are being withheld only on the basis of the identify

privlege; and (2) documents that would be withheld on other privileges. Included in the first group are draft returns for the individuals and S Corps. We should have Ex E in the morning.

Stu, Isaac: Ex E could raise a taint issue if we were to review the documents that KPMG intends to withhold as privileged. (Although I would argue that any privilege was waived when the Does and KPMG failed to reserve those privileges in their motions for summary judgment) I am going to ask Isaac to call Gomez and tell him we want KPMG to deliver to us a set of the documents they all agree are not privileged by 10 am on Tues. If this package lands on someone's desk, please don't review the documents until discussing it with me.

Dave

<< File: Doe.kpmg msj.pdf >>

HADM-0323