# Exhibit R

Department of the Treasury
Internal Revenue Service
31 Hopkins Plaza, Room 1208
Baltimore, MD 21201

Date: APRIL 15, 2004

CERTIFIED MAIL

KEITH A & LAURA B TUCKER
3831 TURTLE CREEK BOULEVARD UNIT 6H
DALLAS TEXAS 75219-4412

Letter Number: 531 (DO)
Form Number: 1040
Person to Contact:
  G. L. PENNINGTON
Telephone Number:
  (410) 962-3093
Employee Identification Number:
  52-07516
Taxpayer Identifying Number:
  ■■■■■■■

S:C:F:TS:E:AREA 4: GROUP 8:SM
Last Day to File a Petition With
the United States Tax Court:
JULY 14, 2004

PENALTIES

| Tax Year Ended: | Deficiency: Increase In Tax | IRC Section 6662 | IRC Section | IRC Section |
|---|---|---|---|---|
| 12/31/2000 | $15,518,704.00 | $6,206,488.00 | | |

## NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court
400 Second Street, NW
Washington, DC 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day

Letter 531 (DO) (Rev. 6-2003)

KT10003854

period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the allowable period for filing a petition with the Tax Court.

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the front of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on large corporate underpayments of $100,000 or more.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency"*, for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,

Mark W. Everson
Commissioner
By

M. A. Lenihan
Acting Technical Services Territory Manager

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

Letter 531 (DO) (Rev. 6-2003)

| Form **4089** (Rev. January 1983) | Department of the Treasury – Internal Revenue Service<br>**Notice of Deficiency – Waiver** | Symbols<br>S:C:F:TS:E:<br>AREA 4: GRP 8:SM |
|---|---|---|

Name, SSN or EIN, and Address of Taxpayer(s)
KEITH A & LAURA B TUCKER                    27
3831 TURTLE CREEK BOULEVARD UNIT 6H
DALLAS TEXAS 75219-4412

| Kind of Tax<br><br>INCOME | ☐ Copy to Authorized Representative |
|---|---|

| Tax Year Ended | Deficiency | Penalties |
|---|---|---|
| | Increase in Tax | IRC 6662 |
| 12/31/2000 | $15,518,704.00 | $6,206,488.00 |

**See the attached explanation for the above deficiencies**

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

Your Signature ➡ _____  (Date signed)

Spouse's Signature, If A Joint Return Was Filed ➡ _____  (Date signed)

Taxpayer's Representative Sign Here ➡ _____  (Date signed)

Corporate Name: _____

Corporate Officers Sign Here ➡ _____
(Signature)          (Title)          (Date signed)

➡ _____
(Signature)          (Title)          (Date signed)

**Note:**
If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

If You later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign**
If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, or a trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized sign.

**If you agree, please sign one copy and return it; keep the other copy for your records.**

Form 4089 (Rev. 1-83)

KT10003856

 **IRS** | Department of the Treasury  Internal Revenue Service | Notice 1214 (Rev. 2-2004)  Catalog Number 26162Z

# Helpful Contacts for Your "Notice of Deficiency"

Do you have questions/concerns about this *"Notice of Deficiency?"* First contact the person whose name and telephone number appear at the top of your letter. This person can directly access your tax information and help you get answers.

Do you want assistance by a Taxpayer Advocate? This assistance is not a substitute for established IRS procedures, formal Appeals processes, etc. The Taxpayer Advocate cannot reverse legal or technically correct tax determinations, nor extend the time allowed by law to file a petition in the U.S. Tax Court. However, the Taxpayer Advocate can give your tax matter proper and prompt handling when unresolved through normal channels. You can call toll-free 1-877-777-4778 and ask for Taxpayer Advocate assistance, or call the telephone number of the Taxpayer Advocate for the IRS office listed below that issued this *"Notice of Deficiency."*

**ALABAMA**
Birmingham Office
Taxpayer Advocate
801 Tom Martin Dr.
Birmingham, AL 35211
(205) 912-5631

**ALASKA**
Anchorage Office
Taxpayer Advocate
949 East 36th Ave., Stop A-405
Anchorage, AK 99508
(907) 271-6877

**ARIZONA**
Phoenix Office
Taxpayer Advocate
210 E. Earll Drive, Stop 1005-PHX
Phoenix, AZ 85012
(602) 207-8240

**ARKANSAS**
Little Rock Office
Taxpayer Advocate
700 West Capitol St., Stop 1005-LIT
Little Rock, AR 72201
(501) 324-6269

**CALIFORNIA**
Laguna Niguel Office
Taxpayer Advocate
24000 Avila Road-Room 3362
Laguna Niguel, CA 92677
(949) 389-4804

Los Angeles Office
Taxpayer Advocate
300 N. Los Angeles St.
Stop 6710 Room 5109
Los Angeles, CA 90012
(213) 576-3140

Oakland Office
Taxpayer Advocate
1301 Clay St. # 1540S
Oakland, CA 94612
(510) 637-2703

Sacramento Office
Taxpayer Advocate
4330 Watt Ave.
Sacramento, CA 95821
(916) 974-5007

San Jose Office
Taxpayer Advocate
55 S. Market St., Stop HQ000-4
San Jose, CA 95113
(408) 817-6850

**COLORADO**
Denver Office
Taxpayer Advocate
600 17th St., Stop 1005-DEN
Denver, CO 80202-2490
(303) 446-1012

**CONNECTICUT**
Hartford Office
Taxpayer Advocate
135 High St., Stop 219
Hartford, CT 06103
(860) 756-4555

**DELAWARE**
Wilmington Office
Taxpayer Advocate
409 Silverside Rd.
Wilmington, DE 19809
(302) 791-4502

**DISTRICT OF COLUMBIA**
Baltimore Office
Taxpayer Advocate
31 Hopkins Plaza Room 940
Baltimore, MD 21201
(410) 962-2082

**FLORIDA**
Ft. Lauderdale Office
Taxpayer Advocate
7850 SW 6th Court
Plantation, FL 33324
(954) 423-7677

Jacksonville Office
Taxpayer Advocate
841 Prudential Dr., Suite 100
Stop: TA:Atlanta/Intl: JAX
Jacksonville, FL 32207
(904) 665-1000

**GEORGIA**
Atlanta Office
Taxpayer Advocate
401 W. Peachtree St., NW,
Summit Building
Stop 202-D
Atlanta, GA 30308
(404) 338-8099

**HAWAII**
Honolulu Office
Taxpayer Advocate
Stop H-405
300 Ala Moana Blvd., #50089
Honolulu, HI 96850
(808) 539-2870

**IDAHO**
Boise Office
Taxpayer Advocate
550 West Fort St., Box 041
Boise, ID 83724
(208) 334-1324

**ILLINOIS**
Chicago Office
Taxpayer Advocate
230 S. Dearborn St.
Stop 1005-CHI
Chicago, IL 60604
(312) 566-3800

Springfield Office
Taxpayer Advocate
320 W. Washington St.
Stop 1005-SPD
Springfield, IL 62701
(217) 527-6382

**INDIANA**
Indianapolis Office
Taxpayer Advocate
575 N. Pennsylvania St., Stop TA770
Indianapolis, IN 46204
(317) 226-6332

**IOWA**
Des Moines Office
Taxpayer Advocate
210 Walnut St., Stop 1005-DSM
Des Moines, IA 50309
(515) 284-4780

**KANSAS**
Wichita Office
Taxpayer Advocate
271 W. 3rd St., North
Stop 1005-WIC
Wichita, KS 67202
(316) 352-7506

**KENTUCKY**
Louisville Office
Taxpayer Advocate
600 Dr. MLK Jr. Place
Federal Building-Room 622
Louisville, KY 40202
(502) 582-6030

**LOUISIANA**
New Orleans Office
Taxpayer Advocate
600 South Maestri Pl., Stop 2
New Orleans, LA 70130
(504) 558-3001

**MAINE**
Augusta Office
Taxpayer Advocate
68 Sewall St., Room 313
Augusta, ME 04330
(207) 622-8528

**MARYLAND**
Baltimore Office
Taxpayer Advocate
31 Hopkins Plaza Room 940
Baltimore, MD 21201
(410) 962-2082

**MASSACHUSETTS**
Boston Office
Taxpayer Advocate
25 New Sudbury St.
Boston, MA 02203
(617) 316-2690

**MICHIGAN**
Detroit Office
Taxpayer Advocate
McNamara Federal Building
477 Michigan Ave. - Room 1745
Detroit, MI 48226
(313) 628-3670

**MINNESOTA**
St. Paul Office
Taxpayer Advocate
Stop 1005-STP
316 North Robert St.
St. Paul, MN 55101
(651) 312-7999

KT10003857

| Form **4549A** | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | | Page 1 of 2 |
|---|---|---|---|
| **Name and Address of Taxpayer**<br>KEITH A & LAURA B TUCKER<br><br>3831 TURTLE CREEK BLVD.<br>UNIT 6H<br>DALLAS         TX    75219 | **SS or EI Number**<br><br>███████7 | | **Return Form No:**<br>1040 |
| | **Person with whom examination changes were discussed.** | **Name and Title:** | |

| 1. Adjustments to Income | Period End 12/31/2000 | Period End | Period End |
|---|---|---|---|
| a. Itemized Deductions | (20.00) | | |
| b. Sch E-Inc/Loss-Prtnrship/S Corps-Passve/Non | 39,188,666.00 | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 39,188,646.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 5,634,873.00 | | |
| 4. Corrected Taxable Income | 44,823,519.00 | | |
|    Tax Method | SCHEDULE D | | |
|    Filing Status | Joint | | |
| 5. Tax | 17,622,104.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 17,622,104.00 | | |
| 8. Less   a. | | | |
|    Credits b. | | | |
|           c. | | | |
|           d. | | | |
| 9. Balance (Line 7 less total of lines 8a through 8d) | 17,622,104.00 | | |
| 10. Plus  a. | | | |
|     Other b. | | | |
|     Taxes c. | | | |
|           d. | | | |
| 11. Total Corrected Tax Liability (line 9 plus line 10a - 10d) | 17,622,104.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 2,103,400.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
|                    b. | | | |
|                    c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 15,518,704.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or (Overpayment) (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 15,518,704.00 | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 4.00.00                                                                                           Form CG-4549A

KT10003858

| Form 4549A | Department of the Treasury - Internal Revenue Service<br>Income Tax Examination Changes | | Page 2 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer<br>KEITH A & LAURA B TUCKER | | SS or EI Number | Return Form No:<br>1040 |

| 17. Penalties | End | Period End |
|---|---|---|
| a. Accuracy-IRC 6662 | 6,206,488.00 | |
| b. | | |
| c. | | |
| d. | | |
| e. | | |
| f. | | |
| g. | | |
| h. | | |
| i. | | |
| j. | | |
| k. | | |
| l. | | |
| m. | | |
| n. | | |
| 18. Total Penalties | 6,206,488.00 | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | |
| 19. Summary of Taxes, Penalties and Interest: | | |
| a. Balance due or Overpayment Taxes – Line 16, Page 1 | 15,518,704.00 | |
| b. Penalties (Line 18, Page2)-computed to 04/14/2004 | 6,206,488.00 | |
| c. Interest (IRC§ 6601)-computed to 05/14/2004 | 5,339,265.42 | |
| d. TMT Interest – computed 05/14/2004 on TMT underpayment | 0.00 | |
| e. Amount due or refund (sum of lines a, b, c and d) | 27,064,457.42 | |

Other information:

**Interest for the tax year 2000 will be suspended from 10-16-2001 until 21 days after the mailing or personal delivery of this report, in accordance with IRC 6404(g). This suspension of interest is not reflected in the interest computation.**

| Examiner's Signature<br>Michael A. Halpert | Employee ID:<br>52-07253 | Office:<br>Washington DC | Date:<br>04/14/2004 |
|---|---|---|---|

RGS Version 4.00.00                                                                                     Form CG-4549A

**ADJUSTMENT: SCHEDULE E-INCOME/LOSS-PARTNERSHIP/S-CORPORATION**

|  | 2000 |
|---|---|
| PER RETURN: | ($ 39,188,666) |
| PER EXAM: | -0- |
| ADJUSTMENT: | $ 39,188,666 |

**EXPLANATION:**

It has been determined that the loss you claimed from your 100% ownership in Sligo (2000) Company, Inc. is not allowed as a deduction.

Further, it has not been established that you are entitled to the deduction or loss under any section of the Internal Revenue Code.

Accordingly, your taxable income is increased $39,188,666 for the taxable year ending December 31, 2000.

**ADJUSTMENT: ITEMIZED DEDUCTIONS**

|  | 2000 |
|---|---|
| **PER RETURN:** | $ 326,709 |
| **PER EXAM:** | 326,729 |
| **ADJUSTMENT:** | ($  20) |

**EXPLANATION:**

As a result of the examination of your tax return, automatic adjustments caused by itemized deduction limitations have been adjusted. See the attached schedule for the computation.

Accordingly, your taxable income has been decreased $20 for tax year 2000.

KT10003861

Name Of Taxpayer: KEITH A & LAURA B TUCKER  
Identification Number: ▮▮▮▮▮▮▮▮  
Total  
04/14/2004  
4.00.00

## 2000 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 7.50% of Adjusted Gross Income | 447,119.00 | 3,386,269.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 65,637.00 | 65,637.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 310,879.00 | 310,879.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 310,879.00 | 310,879.00 | 0.00 |
| 9. Contributions | 13,615.00 | 13,615.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Moving Expenses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions subject to AGI limit | 6,632.00 | 6,632.00 | 0.00 |
| 13. .00% of Adjusted Gross Income | 119,232.00 | 903,005.00 | |
| 14. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 16. Total Itemized deductions (Sum of Lines 3,4,8, 9,10,11,14, and 15 less any applicable limitation) | 326,709.00 | 326,729.00 | (20.00) |

### ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A. Total of lines 3, 4, 8, 9, 10, 11, 14, and 15 | 390,131.00 |
| B. Total of lines 3, 6, 10, (plus any gambling losses included on line 15) | 310,879.00 |
| C. Line A less Line B | 79,252.00 |
| D. Multiply the amount on line C by 80% | 63,402.00 |
| E. Adjusted Gross Income from Form 1040 | 45,150,248.00 |
| F. Itemized Deduction Limitation | 128,950.00 |
| G. Line E less Line F | 45,021,298.00 |
| H. Multiply the amount on Line G by 3% | 1,350,639.00 |
| I. Enter the smaller of Line D or Line H | 63,402.00 |
| J. Total Itemized Deductions (entered on line 16 above) | 326,729.00 |

KT10003862

| | | | |
|---|---|---|---|
| Name Of Taxpayer: | KEITH A & ▮▮▮▮▮ R | | 04/14/2004 |
| Identification Number: | ▮▮▮▮▮7 | Total | 4.00.00 |

### 2000 - PERSONAL EXEMPTION WORKSHEET

| | |
|---|---:|
| 1. Multiply $ 2,800.00 by the total number of exemptions claimed on Form 1040, line 6e | 5,600.00 |
| 2. Adjusted Gross Income | 45,150,248.00 |
| 3. Limitation based on Filing Status | 193,400.00 |
| 4. Subtract line 3 from line 2 | 44,956,848.00 |
| 5. Divide line 4 by $2,500 ($1,250 if married filing separate) | 0.00 |
| 6. Multiply line 5 by 2% and enter the result as a decimal | 0.00 |
| 7. Multiply line 1 by line 6 | 0.00 |
| 8. Deduction for exemptions (Subtract line 7 from line 1) | 0.00 |

Note: If Line 4 is more than $122,500. or ($61,250. If married filling separately), a deduction for exemptions cannot be taken.

Name of Taxpayer: KEITH A & LAURA B TUCKER                                          04/14/2004
Identification Number: ███████                      Total                           4.00.00

## 2000 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---:|
| 1. Short-term capital gain or loss | 108,082.00 |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | 108,082.00 |
| 4. Long-term capital gain or loss | 513,657.00 |
| 5. Long-term capital gain or loss carryover | 0.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 513,657.00 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 621,739.00 |
| 8. Capital loss limitation | 0.00 |
| 9. Capital Gain or Loss - As Corrected | 621,739.00 |
| 10. Capital Gain or Loss - Per Return | 621,739.00 |
| 11. Line 9 less line 10 - Adjustment to Income | 0.00 |

**CORRECTED CARRYOVER**

| | |
|---|---:|
| 12. Short-term Carryover to Subsequent Year | 0.00 |
| 13. Long-term Carryover to Subsequent Year | 0.00 |

**COMPUTATION OF ALTERNATE TAX**

| | |
|---|---:|
| 14. Taxable Income | 44,823,519.00 |
| 15. Smaller of line 6 or line 7 | 513,657.00 |
| 16. Form 4952, line 4e | 0.00 |
| 17. Subtract line 16 from line 15 | 513,657.00 |
| 18. Combine line 3 and Total 28% Rate Gain (not less than 0) | 108,082.00 |
| 19. Smaller of line 18 and Total 28% Rate Gain | 0.00 |
| 20. Unrecaptured Section 1250 Gain | 0.00 |
| 21. Add line 19 and 20 | 0.00 |
| 22. Subtract line 21 from line 17 (not less than 0) | 513,657.00 |
| 23. Subtract line 22 from line 14 (not less than 0) | 44,309,862.00 |
| 24. Smaller of line 14 or 43,850.00 | 43,850.00 |
| 25. Smaller of line 23 or line 24 | 43,850.00 |
| 26. Subtract line 17 from line 14 (not less than 0) | 44,309,862.00 |
| 27. Larger of line 25 or line 26 | 44,309,862.00 |
| 28. Tax on amount on line 27 | 17,519,373.00 |
| 29. Amount from line 24 | 43,850.00 |
| 30. Amount from line 23 | 44,309,862.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | 0.00 |
| 32. Multiply line 31 by 10% | 0.00 |
| 33. Smaller of line 14 or line 22 | 513,657.00 |
| 34. Amount from line 31 | 0.00 |
| 35. Subtract line 34 from line 33 (not less than 0) | 513,657.00 |
| 36. Multiply line 35 by 20% | 102,731.00 |
| 37. Smaller of line 17 or line 20 | 0.00 |
| 38. Add lines 17 and 27 | 44,823,519.00 |
| 39. Amount from line 14 | 44,823,519.00 |
| 40. Subtract line 39 from line 38 | 0.00 |
| 41. Subtract line 40 from line 37 | 0.00 |
| 42. Multiply line 41 by 25% | 0.00 |
| 43. Amount from line 14 | 44,823,519.00 |
| 44. Add lines 27, 31, 35, and 41 | 44,823,519.00 |
| 45. Subtract line 44 from line 43 | 0.00 |
| 46. Multiply line 45 by 28% | 0.00 |
| 47. Add lines 28, 32, 36, 42, and 46 - Alternative Tax | 17,622,104.00 |

KT10003864

| | | |
|---|---|---|
| Name of Taxpayer: | KEITH A & LAURA B TUCKER | 04/14/2004 |
| Identification Number: | ####7  Total | 4.00.00 |

## SUMMARY OF THE ACCURACY-RELATED PENALTY

### 2000 - 20% PENALTY ISSUES - Section 6662(a) and 6662(b)

It has been determined that the underpayment of tax shown on line 5 below is attributable to one or more of the following elements of the accuracy-related penalty: (1) negligence or disregard of rules or regulations, (2) substantial understatement of income tax, or (3) substantial valuation overstatement, therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | |
|---|---:|
| 1. Total tax computed with non-penalty adjustments and adjustments subject to penalty under Section 6662(b) | 2,103,393.00 |
| 2. Total tax computed with non-penalty adjustments only | 2,103,393.00 |
| 3. Line 1 less line 2 - Underpayment to which Section 6662(a) applies | 0.00 |
| 4. Allocable Prepayment Credits (other than EIC and Special Fuels Credits included in lines 1 & 2) | 0.00 |
| 5. Line 3 less line 4 - Underpayment subject to penalty | 0.00 |
| 6. Applicable penalty rate | 20.00% |
| 7. Line 5 multiplied by line 6 | 0.00 |
| 8. Previously assessed 20% Accuracy Penalty | 0.00 |
| 9. Line 7 less line 8 - 20% Accuracy-related penalty | 0.00 |

### 2000 - 40% PENALTY ISSUES - Section 6662(h)

It has been determined that the underpayment of tax shown on line 14 below is attributable to a gross valuation misstatement, therefore, an addition to tax is imposed as provided by Section 6662(h) of the Internal Revenue Code.

| | |
|---|---:|
| 10. Total tax computed with non-penalty adjustments, adjustments subject to penalty under IRC 6662(a) and adjustments subject to penalty under IRC 6662(h) | 17,622,104.00 |
| 11. Total tax from line 1 above | 2,103,393.00 |
| 12. Line 10 less line 11 - Underpayment to which Section 6662(h) applies | 15,518,711.00 |
| 13. Allocable Prepayment Credits (other than EIC and Special Fuels Credits included in lines 10 & 11) | 2,491.00 |
| 14. Line 10 less line 11 - Underpayment subject to penalty | 15,516,220.00 |
| 15. Applicable penalty rate | 40.00% |
| 16. Line 14 multiplied by line 15 | 6,206,488.00 |
| 17. Previously assessed 40% Accuracy Penalty | 0.00 |
| 18. Line 16 less line 17 - 40% Accuracy-related penalty | 6,206,488.00 |
| 19. Line 9 plus line 18 - Total ACCURACY-RELATED PENALTY | 6,206,488.00 |

Name Of Taxpayer: KEITH A & LAURA B TUCKER  04/14/2004
Identification Number: ▮▮▮▮▮▮▮▮▮                    Total         4,00.00

**2000 - ACCURACY RELATED PENALTY-SECTION 6662(A) AND 6662(H) (CONTINUED)**

ADJUSTMENTS TO WHICH THE ACCURACY RELATED PENALTY APPLIES:
PENALTY RATES
20%   40%

| Description | 20% | 40% | Amount | Code |
|---|---|---|---|---|
| Sch E-Inc/Loss-Prtnrship/S Corps-Passve/Non-Pas | | X | 39,188,666.00 | IRC 6662(g) |

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Keith A. & Laura B. Tucker | | Year/Period Ended<br>2000 |

1. You have failed to establish that the loss claimed on your return from Sligo (2000) Company, Inc. in the amount of $39,188,666, or any portion thereof was sustained by you, or any entity in which you held an interest, directly or indirectly, including Sligo(2000) Company, Inc., Sligo (2000) LLP, or Epsolon Limited during taxable year 2000. You have likewise failed to establish that even if a $39,188,666 loss was actually sustained by you or an entity in which you held a direct or indirect interest, the loss is allowable as a deduction to you under any provision of the Internal Revenue Code. You have also failed to establish that, even if loss was sustained and would otherwise be deductible, any deduction relating to the loss is not specifically limited or disallowed by any provision of the Internal Revenue Code, including without limitation §165, §704(d), §1366(d) or §465.

2. The deduction of $39,188,666 claimed as a loss from the Sligo (2000) Company, Inc. for tax year 2000 is also disallowed because you have failed to establish the basis in the partnership interest in Epsolon Limited held by Sligo (2000) Company, Inc. was greater than zero. You have also failed to establish the basis in any property or disposed of by Epsolon Limited was greater than zero ($0) for purposes of determining gain or loss.

3. The deduction of $39,188,666 claimed as a loss from the Sligo (2000) Company, Inc. for tax year 2000 is likewise disallowed because the entities with reference to which you claimed the loss (Sligo (2000) Company, LLC; Sligo (2000) Company, Inc, and Epsolon Limited) are shams and lack economic substance for Federal Income tax purposes. Accordingly, you are not entitled to a deduction in connection with your investment in these entities.

4. In addition, it is determined under § 1.701-2 of the Income Tax Regulations, that Epsolon Limited was formed or availed of in connection with a transaction or transactions in taxable year 2000 a principal purpose of which was to reduce substantially the present value of your federal tax liability in a manner that is inconsistent with the intent of Subchapter K of the Internal Revenue Code. Accordingly, under authority of §1.701-2 of the Income Tax Regulations, it is determined that all transactions engaged in by the partnership are treated as engaged in directly by the purported partners. Therefore the deduction for loss flowing through to you in connection with Sligo (2000) Company's, Inc's investment in Epsolon Limited is disallowed.

5. Accuracy-Related Penalties
    It is determined that the adjustments to income are attributable to a tax shelter for which no substantial authority has been established for the position taken, and for which you have failed to show that you reasonably

| Form 886-A (Rev.4-68) | Department of the Treasury - Internal Revenue Service |
|---|---|
| | Page: |

KT10003867

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Keith A. & Laura B. Tucker | | Year/Period Ended<br>2000 |

believed the position taken on your return was more likely than not the correct treatment of the tax shelter. In addition, all of the underpayments of tax resulting from those adjustments are attributable to, at a minimum, (1) substantial understatements of income tax, (2) gross valuation misstatement(s), or (3) negligence or disregarded rules or regulations. You have not shown that you had reasonable cause for any of the resulting underpayments, that you acted in good faith, or that any other exceptions to the penalty apply. It is therefore determined that, at a minimum, the accuracy-related penalty under Section 6662(a) of the Internal Revenue Code applies to all underpayments of tax attributable to adjustments to income. The penalty shall be imposed on the components of underpayment as follows:

A. a 40 percent penalty shall be imposed on the portion of any underpayment attributable to the gross valuation misstatement as provided by Sections 6662(a), 6662(b)(3), 6662(e), and 6662(h) of the Internal Revenue Code.

B. a 20 percent penalty shall be imposed on the portion of the underpayment attributable to negligence or disregard of rules and regulations as provided by Sections 6662(a), 6662(b)(1), 6662(c) of the Internal Revenue Code.

C. a 20 percent penalty shall be imposed on the underpayment attributable to the substantial understatement of income tax as provided by sections 6662(a), 6662(b)(2), and 6662(d) of the Internal Revenue Code.

D. a 20 percent penalty shall be imposed on the underpayment attributable to the substantial valuation misstatement as provided by Sections 6662(a), 6662(b)(3), and 6662(e) of the Internal Revenue Code.

It should not be inferred by application of the Accuracy Related Penalty in this notice that fraud penalties will not be sought on any portion of an underpayment determined to be attributable to fraud or that prosecution for criminal offenses will not be sought under IRC §§ 7201, 7206 or other provisions of federal law if determined to be appropriate.

| Form 886-A (Rev.4-68) | Department of the Treasury - Internal Revenue Service |
|---|---|
| | Page: |

KT10003868

ATTACHMENT TO WAIVER

STATUTORY NOTICE
STATEMENT

INTEREST ON DEFICIENCY

Interest at the legal rate is owed upon the amount due.

KT10003869

Internal Revenue
31 Hopkins Plaza Rl...
Baltimore, MD 21201

Official Business
Penalty for Private Use, $300

7001 2510 0002 2037 5623

BALTIMORE MD
APR 1 5 '04

PENALTY FOR PRIVATE USE $300
PB METER 7251525
U.S. POSTAGE $3.36

KEITH A TUCKER

3831 TURTLE CREEK BOULEVARD UNIT 6H

DALLAS TX   75219-4412

KT10003870