# Exhibit T

Treasury
Internal Revenue Service
Director
1973 N. Rulon White Blvd.
Ogden, UT 84201

Document Number: 29251-081-13300-06

IDRS: 0463224627

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 200112 | 03/22/2006 | 670<br>570 |

Date of This Notice: 03/22/2006

If you find it necessary to inquire about your account, please refer to this number. TUCK 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

Taxpayer

KEITH A & LAURA B TUCKER
3831 TURTLE CREEK BLVD UNIT 6H
DALLAS TX 75219-4412

Form Number: 1040

Plan/Report Number:

Tax Period Ended: 12/31/2001

## Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include Penalty and Interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (Individual filers).**

| Reference | | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|---|
| 03/22/2006 ADD'L TAX | 300 | 4,753,784.00 | | |
| 03/22/2006 INTEREST | 190 | 691,330.01 | | |
| PR MEMO CR | | | 6,100,000.00 | |
| see enclosed notice | | 1,901,513.60 | | 1,246,627.61 |

**Please return this copy with your payment to the address shown above**

Form 3552 (C) (Part 3) Rev. 1-2005
Catalog No. 22335 G

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$ 0.63
PB METER 1903677
U.S. POSTAGE

OGDEN UT MAR 23 06

**Internal Revenue Service**
Ogden, UT 84201

Official Business
Penalty for Private Use, $300