**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **EPSOLON LIMITED, by and through SLIGO (2000) COMPANY, INC., Tax Matters Partner,** | |
| **Plaintiff,** | **No. 05-999 T** |
| **v.** | **Judge Margaret M. Sweeney** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**DECLARATION OF THOMAS V.M. LINGUANTI**

I, Thomas V.M. Linguanti, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following facts are true and accurate to the best of my knowledge and belief.

1. I am an attorney, admitted as such under, inter alia, the Bar of the State of Illinois. I am currently engaged in the practice of law as a partner at the Chicago office of Baker & McKenzie, LLP.

2. I was the lead attorney with respect to the attempted intervention of "Baker Doe 1 and Baker Doe 2" (Messrs. Keith A. Tucker and Robert L. Hechler) in the summons enforcement matter of United States v. Sidley Austin Brown & Wood, LLP, Dkt. No. 03-9355 (N.D. Ill filed December 29, 2003) (the "SABW Matter"). In that role, I was responsible, inter alia, for filing the Motion to Withdraw Motion to Intervene and Motion for Protective Order, filed in the SABW Matter on April 14, 2004 (the "Motion to Withdraw").

3. The Motion to Withdraw refers to a phone message I received from counsel for the United States in the SABW Matter. In that phone call, counsel for the United States, Mr. John Lindquist, represented to me that the United States of America: (i) had discovered the identities of Messrs. Tucker and Hechler; (ii) knew that Messrs. Tucker and Hechler were Baker Doe 1 and Baker Doe 2, respectively; and (iii) would not oppose a motion to withdraw Baker Doe 1 and Baker Doe 2 from intervention in the SABW matter because the knowledge of the United States with respect to the foregoing matters "resolves your issues in this case."

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: June 10, 2006

Thomas V.M. Linguanti
Attorney