# In the United States Court of Federal Claims

No. 05-999T
(Filed: June 16, 2006)

************************************
EPSOLON LIMITED, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

The Court issued an order on February 22, 2006, to stay proceedings in this case pending the resolution of the criminal case in the U.S. District Court for the Southern District of New York. During the stay, on April 11, 2006, plaintiff filed a Motion for Summary Judgment. Defendant then filed a Cross-Motion for Partial Summary Judgment on May 12, 2006, and plaintiff filed a response to defendant's Cross-Motion on June 12, 2006. Defendant's reply is currently due June 29, 2006.

In defendant's Motion to Stay the Proceedings, filed January 13, 2006, defendant represented to the Court that moving forward with this case would interfere with the criminal case pending in the Southern District of New York. Therefore, the Court will not rule on plaintiff's Motion for Summary Judgment until the criminal case is resolved.

Accordingly:

(i) **The stay in this case remains** until further notice of the Court.

(ii) **Defendant shall continue to file a status report every 3 months** regarding the progress of the ongoing criminal investigation and the criminal case in the Southern District of New York. On motion, any status report or portion thereof may be given *in camera* or filed under seal, if necessary.

(iii) **Defendant may file its reply on June 29, 2006, or defendant may file its reply after the criminal case is resolved.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge