IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Williams)

No. 05-999 T

EPSOLON LIMITED, by and through
SLIGO (2000) COMPANY, INC.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S STATUS REPORT

Pursuant to the Order of February 22, 2006, the defendant files this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

The United States Attorney for the Southern District of New York is prosecuting an illegal tax shelter criminal conspiracy case against certain persons involving entities and transactions intimately related to the matters involved in this case. Since the Court suspended this case, the criminal case is active and ongoing. In our Motion to Stay filed January 13, 2006, and later filings, the most recent of which was the status report filed on May 19, 2006, the Government had stated that the criminal case of *United States v. Stein, et al.*, No. S1 05 crim 0888 (SDNY), was set for trial to begin on September 11, 2006. By Order entered July 19, 2006, the District Court for the Southern District of New York granted the criminal defendant's Motion

for Continuance and continued the criminal trial until January 15, 2006. On July 21, 2006, that date was subsequently changed to January 16, 2006 due to the timing of Martin Luther King Day.

Further, in the related case of *Tucker v . Commissioner*, Docket No. 12307-04, the parties filed a joint motion to suspend that case until after the trial in *United States v. Stein*. By Order dated June 29, 2006, the Tax Court in *Tucker* granted that motion and continued the trial in that case to a date to be determined later.

The reasons for the stay specified in the Government's Motion for Stay remain and are not affected by the District Court's continuance of the criminal case. Defendant believes that the suspension of all proceedings in this case continues to be appropriate until resolution of the criminal case and the ongoing criminal investigation.

Respectfully submitted,

August 18, 2006
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel
Attorneys for Defendant