# In the United States Court of Federal Claims

No. 05-999T
(Filed: September 5, 2006)

```
***********************************
EPSOLON LIMITED,                  *
                                  *
                 Plaintiff,       *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

Defendant filed a status report on August 18, 2006, informing the court that the start date in the related criminal trial in the U.S. District Court for the Southern District of New York has been rescheduled to January 16, 2007.[1] **Defendant no longer shall file a status report every 3 months regarding the status of the criminal trial. Instead, defendant shall file a status report no later than January 22, 2007, informing the court of the expected length of trial. Should a scheduling change occur, defendant shall file a status report immediately to notify the court. The stay in this case remains until further notice of the court.** The court also notes that the caption for the parties' filings shall reflect the undersigned as the assigned judge.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] Defendant's status report advises that the date of the criminal trial in the Southern District of New York was moved from January 15, 2006 to January 16, 2006. These dates are obvious typographical errors; therefore, the court references the calendar year 2007 in the instant order.