IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Sweeney)

No. 05-999 T

EPSOLON LIMITED, by and through
SLIGO (2000) COMPANY, INC.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S STATUS REPORT

Pursuant to the Order of September 5, 2006, the defendant files this status report to inform the Court of a change in the scheduling of the criminal proceeding in the United States District Court for the Southern District of New York.

The United States Attorney for the Southern District of New York is prosecuting an illegal tax shelter criminal conspiracy case against certain persons involving entities and transactions intimately related to the matters involved in this case. Since the Court suspended this case, the criminal case is active and ongoing. The case of *United States v. Stein, et al.*, No. S1 05 crim 0888 (SDNY),was set for trial to begin on January 16, 2006. By Order dated November 13, 2006, the judge continued the trial date in *Stein*, and although the defendants requested a trial date no earlier than April of 2007, the judge did not set a new date for the trial. The judge scheduled a conference for December 20, 2006, to consider possible trial dates.

Further, in the related case of *Tucker v . Commissioner*, Docket No. 12307-04, the parties filed a joint motion to suspend that case until after the trial in *United States v. Stein*. By Order dated June 29, 2006, the Tax Court in *Tucker* granted that motion and continued the trial in that case to a date to be determined later.

The reasons for the stay specified in the Government's Motion for Stay remain and are not affected by the District Court's continuance of the criminal case.

Respectfully submitted,

November 16, 2006
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel
Attorneys for Defendant