# In the United States Court of Federal Claims

No. 05-999T
(Filed: November 20, 2006)

| | |
|---|---|
| EPSOLON LIMITED, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

Defendant filed a status report on November 16, 2006, informing the court that the start date in the related criminal trial in the U.S. District Court for the Southern District of New York has been continued. Defendant reports that at a conference on December 20, 2006, the parties will consider possible trial dates. **Defendant shall file a status report no later than Wednesday, January 3, 2007, informing the court of the new trial date. Should a scheduling change occur, defendant shall file a status report immediately to notify the court.** The stay in this case remains until further notice of the court.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge