IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Sweeney)

No. 05-999 T

EPSOLON LIMITED, by and through
SLIGO (2000) COMPANY, INC.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S STATUS REPORT

Pursuant to the Order of November 20, 2006, the defendant files this status report to inform the Court of the trial date of the criminal proceeding in the United States District Court for the Southern District of New York.

In the case of *United States v. Stein*, *et al.*, No. S1 05 crim 0888 (SDNY), the court held a conference on December 20, 2006, to consider possible trial dates. At that conference, the court set a new trial date for September 17, 2007.

The reasons for the stay specified in the Government's Motion for Stay remain and are not affected by the District Court's continuance of the criminal case.

Respectfully submitted,

January 3, 2007
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel
Attorneys for Defendant