# In the United States Court of Federal Claims

No. 05-999T
(Filed: January 4, 2007)

| | |
|---|---|
| EPSOLON LIMITED, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

Defendant filed a status report on January 3, 2007, informing the court that the related criminal trial in the U.S. District Court for the Southern District of New York ("District Court") is scheduled to begin on September 17, 2007.

Shortly after this case was transferred to the undersigned on January 6, 2006, defendant filed a motion to stay the proceedings. Defendant represented that the United States Attorney for the Southern District of New York was prosecuting a tax shelter conspiracy case related to entities and transactions before this court. The related criminal trial was scheduled to convene on September 11, 2006. In anticipation that the District Court proceedings would be resolved expeditiously, the undersigned imposed a stay in the proceedings before this court. In its August 18, 2006 status report, defendant reported that the trial in the District Court had been continued until January 16, 2007. Finally, defendant's most recent status report represents that trial has been continued until September 2007, one year after trial was originally scheduled to begin.

Accordingly, the court would like to hold a status conference with the parties to discuss the stay in this case. **By no later than Thursday, January 18, 2007**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule a telephonic status conference to discuss further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge