# In the United States Court of Federal Claims

No. 05-999T
(Filed: January 9, 2007)

```
***********************************
EPSOLON LIMITED,                  *
                                  *
                 Plaintiff,       *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

**Pursuant to this court's January 4, 2007 order, a status conference will be held on Monday, January 22, 2007, at 3:30 p.m., Eastern Standard Time.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, one business day before the conference with the phone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge