**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EPSOLON LIMITED, by and through SLIGO (2000) COMPANY, INC., Tax Matters Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-999 T** |
| **v.** | ) | **Judge Margaret M. Sweeney** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF CORRECTION**

Plaintiff Epsolon Limited, hereby notifies the Court of a typographical error in its Response and Reply to Cross-Motion of the United States for Partial Summary Judgment, or, in the Alternative, Motion Under Rule 56(f), Epsolon's Motion for 56(f) Relief and for Leave to Conduct Discovery, and Brief in Support Thereof, dated June 12, 2006 (Docket No. 24) (the "Response"). Heading number 2, which is on page 21 of Epsolon's Response incorrectly refers to section 6229. Thus, the heading as originally provided to the Court reads:

2. The Holdings in AD Global and Grapevine That the Issuance of an FPAA Tolls Section 6229 Are Wrong.

The reference in the heading to "Section 6229" should be to "Section 6501." Thus the heading ***should*** read:

2. The Holdings in AD Global and Grapevine That the Issuance of an FPAA Tolls Section ***6501*** Are Wrong.

The text following the heading, as with the remainder of Epsolon's Response is correct in all respects and needs no correction.

Counsel for Plaintiff has discussed this matter with counsel for Defendant and Defendant has no objection to the correction of Epsolon's Response for this typographical error.

Respectfully submitted,

/s/ A. Duane Webber
A. Duane Webber
Attorney of Record

George M. Clarke III
Of Counsel

Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
(202) 452-7000

Dated: January 23, 2007