# In the United States Court of Federal Claims

No. 05-999T
(Filed: January 23, 2007)

| | |
|---|---|
| EPSOLON LIMITED, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

The court held a status conference on January 22, 2007, to discuss whether this court should lift the stay in this case. The court had imposed a stay in this case on February 22, 2006, pursuant to defendant's representation that a criminal case in the United States District Court for the Southern District of New York arises from the same or similar transaction(s) to the case sub judice. Trial in the criminal case is scheduled to begin on September 17, 2007. At the status conference, the parties agreed that the case sub judice should move forward on procedural issues, but not on the merits, until the criminal proceeding has been concluded. **Accordingly, the court LIFTS the STAY in this case.**

On April 11, 2006, plaintiff filed a motion for summary judgment. Defendant then filed its "Cross-Motion for Partial Summary Judgment, or in the Alternative, a Motion Under Rule 56(f)"[1] ("Cross-Motion"). On June 12, 2006, plaintiff filed a response and reply to defendant's Cross-Motion.

**Defendant shall file a reply to plaintiff's response to defendant's Cross-Motion for partial summary judgment no later than February 28, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] Rule 56(f) refers to the Rules of the United States Court of Federal Claims.