IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Sweeney)

No. 05-999 T

EPSOLON LIMITED, by and through
SLIGO (2000) COMPANY, INC.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S NOTICE OF DECISION
IN *AD GLOBAL FUND V. UNITED STATES* (Fed Cir. 06-5046)

In the Government's Brief in Support of Cross Motion for Summary Judgment, and in its Reply Brief to plaintiff's response thereto, the Government has argued, *inter alia*, that § 6229(a) of the Internal Revenue Code establishes a minimum period before which the 3-year statute of limitations of § 6501(a) shall not expire. The Government cited to *AD Global Fund v. United States*, 67 Fed. Cl. 567 (2005), among other cases, in support of that proposition.

On March 2, 2007, the Federal Circuit affirmed the Court of Federal Claims's decision in *AD Global*, holding that "§ 6229(a) unambiguously sets forth a minimum period for assessments of partnership items that may extend the regular statue of limitations in § 6501(a)." (Slip. op. p. 4.)

A copy of that opinion is attached hereto.

Respectfully submitted,

March 5, 2007
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel
Attorneys for Defendant