IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EPSOLON LIMITED, by and through SLIGO (2000) COMPANY, INC., Tax Matters Partner, | |
| Plaintiff, | No. 05-999 T |
| v. | Judge Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S SUPPLEMENTAL MEMORANDMUM REGARDING THE APPLICATION OF THE RECENT DECISION OF THE FEDERAL CIRCUIT IN *AD GLOBAL*

Plaintiff moves the Court for leave to file a supplemental memorandum regarding the application of the March 2, 2007 decision of the United States Court of Appeals for the Federal Circuit in *AD Global Fund, LLC v. United States*, Docket No. 06-5046 to the resolution of Plaintiff's Motion for Summary Judgment, dated April 11, 2006 and the Cross-Motion of the United States for Partial Summary Judgment, dated May 12, 2006.

IN SUPPORT THEREOF, Plaintiff respectfully states:

1. On April 11, 2006, Plaintiff filed a Motion for Summary Judgment the resolution of which requires a determination of the correct interrelationship

between the limitations provisions set out in sections 6229[1] and 6501 as well as the application of the period of limitations suspension provision of section 7609(e)(2) to the facts of this case.

2. On May 12, 2006, the United States filed a Cross-Motion for Partial Summary Judgment on identical issues.

3. On June 12, 2006, Plaintiff filed its Response and Reply to the Cross-Motion and Motion.

4. After a conference by the parties and the Court, by Order dated January 23, 2007, the Court directed that the United States, on or before February 28, 2007, file any reply with respect to Plaintiff's Response and Reply. The United States filed a reply on February 28, 2007.

5. On March 2, 2007, the United States Court of Appeals for the Federal Circuit issued its decision in *AD Global*. On March 5, 2007, the United States filed a Notice with this Court which attached that decision.

6. In *AD Global*, the Federal Circuit held that "§ 6229(a) unambiguously sets forth a minimum period for assessment of partnership items that may extend the regular statute of limitations in § 6501(a)." (*AD Global*, Slip. Op. at 4; *see also* Notice at 1).

7. Given the importance of the application of *AD Global* to the resolution of this case, Plaintiff respectfully requests leave to file the attached supplemental

[1] All references to "section" or "Code" are to the Internal Revenue Code of 1986, as amended.

memorandum regarding the implications of that decision on the three legal issues presented by the parties' cross motions for summary judgment.

8. Counsel for the United States represents that the United States does not object to the granting of this motion for leave to file provided that Plaintiff consents to the right of the United States to reply (if it so chooses). Plaintiff so consents.

WHEREFORE, Plaintiff prays that this Motion be granted.

Respectfully submitted,

/s/ A. Duane Webber

A. Duane Webber
*Attorney of Record*
George M. Clarke III
*Of Counsel*
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
(202) 452-7000

Dated: March 17, 2007