# In the United States Court of Federal Claims

No. 05-999T
(Filed: March 20, 2007)

***********************************
EPSOLON LIMITED, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 5, 2007, defendant filed a Notice of Decision along with the United States Court of Appeals for the Federal Circuit's ("Federal Circuit") decision in AD Global Fund LLC ex rel. North Hills Holding, Inc., v. United States, 06-5046, a case which defendant believes lends support to its cross-motion for summary judgment in the case sub judice. On March 17, 2007, plaintiff filed an Unopposed Motion for Leave to File Plaintiff's Supplemental Memorandum Regarding the Application of the Federal Circuit's decision in AD Global. In the motion, plaintiff represents that defendant has no objections to the court granting plaintiff's motion so long as defendant may file a reply.

**Accordingly, the court GRANTS plaintiff's Unopposed Motion for Leave to File the Supplemental Memorandum. The Clerk of the Court shall file plaintiff's motion by leave. Defendant may file a reply to plaintiff's memorandum regarding the application of AD Global no later than April 3, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge