# In the United States Court of Federal Claims

No. 05-999T
(Filed: April 20, 2007)

************************************
EPSOLON LIMITED, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

**By no later than Friday, May 4, 2007**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule oral argument on the parties' motions for summary judgment.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge