# In the United States Court of Federal Claims

No. 05-999T
(Filed: May 3, 2007)

| | |
|---|---|
| EPSOLON LIMITED, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

The court will hear argument on the parties' cross-motions for summary judgment on **Monday, May 21, 2007, at 11:00 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties have represented that they will appear in person.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge