# In the United States Court of Federal Claims

No. 05-999T
(Filed: May 21, 2007)

| | |
|---|---|
| EPSOLON LIMITED, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

The court heard oral argument on the parties' cross-motions for summary judgment on May 21, 2007. During argument, plaintiff requested one week within which to file supplemental briefing to respond to arguments raised in defendant's February 28, 2007 reply ("Reply"). Specifically, plaintiff wishes to respond to cases raised for the first time in defendant's Reply regarding the issue of whether the period in 26 U.S.C. § 6501(a) was suspended under 26 U.S.C. § 7609(e)(2) pursuant to the issuance of the Sidley Austin Brown & Wood summons. The cases are: United States v. First National State Bank of New Jersey, 616 F.2d 668 (3rd Cir. 1980), and United States v. Schwartz, 469 F.2d 977 (5th Cir. 1972).

**Accordingly, plaintiff shall file a supplemental brief no later than Tuesday, May 29, 2007. Defendant may file a response to plaintiff's supplemental brief no later than Tuesday, June 5, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge