**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **EPSOLON LIMITED, by and through SLIGO (2000) COMPANY, INC., Tax Matters Partner,** | |
| **Plaintiff,** | **No. 05-999 T** |
| **v.** | **Judge Margaret M. Sweeney** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Opinion and Order of October 10, 2007, Plaintiff, Epsolon Limited, by and through its Tax Matters Partner, Sligo (2000) Company, Inc., files this Status Report on behalf of both itself and Defendant, the United States of America, with which it has conferred and agreed to the following:

1. In its Opinion and Order the Court denied Plaintiff's Motion for Summary Judgment and granted the Motion for Partial Summary Judgment of the United States (collectively, the "Parties' Motions").

2. On October 24, 2007, Plaintiff filed a Motion to Certify an Interlocutory Appeal Pursuant to 28 U.S.C. §1292(d)(2) (the "Motion to Certify") with respect to one of the legal questions at issue in the Parties' Motions. Defendant will oppose the Motion to Certify.

3. This case presently is stayed pending trial in *Stein v. United States*, Docket No. S05-888 (S.D.N.Y.). Although opening statements were scheduled to begin in *Stein* on October 23, 2007, on October 18, 2007, the trial judge removed counsel to one of the defendants in that

case and now has set a status conference for November 16, 2007 to establish a new trial date. Order, *Stein v. United States*, Docket No. 05-888 (October 18, 2007).

4. The parties concur that it is in the best interests of the parties and judicial economy for this case to remain stayed pending the disposition of the *Stein* matter.

5. Based on the foregoing, with the exception of the Motion to Certify, there are no further matters related to this case which, at present, require the Court's attention. Accordingly, the parties request that the Court issue an order which sets as June 30, 2008, the date for filing an additional joint status report (or, in the event the parties cannot agree to its contents, separate status reports).

Respectfully submitted,

/s/ A. Duane Webber
A. Duane Webber
Attorney of Record

George M. Clarke III
Of Counsel

Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
(202) 452-7000

Attorneys for Plaintiff,
Epsolon Limited

Dated: October 26, 2007