# In the United States Court of Federal Claims

No. 05-999T
(Filed: October 29, 2007)

************************************
EPSOLON LIMITED, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On October 26, 2007, the parties filed a Joint Status Report pursuant to the Court's Opinion and Order dated October 10, 2007. In their Joint Status Report, the parties represented that: (1) plaintiff, Epsolon Limited, by and through its Tax Matters Partner, Sligo (200) Company, Inc., filed a motion to certify an interlocutory appeal pursuant to 28 U.S.C. § 1292(d)(2); (2) defendant will oppose the motion; (3) this case is presently stayed pending the outcome of *Stein v. United States*, Docket No. S05-888 (S.D.N.Y.); (4) both parties concur that it is in the best interests of the parties and judicial economy for this case to remain stayed pending the disposition of *Stein*; and (5) with the exception of plaintiff's motion to certify, no further matters are pending before the court. The parties therefore request that the court set June 30, 2008 as the date for filing an additional status report.

**Accordingly, the court shall impose a stay on the proceedings after deciding plaintiff's motion to certify. The parties shall file a status report no later than June 30, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge