# In the United States Court of Federal Claims

No. 05-999 T
(Filed: December 21, 2007)

```
***********************************
EPSOLON LIMITED,                  *
                                  *
                 Plaintiff,       *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

On October 10, 2007, the court entered an Opinion and Order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for partial summary judgment. Before the court is plaintiff's motion to certify an interlocutory appeal with respect to the court's holding that 26 U.S.C. § 6229(d) suspended the statute of limitations of 26 U.S.C. § 6501, defendant's objection to plaintiff's motion, and plaintiff's reply. The court has reviewed the parties' submissions and determines that defendant's position should prevail. It notes that, even if the United States Court of Appeals for the Federal Circuit were to invalidate the court's holding on the statute of limitations, defendant still has a right to pursue the issue of fraud, which remains alive and would toll the statute of limitations in any event.

**Accordingly, plaintiff's motion to certify an interlocutory appeal is denied.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge