# In the United States Court of Federal Claims

No. 05-999 T
(Filed: December 21, 2007)

| | |
|---|---|
| EPSOLON LIMITED, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

In its Order dated October 29, 2007, the court agreed with the parties' position that it is in the best interests of the parties as well as judicial economy for this case to remain stayed pending the disposition of Stein v. United States, Docket No. S05-888 (S.D.N.Y.). The court therefore indicated that it would impose a stay on the proceedings in this case after deciding plaintiff's motion to certify an interlocutory appeal, and it ordered that the parties file a status report by June 30, 2008.

**Accordingly, having ruled upon plaintiff's motion, the court STAYS proceedings in this case pending the disposition of Stein. The parties' status report deadline of June 30, 2008 remains unchanged.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge