**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EPSOLON LIMITED, by and through SLIGO (2000) COMPANY, INC., Tax Matters Partner,** | ) | |
| **Plaintiff,** | ) | **No. 05-999 T** |
| **v.** | ) | **Judge Margaret M. Sweeney** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Opinion and Order of December 21, 2007, the parties file this Status Report with respect to the stay of this case and the status of the proceedings in *Stein v. United States*, Docket No. S05-888 (S.D.N.Y.).

1. Following the ruling by this Court on plaintiff's Motion to Certify, and the stay entered December 21, 2007, there are no matters currently before this Court which require the Court's attention.

2. This case presently is stayed pending trial in *Stein v. United States*, Docket No. S05-888 (S.D.N.Y.). By Order dated November 29, 2007, the Court in *Stein* has ordered that prospective jurors will be called on September 22, 2008, voir dire will begin on or about September 25, 2008, and the trial in that case will begin on October 2, 2008.

3. The parties concur that it is in the best interests of the parties and judicial economy for this case to remain stayed pending the disposition of the *Stein* matter.

4. Accordingly, the parties request that the Court issue an order which sets as October 30, 2008, the date for filing an additional joint status report (or, in the event the parties cannot agree to its contents, separate status reports).

Respectfully submitted,

June 30, 2008

/s/ A. Duane Webber
A. Duane Webber
Attorney of Record

Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
(202) 452-7000

Attorney for Plaintiff,
Epsolon Limited

June 30, 2008

/s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)
David.R.House@USDOJ.gov

JOHN DICICCO,
Deputy Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

/s/David Gustafson
Of Counsel
Attorneys for Defendant