# In the United States Court of Federal Claims

No. 05-999 T
(Filed: July 1, 2008)

```
***********************************
EPSOLON LIMITED,                  *
                                  *
                 Plaintiff,       *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

On June 30, 2008, the parties filed a joint status report in which they indicate that it is in the best interests of the parties and judicial economy for this case to remain stayed pending the disposition of Stein v. United States, Docket No. S05-888 (S.D.N.Y.). The parties note that trial in Stein is currently scheduled to begin on October 2, 2008, and propose that they file their next status report on October 30, 2008. The court adopts the parties' proposal. **Accordingly, the parties shall file a status report by no later than Thursday, October 30, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge