# In the United States Court of Federal Claims

No. 05-999T
(Filed: March 30, 2021)

```
*************************************
EPSOLON LIMITED,                    *
                                    *
                Plaintiff,          *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
*************************************
```

## ORDER

On March 30, 2021, the Tax Matters Partner of Epsolon Limited filed a Stipulation Consenting to Entry of Judgment. Accordingly, the Clerk is **DIRECTED** to enter judgment, as follows:

The adjustments set forth in the Notice of Final Partnership Administrative Adjustment ("FPAA") that the IRS issued on June 17, 2005, for the taxable year ended December 31, 2001, of Epsolon Limited (a copy of which FPAA is filed on the docket in this partnership action as Exhibit A to the Complaint (doc. #1 at ECF pp. 12-35)), are resolved pursuant to the agreement between the plaintiff Tax Matters Partner and the Tax Division, Department of Justice, as set forth in letters dated April 9, 2020, and March 29, 2021.

No costs.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge